FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JAN 2 1 2010

JAMES N. PATTEN, Clerk
By: _____ Deputy Clerk

FOREIGN JUDGMENT
Ivan-Willis: Taylor
c/o PO Box 2102
Lithonia, Georgia; near [30058]

### district court for the United States
c/o CLERK, U.S. DISTRICT COURT NORTHREN DISTRICT OF GEORGIA

| | |
|---|---|
| Ivan-Willis: Taylor<br>Lawful Man, Creditor Secured Party, The Real Party In<br>Interest | File **1 10-M1-0026**<br><br>COMMERCIAL NOTICE<br>WITHIN THE ADMIRALTY<br>OF THE FILING OF<br>FOREIGN JUDGMENT |

For and on the record:

The Court and the Public takes judicial notice "within the admiralty ab initio" by Commercial Notice of the

filing of Foreign Judgment Administrative File Number "70080500000018034048" within the admiralty IN

FACT established under Notary Court Seal and pursuant to Title 28 Section 1963 which states:

**Section 1963. Registration of judgments for enforcement in other districts**

```
    A judgment in an action for the recovery of money or property
entered in any court of appeals, district court, bankruptcy court,
or in the Court of International Trade may be registered by filing
a certified copy of the judgment in any other district or, with
respect to the Court of International Trade, in any judicial
district, when the judgment has become final by appeal or expiration
of the time for appeal or when ordered by the court that entered the
judgment for good cause shown.  Such a judgment entered in favor of
the United States may be so registered any time after judgment is
entered.  A judgment so registered shall have the same effect as a
judgment of the district court of the district where registered and
may be enforced in like manner.
    A certified copy of the satisfaction of any judgment in whole or
in part may be registered in like manner in any district in which
the judgment is a lien.
    The procedure prescribed under this section is in "addition" to
other procedures provided by law for the enforcement of judgments.
```

This Administrative Judgment is foreign to judicial. All parties are in agreement and all issues have been

settled. All district courts have provision for filing foreign judgments under miscellaneous for a standard fee

of $39.00 USD. This filing is "on Demand" and failure to do so constitutes denial due process.

Respectfully Submitted

*Ivan – Willis: Taylor*

Holder in due course, the real party in interest

**AFFIDAVIT OF CERTIFICATE OF NON-RESPONSE**
And Failure to Contest Acceptance and Agreement
Case 1:10-cm-60026 Document 1 Filed 01/21/10 Page 2 of 80
"Indeed, no more than (affidavits) is necessary to make the prima facie case." United States v. Kis, 658 F.2nd, 526, 536 (7th Cir. 1981); Cert Denied, 50 U.S. L.W. 2169; S. Ct. March 22, 1982

I Latanya Alexander a Notary Public for the State of Georgia Sent on behalf of Ivan W. Taylor a NOTICE OF INTERNATIONAL COMMERCIAL CLAIM ADMINISTRATIVE REMEDY, AFFIDAVIT OF NEGATIVE AVERMENT, STATEMENT OF FACTS, STATEMENT AND INQUIRIES, OPPORTUNITY TO CURE, COUNTER CLAIM, ACCOUNTING AND TRUE BILL & NOTICE TO RESPOND and a ORIGINAL NOTICE OF FELONY COMPLAINT to Respondents:

MAGISTRATE COURT OF ROCKDALE COUNTY, ET AL
CLARENCE RUDY HORNE, JR, ET AL
945 COURT ST.
CONYERS, GA 30012

M. QADER A. BAIG & ASSOC., LLC, ET AL
QADER A. BAIG ET AL
913 COMMERCIAL STREET
CONYERS, GA 30012

ROCKDALE COUNTY, ET AL
RICHARD A. ODEN, CHAIRMAN & CEO, ET AL
962 MILSTEAD AVENUE
CONYERS, GEORGIA 30012

ROCKDALE WATER RESOURCES, ET AL
ROBERT A. YOUNG, ET AL
WANDER LESTER, ET AL
ROSLYN MILLER
958 MILSTEAD AVE.
CONYERS, GA 30012

Be it known to all interested parties that I have not received any response to Declarant's NOTICE OF INTERNATIONAL COMMERCIAL CLAIM ADMINISTRATIVE REMEDY, AFFIDAVIT OF NEGATIVE AVERMENT, STATEMENT OF FACTS, STATEMENT AND INQUIRIES, OPPORTUNITY TO CURE, COUNTER CLAIM, ACCOUNTING AND TRUE BILL & NOTICE TO RESPOND dated May 6th, 2009 and a ORIGINAL NOTICE OF FELONY COMPLAINT; such response should have been made to:
Ivan W. Taylor
PO Box 2217
Lithonia, GA; near [30058
&
LATANYA ALEXANDER, Notary Acceptor
4426 Hugh Howell RD. Ste B-156
Tucker [30084] Georgia

**Respondents were given 20 days to respond** to Declarant or in the alternative, admit all claims and answers to inquires verified therein. all of the Inquiries in said file #7008050000018034048 have been agreed to (Admitted/Acknowledged) by tacit procuration by Respondent's failure/refusal or choice not to respond

LATANYAD ALEXANDER, a Notary Public, this day of _6-8_____ , 2009.

_____
NOTARY

File #7008050000018034048 Posted RRR 7008 0500 0000 1803 9638

And Failure to Contest Acceptance and Agreement

"Indeed, no more than (affidavits) is necessary to make the prima facie case." United States v. Kis, 658 F 2nd, 526, 536 (7th Cir 1981); Cert Denied, 50 U.S. L.W. 2169; S. Ct. March 22, 1982 File #70080500000018034048 Posted RRR 7008 0600 0000 1803 9763

`,`

July 27, 2009

I T. Lockett a Notary Public for the State of Georgia Sent on behalf of Ivan W. Taylor a **NOTICE OF FINAL DETERMINATION AND JUDGEMENT IN NIHIL DECIT - IN ADMIRALTY** to Respondents:

**DECLARANT/ LIBELLANT:**
Ivan-Willis: Taylor, Creditor Secured Party,
T. Lockett
5023 Forest Glade
Stone Mountain, GA near [30087]

**RESPONDENTS/ LIBELLEE:**
MAGISTRATE COURT OF ROCKDALE COUNTY, ET AL
RUTH A. WILSON - CLERK OF COURT
JOY WRIGHT - CLERK OF COURT
CLARENCE RUDY HORNE, JR., ET AL
945 COURT ST.
CONYERS, GA 30012

M. QADER A. BAIG & ASSOC., LLC. ET AL
QADER A. BAIG ET AL
913 COMMERCIAL STREET
CONYERS, GA 30012

ROCKDALE COUNTY, ET AL
RICHARD A. ODEN, CHAIRMAN & CEO, ET AL
962 MILSTEAD AVENUE
CONYERS, GEORGIA 30012

ROCKDALE WATER RESOURCES, ET AL
ROBERT A. YOUNG, ET AL
WANDA LESTER, ET AL
ROSLYN MILLER
958 MILSTEAD AVE.
CONYERS, GA 30012

Be it known to all interested parties that I have not received any response to Declarant's NOTICE OF FINAL DETERMINATION AND JUDGEMENT IN NIHIL DECIT dated July 16th, 2009 and a such response should have been made to:
T. Lockett
5023 Forest Glade
Stone Mountain, GA near [30087]

**Respondents were given 3 days to respond to** Declarants NOTICE OF FINAL DETERMINATION AND JUDGEMENT IN NIHIL DECIT or in the alternative, admit all claims and answers to inquires verified therein. all of the Inquiries in said file #70080500000018034048 have been agreed to (Admitted/Acknowledged) by tacit procuration by Respondent's failure/refusal or choice not to respond. **Respondents received the** NOTICE OF FINAL DETERMINATION AND JUDGEMENT IN NIHIL DECIT on July20 2009. B. Green signed for the NOTICE OF FINAL DETERMINATION AND JUDGEMENT IN NIHIL DECIT on July20 2009.

**AFFIDAVIT OF NEGATIVE AVERMENT**

And Failure to Contest Acceptance and Agreement
"Indeed, no more than (affidavits) is necessary to make the prima facie case." United States v. Kis, 658 F.2nd, 526, 536 (7th Cir. 1981); Cert Denied, 50 U.S. L.W. 2169; S. Ct. March 22, 1982  File #70080500000018034048 Posted RRR 7008 0600 0000
1803 9753

As of this date ___Jul Y, 27___ 2009 the undersigned has not received a timely response and answer by legal definition to the Declarant's documents from the Respondents or any other agents. No attempt to settle has been made by Respondents.

RESPONDENTS/ LIBELLEES WERE NOTICED IN THE **NOTICE OF FINAL DETERMINATION AND JUDGEMENT NIHIL DECIT THAT THIS WOULD BE THE FINAL NOTIFICATION AND JUDGMENT NO OTHER NOTIFICATIONS WILL BE SENT TO YOU. COLLECTION OF THIS LAWFUL CLAIM, AGAINST YOUR BONDS, INSURANCE POLICIES, 801-K, CAFR FUNDS, PROPERTIES, OR ANY OTHER SOURCE OF REVENUE TO CURE YOUR DISHONOR IN THE PUBLIC WILL BEGIN IN THREE BUISNESS DAYS IF THIS CLAIM IS NOT PAID IN FULL. ADDITIONAL CIVIL DAMAGES AND CRIMINAL CHARGES MAY ALSO BE FORTHCOMING. NON RESPONSE IS A SELF EXECUTING POWER OF ATTORNEY TO FILE LIENS AND ENCUMBERANCES AGAINST ANY AND ALL PROPERTY OF THE LIBELLEES.**

This Notarized Document is the official **CERTIFICATE OF DISHONOR** of the NOTICE OF FINAL DETERMINATION AND JUDGEMENT IN NIHIL DECIT  to DECLARANT/ LIBELLANT Notice of International Commercial Claim within the Admiralty Administrative Remedy Agreement/Contract File # File #70080500000018034048, Registered Numbers RE 183 750 395 US.

The above Affidavit is certified true, correct, complete, certain and not misleading, under the penalty of Perjury.

By: _____   Notary Public, in her capacity as a Notary in good standing with the State of Georgia.

NOTARY PUBLIC
T. Lockett, Notary Public
Residing in the State of Georgia
Commission number _____
Commission expires March 22, 2011
Venue: State of Georgia, County of DeKalb

## IN THE MAGISTRATE COURT OF ROCKDALE COUNTY

### STATE OF GEORGIA

Ivan Willis Taylor,                                    Case Number 2009-ORD-0096

Princess Taylor

     Libellant

                          IN ADMIRALTY

     VS.

M. QADER A. BAIG & ASSOC., LLC, ET AL,

QADER A. BAIG ET AL,

ROCKDALE WATER RESOURCES, ET AL,

ROBERT A. YOUNG, ET AL,

WANDA LESTER, ET AL,

ROSLYN MILLER,

MAGISTRATE COURT OF ROCKDALE COUNTY, ET AL,

JOY WRIGHT - CLERK OF COURT,

CLARENCE RUDY HORNE, JR, ET AL,

ROCKDALE COUNTY COURTS,

RUTH A. WILSON - CLERK OF COURT,

ROCKDALE COUNTY, ET AL,

RICHARD A. ODEN, ET AL,

     Libellees, All

## NOTICE OF FINAL DETERMINATION AND JUDGEMENT IN NIHIL DECIT

Comes Now Ivan Willis. Taylor to this court with the notice of the following facts:

1. On or about or about April 7, 2009, my wife was illegally arrested and taken to the Rockdale County jail. She was kidnapped and held against her will for about 10 days. I notified the officers of the court and Judge Clarence Rudy Horne, Jr that she was not a citizen under their jurisdiction and she had committed no crimes. She was arrested without a lawful 4th amendment warrant.

2. On or about April 8, 2009, The Magistrate Court of Rockdale County, Judge Clarence Rudy Horne, Jr and the clerks of court were notified that Princess Taylor was unlawfully arrested and I asked them to release her from jail. Judge Clarence Rudy Horne, Jr refused to release her from jail

3. During 10 days of incarceration She was denied the right to receive materials needed for her release, additionally had her fingerprints, signature, and photograph stolen under threat duress and coercion.

4. On or about April 10, 2009 I attempted to bond my wife out of jail. I, Ivan Willis Taylor, personally delivered to the MAGISTRATE COURT OF ROCKDALE COUNTY and directly submitted into the hands of the Clerk of court GSA Form 24-Bid Bond, GSA Form 25-Performance Bond and GSA From 25A-Payment Bond. The Clerk of court then stamped my documents into the court and filed them. I asked them to release my wife. They refused to do so. I was then told by the clerk of court that I must pay in Federal Reserve Notes. This was done as a means of harassment. Princess Taylor who had never been arrested or charged with a crime was treated with total and utter disrespect, and contempt by officers of the court.

5. On April 7, 2009 my wife Princess Taylor went to a hearing and was found guilty and fined $1,608.54. The court refused to accept lawful proof that she was not guilty of the charges.

6. On or about June 12, 2009 you were sent a demand for payment of this claim of $391,688,160,000.00 Billion Dollars. (Three Hundred Ninety One Billion Six Hundred Eighty Eight Million One Hundred Sixty Thousand Dollars) for damages due to your lack of non response to the Affidavit of Negative Averment, Opportunity to Cure, and Counterclaim. Your Failure to respond within the time limit made this a self executing confession of judgment. You received notification and Full Disclosure which made this a legally binding contract. Payment is past due and penalties and interest are accruing daily, as you were notified by the counterclaim.

7. On or about June 18, 2009 a second demand for payment was sent. It was received on ~~July 3,~~ June 19 2008 as per the USPS 3811 return receipt No response was received from any of the Libelees

8. On July 1, 2009 a final demand for payment was sent. and was received on July 2, 2009 as per the USPS 3811 return receipt. No response was received from any of the Libellees. As of July 8, 2009 you were in default and payment is past due.

## NOTICE OF FINAL DETERMINATION AND JUDGEMENT
## NIHIL DECIT

**THIS IS THE FINAL NOTIFICATION AND JUDGMENT NO OTHER NOTIFICATIONS WILL BE SENT TO YOU. COLLECTION OF THIS LAWFUL CLAIM, AGAINST YOUR BONDS, INSURANCE POLICIES, 801-K, CAFR FUNDS, PROPERTIES, OR ANY OTHER SOURCE OF REVENUE TO CURE YOUR DISHONOR IN THE PUBLIC WILL BEGIN IN THREE BUISNESS DAYS IF THIS CLAIM IS NOT PAID IN FULL. ADDITIONAL CIVIL DAMAGES AND CRIMINAL CHARGES MAY ALSO BE FORTHCOMING. NON RESPONSE IS A SELF EXECUTING POWER OF ATTORNEY TO FILE LIENS AND ENCUMBERANCES AGAINST ANY AND ALL PROPERTY OF THE LIBELLEES.**

Ivan Willis Taylor, Libellant

Date: 4 - 16 - 2009

# NOTICE OF FINAL DETERMINATION AND JUDGEMENT NIHIL DECIT

This NOTICE OF FINAL DETERMINATION AND JUDGEMENT NIHIL DECIT is being sent under Notary Seal on behalf of Ivan Willis Taylor. All responses from Libellees are to be addressed only to the Notary Acceptor at the address below. In the event of your failure to respond, the Notary will issue a Certificate of Dishonor and an Affidavit of Certificate of Non-Response.

July 16, 2009

Without Prejudice

Ivan Willis Taylor, Creditor, Secured Party
Authorized Representative, Attorney-In-Fact in
behalf of IVAN WILLIS TAYLOR©, Ens legis

Third Party or Notary's Address:

T. Lockett, Notary Public
5023 Forest Glade
Stone Mountain, GA 30087



## NOTICE
September 4, 2009

## Benedict on Admiralty Section 17, p. 28:

"As no court other than a court of admiralty can enforce maritime liens, no

other court can displace, discharge or subordinate them. Neither the State courts

nor the United States courts on their common law, equity, and bankruptcy sides

can divest, transfer to proceeds or adjudicate the maritime liens unless the maritime

lienor voluntarily submits themselves to the jurisdiction."

The 2.15 Zillion Dollar Liens are permitted by no one to be

terminated, altered or dismissed.

All parties were noticed in the nature of Federal Rules of Civil Procedure (FRCP) 9 (h) which
leads to the Supplemental Rules of Admiralty, which provides that where a default exists and is
found that a hostile presentment, written or oral, is a criminal act. I, Ivan Taylor acknowledge the
provisions within the Supplemental Rules of Admiralty, that the Remedy to a hostile presentment
criminal, scienter act is to file a Certificate of Exigency with the Clerk of the Court/Warrant
officer who is compelled by law to issue warrants for the arrest of any and all offenders
(Respondents/Libellee). Scienter denotes a level of intent on the part of a
Defendant/Respondents/Libellee. In Ernst and Ernst v. Hochfelder, 425 U. S. 185, 96 S. Ct.
1375, 47 L. Ed.2d 668 (19760, The u.s. Supreme Court described scienter as " a mental state
embracing intent to deceive, manipulate, or defraud."

Ivan Taylor has exhausted his Administrative Remedies and the Respondents/Libellees are "ESTOPPED"
from ever controverting and arguing "within the Admiralty" in any subsequent Administrative or Judicial
process. Collateral Estoppel, Estoppel by Acquiescence and Res Judicatta in this matter is taken
Administratively. All violations of the Estoppel are deemed a Trespass on the Agreement/Contract.

Respondents/Libellees violations are deemed a trespass and enlarge the value of the claim by 4 times for
compensatory and 204 times for punitive based on the SUM CERTAIN, PROGRESSIVE for the acts of rescue
and conversion per party for each violation.

CTY # YEAR UCC #

044200903144

# UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

FILED

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

IVAN WILLIS TAYLOR
PO BOX 2102
LITHONIA, GA 30058

2009 DEC 22 P 2: 30

CLERK OF SUPERIOR COURT
DEKALB COUNTY GA

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS |
|---|---|
| 044200900580 & 044200901893 | |

2. ☐ TERMINATION  Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION  Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

4. ☐ ASSIGNMENT (full or partial)  Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☒ Debtor or ☐ Secured Party of record  Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7

☐ CHANGE name and/or address.  Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c   ☐ DELETE name.  Give record name to be deleted in item 6a or 6b   ☐ ADD name.  Complete item 7a or 7b, and also item 7c, also complete items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| IVAN WILLIS TAYLOR CESTI QUE TRUST | | | |
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

7. CHANGED (NEW) OR ADDED INFORMATION

| 7a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

| 7d. TAX ID # SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

8. AMENDMENT (COLLATERAL CHANGE) check only one box.

Describe collateral ☐ deleted or ☒ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned

[small print block of collateral description text]

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment).  If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐  and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| Taylor | Ivan | Willis | |

10. OPTIONAL FILER REFERENCE DATA
Article 9 of the UCC 0500 1100 0200 0400 1300 0800 0600 0900 0300 0100 1200 1000 0700

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV 07/29/98)
FORM SHOULD BE TYPEWRITTEN OR COMPUTER GENERATED

Org ID:
Jurisdiction: UNITED STATES
3I. Debtor: PROMMIS SOLUTIONS, LLC
Org ID:
Jurisdiction: UNITED STATES

CONYERS, GA 30012

LEGAL ENTITY

1544 OLD ALABAMA ROAD
ROSWELL, GEORGIA 30076

FINANCING STATEMENT AMENDMENT ADDITIONAL PARTY   YEAR   UCC#

044200903144

1A AMENDMENT (COLLATERAL CHANGE) ADDED
Under the original revised Article 9 of the UCC 0500 1100 0200 0400 1300 0800 0600 0900 0200 0100 1200 1000 0700
ALL PROPERTY BELONGING TO THE DEBTORS BELONGS TO THE SECURED PARTY
The Debtors have consented to the UCC lien and Admiralty Maritime lien filing in the International Commercial Claim Within the Admiralty Administrative Remedy, Judgment by Estoppe Agreement/Contract File # 700805000000018034048, Registered Mail # RE 183 750 395 US, perfected on July 24th, 2009 in the accounting and True Bill amount of $391,688,160,000.00, Three Hundred Ninety One Billion Six Hundred Eighty Eight Million One Hundred Sixty Thousand Dollars As of August 18th 2009 the new Adjusted and Amended True Bill in the amount of $2,147,033,096,160,000.00, + PENALTIES $140,000,000.00 = a total of $2,147,033,236,160,000.00, Two Zillion One Hundred Forty Seven Trillion Thirty Three Billion Ninety Six Million One Hundred Sixty Thousand Dollars
All personal and real property, bank accounts, foreign and domestic, private exceptions, government risk management accounts, insurance policies  stocks and bonds, asset accounts, investments and future earnings of the Debtors are now the property of the Secured Party
This filing is incorporated with State of Georgia UCC 1 Filing # 044200900580 & 044200900649 & 044200901893  Debtors ROBERT A YOUNG, WANDA LESTER, ROSLYN MILLER, QADER A BAKI, M A BAKI & ASSOCIATES, LLC, RICHARD A ODEN, JOY WRIGHT, RUTH A WILSON, CLARENCE RUDY HORN, JR., ROCKDALE WATER RESOURCES & ROCKDALE COUNTY, SUNTRUST MORTGAGE, INC  WILLIAM M GIBSON, D/B/A FIRST V P, ASST  GEN COUNSEL, DORINDA SMITH, O/B/A SVP OF BROKERAGE, NAT'L WHOLESALE OPS MGR., GABRIELLE BECK, D/B/A V P  OF PAYOFF, ANNETTE HOLMAN-FOREMAN, THOMAS FREEMAN, D/B/A RISK MANAGER, MCCALLA RAYMER, LLC, ADAM SILVER, D/B/A ATTORNEY, MELODY JONES, ESQUIRE, D/B/A ATTORNEY, ROBERT MICHAEL SHEFFIELD, PROMMIS SOLUTIONS, LLC,RUTH A WILSON, CLARENCE R  (RUDY) HORNE, JR  ET AL), DEPUTY GRACE GILBERT (BADGE # 2231), JEFF WIGINGTON, DEPUTY WADE, ET AL  BADGE#2351, DEPUTY WELCH, ET AL BADGE # 2294, DEPUTY WILSON, ET AL BADGE # 2157

DUE TO UNLAWFUL TRESPASS AND HOSTILE PRESENTMENTS OF LIBELLEES ET AL, ADDITIONAL LIENS WILL BE FILED AGAINST SUNTRUST MORTGAGE, INC , WILLIAM M  GIBSON, D/B/A FIRST V P , ASST  GEN COUNSEL, DORINDA SMITH, D/B/A SVP OF BROKERAGE, NAT'L WHOLESALE OPS MGR., GABRIELLE BECK, D/B/A V P  OF PAYOFF, ANNETTE HOLMAN FOREMAN, THOMAS FREEMAN, D/B/A RISK MANAGER, MCCALLA RAYMER, LLC  ADAM SILVER, D/B/A ATTORNEY, MELODY JONES, ESQUIRE, D/B/A ATTORNEY, ROBERT MICHAEL SHEFFIELD, ESQUIRE, D/B/A ATTORNEY, ATTORNEY SHANNON SNEED  PROMMIS SOLUTIONS  LLC, CLERK OF COURT – RUTH A  WILSON, JUDGE CLARENCE R  (RUDY) HORNE, JR  ET AL, DEPUTY GRACE GILBERT (BADGE # 2231) THEY ALL ARE IN VIOLATION OF A CONCENTUAL CONTRACT AND ALL VIOLATIONS ARE DEEMED A TRESPASS AND ENLARGE THE VALUE OF THE CLAIM BY 4 TIMES FOR COMPENSATORY AND 204 TIMES FOR PUNITIVE DAMAGES BASED ON THE SUM CERTAIN, PROGRESSIVE FOR THE ACTS OF RESCUE AND CONVERSION PER PARTY  PER VIOLATION

SUNTRUST MORTGAGE, INC , WILLIAM M  GIBSON, D/B/A FIRST V P , ASST  GEN  COUNSEL, DORINDA SMITH, D/B/A SVP OF BROKERAGE, NAT'L WHOLESALE OPS MGR , GABRIELLE BECK, D/B/A V P  OF PAYOFF, ANNETTE HOLMAN-FOREMAN, THOMAS FREEMAN, D/B/A RISK MANAGER, MCCALLA RAYMER, LLC  ADAM SILVER, D/B/A ATTORNEY, MELODY JONES, ESQUIRE, D/B/A ATTORNEY, ROBERT MICHAEL SHEFFIELD, ESQUIRE, D/B/A ATTORNEY  ATTORNEY SHANNON SNEED, PROMMIS SOLUTIONS, LLC, CLERK OF COURT – RUTH A  WILSON, JUDGE CLARENCE R  (RUDY) HORNE, JR  ET AL, DEPUTY GRACE GILBERT (BADGE # 2231), JEFF WIGINGTON ARE IN VIOLATION OF A CONSENTUAL CONTRACT
STATEMENT OF FACTS OPPORTUNITY TO CURE AND COUNTER CLAIM  ACCOUNTING AND TRUE BILL, AND NOTICE TO RESPOND WITHIN THE ADMIRALTY DATED MAY 6, 2009 AND THE AFFIDAVIT OF NOTICE OF DEFAULT DATED JUNE 8TH 2009
DUE TO CONTINUED TRESPASS AND CONTINUED HOSTILE PRESENTMENTS OF LIBELLEES ET AL, THEY ARE IN VIOLATION OF LEGAL NOTICE, SECURITY AGREEMENTS, ACT OF STATE (AFFIDAVIT OF POLITICAL STATUS) AND UCC FILING # 044200900580 & ATTACHMENTS AND LEGAL NOTICE AND DEMAND, SECURITY AGREEMENTS, ACT OF STATE (AFFIDAVIT OF POLITICAL STATUS) AND UCC FILING # 044200900650 & ATTACHMENTS SUPPORTED BY THE AFFIDAVIT OF NEGATIVE AVERMENT  STATEMENT OF FACTS OPPORTUNITY TO CURE AND COUNTER CLAIM, ACCOUNTING AND TRUE BILL  AND NOTICE TO RESPOND WITHIN THE ADMIRALTY DATED MAY 6, 2009 AND THE AFFIDAVIT OF NOTICE OF DEFAULT DATED JUNE 8TH 2009
"STATEMENT  THE ADMINISTRATIVE RECORD FOR LIBELLANT/DECLARANT'S INTERNATIONAL COMMERCIAL CLAIM ADMINISTRATIVE REMEDY, FILE #700805000000018034048, AS IDENTIFIED IN STATEMENTS ABOVE, SHOWS THAT ALL OF THE INQUIRIES IN SAID FILE HAVE BEEN ANSWERED SO (ADMITTED/ACKNOWLEDGED) BY TACIT PROCURATION BY RESPONDENT'S FAILURE/REFUSAL OR CHOICE NOT TO RESPOND"
"RESPONSE  LIBELLEES/RESPONDENTS ADMIT THE ANSWER IS 'YES'"

DUE TO CONTINUED TRESPASS AND HOSTILE PRESENTMENTS OF LIBELLEES ET AL  THE TRUE BILL IN THE AMOUNT OF 12,147,033,236,160,000.00, Two Zillion One Hundred Forty Seven Trillion Thirty Three Billion Ninty Six Million One Hundred Sixty Thousand Dollars are ENLARGE THE VALUE BY 4 TIMES FOR COMPENSATORY AND 204 TIMES FOR PUNITIVE DAMAGES BASED ON THE SUM CERTAIN, PROGRESSIVE FOR THE ACTS OF RESCUE AND CONVERSION PER PARTY  PER VIOLATION

This is a quote from my LEGAL NOTICE AND DEMAND ON FILE IN THE PUBLIC RECORD UCC1# 044200900580
'IGNORANCE OF THE LAW IS NO EXCUSE!
(18)  I, one Ivan-Willis Taylor [Freeman], the undersigned, am the principal, and you are the agent!  Fail not to adhere to your oath, lest you be called to answer before one God and one Supreme Court Exclusive Original Jurisdiction, which is the court of first and last resort, not excluding my "Good Faith (Oxford) Doctrine" by my conclusive Honourable "Bill of Rights."
(19) This Statute Staple Securities Instrument is not set forth to threaten, delay, hinder, harass, or obstruct  but to protect guaranteed Rights and Protections assuring that at no time my Unalienable Rights are ever waived or taken from me against my will by threats, duress, coercion, fraud, or without my express written consent of waiver  None of the statements contained herein intend to threaten or cause any type of physical or other harm to anyone  The statements contained herein are to notice any persons, whether real or corporate, of their personal, personal, civil, and criminal liability if and when they violate my Unalienable Rights as protected by the original Constitution of 1787, adopted circa 1791, and/or the Honorable "Bill of Rights "  A bona fide duplicate of this paperwork is safely sequestered with those who testify under oath that it is my standard policy to ALWAYS protect that notice to any public or private officer attempting to violate me and my rights  It is noted on the record that by duplication of said presentment, this notice has been tendered by way of registered mail to GEORGIA SECRETARY OF STATE KAREN C  HANDEL  This is prima
PAGE NINE LEGAL NOTICE AND DEMAND
facie evidence of your receipt and acceptance of this presentment in both your corporate and individual capacity, jointly and severally for each and all governmental, political, and corporate bodies  Any other individuals who have been, are, or hereafter become involved in the instant action or any future actions against me shall only consent to me in writing while signing under penalty of perjury pursuant but not limited to Title 28 U S C A  § 1746  This document is now on record in the Register of Deeds Office in DEKALB COUNTY, GEORGIA  supra

SUMMATION
(20) Should you move against me in defiance of this presentment, there is no immunity from prosecution available to you or to any of your fellow public officers, officials of government, judges, magistrates, district attorneys, clerks, or any other persons who become involved in the instant actions, or any future actions against me by way of aiding and abetting  Take due heed and govern yourself accordingly  Any or all documents tendered to me, lacking bona fide ink signatures or dates per rule 18 U S C A § 513-514 are counterfeit security instruments causing you to be liable in your corporate and individual capacity by fraudulent conveyance now and forevermore  If and when you cause any injury and/or damages to the Natural Man or Woman Secured Party by violating any of the rights, civil rights, privileges, or any other bonds, public and private, you agree voluntarily with no reservation of rights and defenses, to the written request of the Natural Man or Woman Secured Party, surrender  including but not limited to, any and all bonds, public and/or corporate exchange policies and CAFR funds as needed to satisfy any and all claims as filed against you by the Natural Man or Woman Secured Party  This applies to any and all agents or representatives, individually and severally, of the "UNITED STATES" or any of the subdivisions thereof, as described herein

NOTICE TO AGENT IS NOTICE TO PRINCIPAL  AND NOTICE TO PRINCIPAL IS NOTICE TO AGENT
(21) This document cannot be retracted by any employee, agent, representative, or officer of the court, or any individuals, excluding the Natural Man or Woman Secured Party, unless said registered document, for one hundred years from date of this legally binding Statute Staple Securities Instrument
Attention  All Agents, Representatives, or Officers, or such as of the "UNITED STATES" or its subdivisions including local, state, federal, and/or international or multinational governments, corporations, companies, and the like  You have twenty (20) days to rebut any portion of this document, or you stand in total agreement  Non response is agreement  Rebuttal must be in writing, sworn with legal/lawful, verified, certified documentation in law, with copies of said law enclosed  This documentation must be provided under penalty of perjury  Notice to Agent is Notice to Principal-Notice to Agent  Ignorance of the law is no excuse

PAGE TEN LEGAL NOTICE AND DEMAND
(22) All other corporations including but not limited to telephone companies, cable companies, utility companies, contractors  builders, maintenance personnel, servicers, repairmen, employees, law enforcement officers, officers of the court, manufacturers, wholesalers, retailers, and all others, including all persons, as bound by all paragraphs, terms, and conditions herein regardless of natural or juristic corporations or affiliations as "DBA", "AKA's," incorporations, or any types of businesses in commerce as needed by this securities agreement and decree

(23)  YOU ARE NOTICED having been given knowledge of the law and your personal financial liability in event of any violations of my rights and/or being  This Statute Staple Securities Instrument is now in your hand constitutes timely and sufficient warning by good faith, notice, and grace

(24) Dated this 19th day  of February, in the year of our Lord, two thousand nine  This contract being of honor is presented under the "Good Faith (Oxford) Doctrine "  I accept the Oath of Office of all officers of the court, including but not limited to the clerk of the court, all judges and attorneys from all jurisdictions, all local, state, federal, international law enforcement officers, and all agents of the "UNITED STATES" or any subdivisions thereof

(25) Any agent, law enforcement officer, employee, instructor, representative, or the like of the "UNITED STATES" or any of its subsidiaries or sub-corporations, SHALL NOT ENTER, AT ANY TIME, FOR ANY REASON, ANY PROPERTY AT WHICH I AM LOCATED, or LEASE, OWN, or CONTROL, WITHOUT MY EXPRESS WRITTEN PERMISSION  Violation of this notice will be considered criminal trespass and will be subject to a $2,000,000.00 (Two Million) lawful US Silver dollar penalty plus damages, per violation, per violator

PAGE ELEVEN LEGAL NOTICE AND DEMAND
(26) Attention  Any and all lending institutions, brokerage firms, credit unions, depository institutions, insurance agencies, credit bureaus, and the officers, agents and employees therein  You have now been noticed of the law as to your corporate and individual financial liability in the event of any violations upon the rights and/or being of Ivan-Willis  Taylor  This Statute Staple Securities Instrument constitutes timely and sufficient warning by Good Faith Notice of your liability regardless of your political affiliations  All penalties contained herein will be subject to a penalty increase of one trillion dollars per day, that interest, while there is any unpaid balance for the first thirty (30) days after default of payment  That penalty will increase by 10% per each day until balance is paid in full, plus 10% annual interest, beginning on the thirty- first (31st) day after default of payment  All penalties in this document are assessed in lawful money and are to be paid in one troy ounce US Silver Dollars that are .999 fine silver or equivalent par value if paid in legal tender or flat paper money  Par value will be determined by the value established by a one troy ounce .999 fine silver coin at the US MINT, or by law, whichever value is the time of the medium  Any dispute over the par value will be decided by the Secured Party, or his designee  All definitions in Attachment "B" are included as a part of this contract and will be applied as written hereon  Any dispute of any definition will be decided by the Secured Party  There is a contradiction of terms as written within the confines of this sole pursuant to the "Constitution for the united States of America."  If any contradiction is found, the meaning will be determined by the Secured Party  Definitions as they apply to this contract are enclosed in Attachments "D" and are included as a legal part of this contract

PAGE THIRTEEN LEGAL NOTICE AND DEMAND
NOTICE TO DEKALB COUNTY REGISTER OF DEEDS CLERK
(27) Pursuant to Title 18 U S C , chapter 101 § 2071(b), "Whoever, having the custody of any such record, proceeding, map, book, document, paper, or other thing, willfully and unlawfully conceals, removes, mutilates, obliterates, falsifies, or destroys the same, shall be fined under this title or imprisoned not more than three years, or both; and shall forfeit his office and shall be disqualified from holding any office under the United States."  After twenty (20) calendar days, you may not rebut this contract "

The Debtors have failed to rebut the Legal Notice And  Demand With In The Admiralty  Debtors received the Legal Notice And Demand With In The Admiralty on April 1st 2009  114 days have passed since then
SUPPORTED BY THE AFFIDAVIT OF NEGATIVE AVERMENT  STATEMENT OF FACTS OPPORTUNITY TO CURE AND COUNTER CLAIM, ACCOUNTING AND TRUE BILL  AND NOTICE TO RESPOND WITHIN THE ADMIRALTY DATED MAY 6, 2009 AND THE AFFIDAVIT OF NOTICE OF DEFAULT DATED JUNE 8TH 2009  "After twenty (20) calendar days, you may not rebut this contract"

The following below do apply

FOREIGN JUDGMENT
Ivan-Willis: Taylor
c/o PO Box 2102
Lithonia, Georgia; near [30058]


**district court for the United States**
c/o CLERK, U.S. DISTRICT COURT NORTHREN DISTRICT OF GEORGIA


| | |
|---|---|
| Ivan-Willis: Taylor ) | File # _____ |
| Lawful Man, Creditor Seeured Party, The Real Party In ) | |
| Interest ) | COMMERCIAL NOTICE |
| ) | WITHIN THE ADMIRALTY |
| ) | OF THE FILING OF |
| ) | FOREIGN JUDGMENT |
| ) | |

For and on the record:

The Court and the Public takes judicial notice "within the admiralty ab initio" by Commercial Notice of the

filing of Foreign Judgment Administrative File Number "7008050000018034048" within the admiralty IN

FACT established under Notary Court Seal and pursuant to Title 28 Section 1963 which states:

### Section 1963. Registration of judgments for enforcement in other districts

    A judgment in an action for the recovery of money or property
    entered in any court of appeals, district court, bankruptcy court,
    or in the Court of International Trade may be registered by filing
    a certified copy of the judgment in any other district or, with
    respect to the Court of International Trade, in any judicial
    district, when the judgment has become final by appeal or expiration
    of the time for appeal or when ordered by the court that entered the
    judgment for good cause shown.  Such a judgment entered in favor of
    the United States may be so registered any time after judgment is
    entered.  A judgment so registered shall have the same effect as a
    judgment of the district court of the district where registered and
    may be enforced in like manner.
    ***A certified copy of the satisfaction of any judgment*** in whole or
    in part may be registered in like manner in any district in which
    **the judgment is a lien.**
    <u>**The procedure prescribed under this section is in "addition" to**</u>
    <u>**other procedures provided by law for the enforcement of judgments.**</u>

This Administrative Judgment is foreign to judicial.  All parties are in agreement and all issues have been

settled.  All district courts have provision for filing foreign judgments under miscellaneous for a standard fee

of $39.00 USD. This filing is "on Demand" and failure to do so constitutes denial due process.

Respectfully Submitted

*Ivan – Willis; Taylr*
Holder in due course, the real party in interest



Attached: Copy of Notarial Protest, Notice Of Default
        Supporting documents for Administrative File# 7008050000018034048
        Copy of NOTICE OF FINAL DETERMINATION AND JUDGEMENT IN
        NIHIL DECIT AMENDED
        Copy of NOTICE OF FINAL DETERMINATION AND JUDGEMENT IN
        NIHIL DECIT
        Copy of UCC 1 and UCC 3 attachments and amendments
        Copy of Apostille

**By Agreement of the Parties – Supported by Affidavit of Default
herein wherein Claim, injuries and damages are Res Judicata
Adjusted And Amended True Bill**

A USSEC Tracer Flag
Not a point of Law

File #7008050000001803404B Registered Mail #RE 183 750 395 US  Posted RRR 7008 0500 0000 1803 9838

Respondents having failed to properly or timely respond to the Private Administrative Process (NOTICE OF INTERNATIONAL COMMERICAL CLAIM ADMINISTRATIVE REMEDY WITHIN THE ADMIRALTY, AFFIDAVIT OF NEGATIVE AVERMENT, STATEMENT OF FACTS, STATEMENT AND INQUIRIES, OPPORTUNITY TO CURE, COUNTER CLAIM, ACCOUNTING AND TRUE BILL & NOTICE TO RESPOND dated May 6th, 2009) establishing 'agreement of the parties' in this record, Respondents, upon fault, default and dishonor have stipulated, agreed and admitted the injuries and herein the monetary damages are assessed as follows, per count per Respondent and Entity

Private Administrative Process Concluded and evidenced herein
MONEY OF ACCOUNT CLAIM FOR DAMAGES BASED UPON AGREEMENT AND STIPULATION AND CONFESSION VIA GENERAL ACQUIESCENCE
NOTICE: UCC-4 PRIVATE SECURITY AGREEMENT – NON-NEGOTIABLE TRUE BILL - AGREEMENT OF THE PARTIES ESTABLISHED UPON DEFAULT - THIS IS EVIDENCE OF A DEBT AND A SECURITY [15 USC] – THIS IS A U.S.S.E.C. TRACER FLAG – NOT A POINT OF LAW – THIS IS A WARNING FOR COMMERCIAL GRACE AND NOTICE OF COMMRCIAL LIEN FOR VIOLATIONS AND INJURIES AS ENUMERATED HEREIN – THIS IS A COMMERCIAL, NON-JUDICIAL, NON-COMMON LAW PROCESS.

### Corrected and Amended

| | |
|---|---|
| 1. Failure to state a claim upon which relief can be granted . | $2,000,000.00 |
| 2. Failure to respond as outlined herein . | $2,000,000.00 |
| 3. Default by non–response or incomplete response | $2,000,000.00 |
| 4. Dishonor In Commerce | $2,000,000.00 |
| 5. Fraud . | $2,000,000.00 |
| 6. Racketeering.. | $2,000,000.00 |
| 7. Theft of Public Funds | $2,000,000.00 |
| 8. Unlawful Arrest without a lawful, correct, and complete 4th amendment warrant | $2,000,000.00 |
| 9 Illegal Arrest without a lawful, correct, and complete 4th amendment warrant | $2,000,000.00 |
| 10. Unlawful Detention | $5,000,000.00 |
| 11 Interstate Detainer . | $2,000,000.00 |
| 12. Violation Of Freedom Of Speech . | $2,000,000.00 |
| 13. Obstruction Of Justice | $2,000,000.00 |
| 14 Unlawful Restraint .. | $2,000,000.00 |
| 15. Conspiracy. . | $2,000,000.00 |
| 16. Victimization | $2,000,000.00 |
| 17. Victimless Law | $2,000,000.00 |
| 18 Aiding And Abetting. | $2,000,000.00 |
| 19. False Imprisonment.. | $5,000,000.00 |
| 20. Abuse Of Authority | $2,000,000.00 |
| 21. Unfounded Accusations | $2,000,000.00 |
| 22. Kidnapping. | $2,000,000.00 |
| 23. Mail fraud | $2,000,000.00 |
| 24. Extortion. | $2,000,000.00 |
| X4 Entities and X6 Respondents = $54,000 000. X 10 = $540,000,000 00 | |
| **LEGAL FEES** | $10,000 00 |
| SUB-TOTAL. | $540,010,000 00 |
| Compensatory DAMAGES (X4) | $ 2,160,040,000 00 |
| Punitive Damages (X204) | $ 440,648,160,000 00 |

#### AMENDED DAMAGES

| | |
|---|---|
| 1 Counterfeit Stapled Securites.. | $2,000,000 00 x 5 = $10,000,000 00 |
| 2 Disrespect by Judge and Officers of the court. | $2,000,000 00 x 5 = $10,000,000 00 |
| 3. Refusal of lawful bailment | $2,000,000,00 x 5 = $10,000,000.00 |
| 4. Coercion | $2,000,000 00 |
| 5. Copyright violations | $100,000 000 00 x 20 = $2,000,000,000 00 |
| 6. Violation of security agreements | $100,000,000,000.00 x 2 = $200,000,000,000 00 |
| 7. Cruel and unusual punishment . | $2,000,000 00 x 5 = $10,000,000 00 |
| 8. Failure to identify . . | $2,000,000 00 x 2 = $4,000,000, 00 |
| 9. Volation of unalienable rights | $2,000,000,00 x 14 = $28,000,000 00 |
| 10 Deprivation of rights . | $2,000,000 00 x 14 = $28,000,000 00 |
| 11. Concealment . | $2,000,000.00 x 64 = $128,000,000 00 |
| 12. Ignoring lawful and legal documents. | $2,000,000 00 x 64 = $128,000,000.00 |
| Sub Total = 202,356,000,000.00 | |
| X5 Entities and X8 Respoudents = 2,630,628,000,000.00 | |
| SUB-TOTAL. | $2,630,628,000,000 00 |
| Compensatory DAMAGES (X4) | $10,522,512,000,000.00 |
| Punitive Damages (X204) | $2,146,592,448,000,000 00 |

### ADJUSTED AND AMENDED TRUE BILL

$ 440,648,160,000 00 · $2,146,592,448,000,000 00
PENALTIES & FEES $140,000,000.00
TOTAL = $2,147,033,236,160,000 00

This Assessment is based upon the fault, default, dishonor and the stipulation, admission and agreement constituting 'Agreement of the Parties,' and the facts herein, the matter is Res Judicata

This assessment is true, correct, and complete to the best of my knowledge and belief as to the injuries committed upon Ivan Willis Taylor and Family as admitted by the Respondents.

Dated this 19 day of _____, 2009

Declarant/Libellant/Affiant

_Ivan Willis Taylor_
Ivan-Willis: Taylor – Creditor, Secured Party

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM ADMINISTRATIVE REMEDY OF Ivan W Taylor CREDITOR SECURED PARTY
File #70080500000018034048    Registered Mail #RE 183 750 395 US
NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT



**PRIVATE**
**THIS IS NOT A PUBLIC COMMUNICATION**
Silence is Acquiescence, Agreement, and Dishonor
<u>This is a self-executing contract.</u>



Ivan Willis Taylor, Creditor Secured Party
Rockdale county
The State of Georgia
United States of America 1776 AD

Petition for Agreement and Harmony Within the Admiralty ab initio in the Nature of a
NOTICE OF INTERNATIONAL COMMERICAL CLAIM ADMINISTRATIVE REMEDY
28 U.S.C. §1333, §1337, §2461 and §2463
File #70080500000018034048
Certified Mail # 7008 0500 0000 1803 9715

July 9, 2009

**DECLARANT/ LIBELLANT:**
Ivan-Willis: Taylor, Creditor Secured Party.
c/o LATANYA ALEXANDER, Notary Acceptor
4426 Hugh Howell RD. Ste B-156
Tucker [30084] Georgia

**RESPONDENTS/ LIBELLEE:**
MAGISTRATE COURT OF ROCKDALE COUNTY. ET AL
RUTH A. WILSON - CLERK OF COURT
JOY WRIGHT - CLERK OF COURT
CLARENCE RUDY HORNE, JR. ET AL
945 COURT ST.
CONYERS, GA 30012

M. QADER A. BAIG & ASSOC., LLC, ET AL
QADER A. BAIG ET AL
913 COMMERCIAL STREET
CONYERS, GA 30012

ROCKDALE COUNTY, ET AL
RICHARD A. ODEN. CHAIRMAN & CEO. ET AL
962 MILSTEAD AVENUE
CONYERS, GEORGIA 30012

ROCKDALE WATER RESOURCES, ET AL
ROBERT A. YOUNG, ET AL
WANDER LESTER, ET AL
ROSLYN MILLER
958 MILSTEAD AVE.
CONYERS, GA 30012

**NOTARIAL PROTEST AND NOTICE OF ADMINISTRATIVE JUDGMENT**
**BY ESTOPPEL**

NOTARIAL PROTEST and NOTICE of ADMINISTRATIVE JUDGMENT

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM ADMINISTRATIVE REMEDY OF Ivan W  Taylor CREDITOR SECURED PARTY
File #7⟨⟩⟨⟩⟨⟩⟨⟩⟨⟩⟨⟩⟨⟩⟨⟩⟨⟩⟨⟩⟨⟩⟨⟩⟨⟩⟨⟩   Registered Mail #RE 183 750 395 US
NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT

Respondent's failure to respond to the NOTICE OF INTERNATIONAL COMMERCIAL CLAIM
WITHIN THE ADMIRALTY ADMINISTRATIVE REMEDY OF Ivan-Willis: Taylor, CREDITOR
SECURED PARTY has put Respondent in default as witnessed by the Notary Acceptor in the sequence
of the following events:

1. The Declarant served a NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN
   THE ADMIRALTY ADMINISTRATIVE REMEDY OF Ivan-Willis: Taylor, CREDITOR
   SECURED PARTY upon the Respondents on May 6th, 2009 allowing twenty (20) days to
   respond. Notary Acceptor, Latanya Alexander certifies no timely response and answer by legal
   definition is made by Respondents. The ICC included an Affidavit of Negative Averment,
   Opportunity to Cure, Counterclaim & True Bill.
2. The Declarant served a Affidavit of Negative Averment, Opportunity to Cure, Counterclaim &
   True Bill upon the Respondents on May 6th, 2009 allowing twenty (20) days to cure plus three
   (3) days for mailing. Notary Acceptor, Latanya Alexander certifies no timely response and
   answer by legal definition is made by Respondents.
3. The Declarant served a NOTICE OF DEFAULT NOTICE upon the Respondents on or about
   June 10, 2009. Notary Acceptor, Latanya Alexander certifies no timely response and answer by
   legal definition is made by Respondents.
4. On June 10, 2009 the Declarant served a DEMAND FOR PAYMENT / FIRST NOTICE OF
   DEMAND AND SETTLEMENT FOR CLOSING OF THE ESCROW, NOTICE OF FAULT
   OPPORTUNITY TO CURE Notary Acceptor, Latanya Alexander certifies no timely settlement
   or response is made by Respondents.
5. On June 18, 2009 the Declarant served a SECOND DEMAND FOR PAYMENT / SECOND
   NOTICE OF DEMAND AND SETTLEMENT FOR CLOSING OF THE ESCROW, NOTICE
   OF FAULT OPPORTUNITY TO CURE. Notary Acceptor, Latanya Alexander certifies no
   timely settlement or response is made by Respondents.
6. On July 1, 2009 the undersigned served a FINAL DEMAND FOR PAYMENT /
   CONTRACTUAL AND FINAL NOTICE OF DEMAND AND SETTLEMENT FOR
   CLOSING OF THE ESCROW, FINAL NOTICE OF DEFAULT Notary Acceptor, Latanya
   Alexander certifies no timely settlement or response is made by Respondents.
7. This NOTARIAL PROTEST is NON-NEGOTIABLE and NOTICE OF ADMINISTRATIVE
   JUDGMENT BY ESTOPPEL to which you have admitted the statement, claims, and answers to
   the enquiries by *tacit procuration*. This ADMINISTRATIVE JUDGMENT BY ESTOPPEL is
   *stare decisis*, *res judicata* and *collateral estoppel*.
8. The Declarant appeared before me under oath and has sworn that he has not received a timely
   response and answer by legal definition or settlement from the Respondents.
9. Ivan-Willis: Taylor is HOLDER IN DUE COURSE of this Agreement/Contract and the
   Commercial Matter contained therein by operation of law and the debt will be recorded on a
   UCC 1 Financing Statement.
10. All parties are noticed under Federal Rules of Civil Procedure (FRCP) 9 (h) which leads to the
    Supplemental Rules of Admiralty that provide where a default exists and is found that a hostile
    presentment, written or oral, is a criminal act.
11. Declarant is provided that within the Supplemental Rules of Admiralty, the Remedy to a hostile
    presentment criminal, scienter act is to file a Certificate of Exigency with the Clerk of the
    Court/Warrant officer who is compelled by law to issue warrants for the arrest of any and all
    offenders.

## AFFIDAVIT OF NEGATIVE AVERMENT

As of this date _____ July 10 _____ 2009 the undersigned has not received a timely response and answer by legal definition to the Declarant's documents from the Respondents or any other agents. No attempt to settle has been made by Respondents.

## NOTARIAL PROTEST CERTIFICATE

1.  The HOLDER IN DUE COURSE has recruited the Notary Public, authorized to certify dishonor of the Notice of International Commercial Claim within the Admiralty Administrative Remedy Agreement/Contract, and to present this ADMINISTRATIVE JUDGMENT BY ESTOPPEL in accordance with UCC 3-509.

2.  This Notarized Document is served to the Respondents for demand for payment on _____ July 10 _____, 2009.

3.  This Notarized Document is the official **CERTIFICATE OF DISHONOR** of the Notice of International Commercial Claim within the Admiralty Administrative Remedy Agreement/Contract File # File #7008050000001803-1048, Registered Numbers RE 183 750 395 US.

The above Affidavit is certified true, correct, complete, certain and not misleading, under the penalty of Perjury.

By: _____ Notary Public, in her capacity as a Notary in good standing with the State of Georgia.

NOTARIAL PROTEST and NOTICE of ADMINISTRATIVE JUDGMENT

Administrative File Number "700805000000018034048"

**district court for the United States**

c/o CLERK, DISTRICT COURT OF THE UNITED STATES

FOR THE NORTHERN DISTRICE OF GEORGIA

IN THE ATLANTA DIVISION

Ivan Willis Taylor,                                                       File# Number _____  _____

    Libellant

                             IN ADMIRALTY

    VS.

M. QADER A. BAIG & ASSOC., LLC, ET AL,

QADER A. BAIG ET AL,

ROCKDALE WATER RESOURCES, ET AL,

ROBERT A. YOUNG, ET AL,

WANDA LESTER, ET AL,

ROSLYN MILLER,

MAGISTRATE COURT OF ROCKDALE COUNTY, ET AL,

JOY WRIGHT - CLERK OF COURT,

CLARENCE RUDY HORNE, JR, ET AL,

ROCKDALE COUNTY COURTS,

RUTH A. WILSON - CLERK OF COURT,

ROCKDALE COUNTY, ET AL,

RICHARD A. ODEN, ET AL,

SUNTRUST MORTGAGE, INC.,

WILLIAM M. GIBSON, D/B/A FIRST V.P., ASST. GEN. COUNSEL,

DORINDA SMITH, D/B/A SVP OF BROKERAGE, NAT'L WHOLESALE OPS MGR.,

GABRIELLE BECK, D/B/A V.P. OF PAYOFF,

ANNETTE HOLMAN-FOREMAN,

THOMAS FREEMAN, D/B/A RISK MANAGER,

MCCALLA RAYMER, LLC,

ADAM SILVER, D/B/A ATTORNEY,

MELODY JONES, ESQUIRE, D/B/A/ ATTORNEY,

ROBERT MICHAEL SHEIFFIELD, ESQUIRE, D/B/A ATTORNEY,

SHANNON SNEED,

PROMMIS SOLUTIONS, LLC

Administrative File Number "70080S00000018034048"

ROCKDALE COUNTY SHERIFFS OFFICE

DEPUTY GRACE GILBERT BADGE # 2231,

DEPUTY WADE, ET AL BADGE #2351,

DEPUTY WELCH, ET AL BADGE # 2294,

DEPUTY WILSON, ET AL BADGE # 2357

JEFF WIGINGTON,

DAROLD VISSERING #202,

       Libellees, All

## NOTICE OF FINAL DETERMINATION AND JUDGEMENT IN NIHIL DECIT

## AMENDED

Comes Now Ivan Willis. Taylor to this court with the notice of the following facts:

1. On or about or about April 7, 2009, my wife was illegally arrested and taken to the Rockdale County jail. She was kidnapped and held against her will for about 10 days. I notified the officers of the court and Judge Clarence Rudy Horne, Jr that she was not a citizen under their jurisdiction and she had committed no crimes. She was arrested without a lawful 4th amendment warrant.

2. On or about April 8, 2009, The Magistrate Court of Rockdale County, Judge Clarence Rudy Horne, Jr and the clerks of court were notified that Princess Taylor was unlawfully arrested and I asked them to release her from jail. Judge Clarence Rudy Horne, Jr refused to release her from jail

3. During 10 days of incarceration She was denied the right to receive materials needed for her release, additionally had her fingerprints, signature, and photograph stolen under threat duress and coercion.

4. On or about April 10, 2009 I attempted to bond my wife out of jail. I, Ivan Willis Taylor, personally delivered to the MAGISTRATE COURT OF ROCKDALE COUNTY and directly submitted into the hands of the Clerk of court GSA Form 24-Bid Bond, GSA Form 25-Performance Bond and GSA From 25A-Payment Bond. The Clerk of court then stamped my documents into the court and filed them. I asked them to release my wife. They refused to do so. I was then told by the clerk of court that I must pay in Federal Reserve Notes. This was done as a means of harassment. Princess Taylor who had never been arrested or charged with a crime was treated with total and utter disrespect, and contempt by officers of the court.

5. On April 7, 2009 my wife Princess Taylor went to a hearing and was found guilty and fined $1,608.54. The court refused to accept lawful proof that she was not guilty of the charges.

6. On or about June 12, 2009 you were sent a demand for payment of this claim of $391,688,160,000.00 Billion Dollars. (Three Hundred Ninety One Billion Six Hundred Eighty Eight Million One Hundred Sixty Thousand Dollars) for damages due to your lack of non response to the AFFIDAVIT OF NEGATIVE AVERMENT, STATEMENT OF FACTS OPPORTUNITY TO CURE AND COUNTER CLAIM, ACCOUNTING AND TRUE BILL AND NOTICE TO RESPOND WITHIN THE ADMIRALTY DATED MAY 6, 2009, sent under Notary Seal. Your Failure to respond within

the time limit made this a self executing confession of judgment. You received notification and Full Disclosure which made this a legally binding contract. Payment is past due and penalties and interest are accruing daily, as you were notified by the counterclaim.

7. On or about June 18, 2009 a second demand for payment was sent. It was received on June 19, 2008 as per the USPS 3811 return receipt No response was received from any of the Libellees

8. On July 1, 2009 a final demand for payment was sent and was received on July 2, 2009 as per the USPS 3811 return receipt. No response was received from any of the Libellees. As of July 8, 2009 you were in default and payment is past due.

9. Due to continued Trespass and hostile presentments of Libellees ET AL, additional liens will be filed against SUNTRUST MORTGAGE, INC., William M. Gibson, d/b/a First V.P., Asst. Gen. Counsel, Dorinda Smith, d/b/a SVP of Brokerage, Nat'l Wholesale Ops Mgr., Gabrielle Beck, d/b/a V.P. of Payoff, Annette Holman-Foreman, Thomas Freeman, d/b/a Risk Manager, MCCALLA RAYMER, LLC, Adam Silver, d/b/a Attorney, Melody Jones, Esquire, d/b/a/ Attorney, Robert Michael Sheiffield, Esquire, d/b/a Attorney, Attorney Shannon Sneed, PROMMIS SOLUTIONS, LLC, CLERK OF COURT – Ruth A. Wilson, Judge Clarence R. (Rudy) Horne, Jr. et al, Deputy Grace Gilbert (Badge # 2231) they all are in violation of a concentual contract and all violations are deemed a trespass and enlarge the value of the claim by 4 times for compensatory and 204 times for punitive damages based on the SUM CERTAIN, PROGRESSIVE for the acts of rescue and conversion per party, per violation.

10. SUNTRUST MORTGAGE, INC., William M. Gibson, d/b/a First V.P., Asst. Gen. Counsel, Dorinda Smith, d/b/a SVP of Brokerage, Nat'l Wholesale Ops Mgr., Gabrielle Beck, d/b/a V.P. of Payoff, Annette Holman-Foreman, Thomas Freeman, d/b/a Risk Manager, MCCALLA RAYMER, LLC, Adam Silver, d/b/a Attorney, Melody Jones, Esquire, d/b/a/ Attorney, Robert Michael Sheiffield, Esquire, d/b/a Attorney, Attorney Shannon Sneed, PROMMIS SOLUTIONS, LLC, CLERK OF COURT – Ruth A. Wilson, Judge Clarence R. (Rudy) Horne, Jr. et al), Deputy Grace Gilbert (Badge # 2231), DEPUTY WADE, ET AL BADGE #2351, DEPUTY WELCH, ET AL BADGE # 2294, DEPUTY WILSON, ET AL BADGE # 2357 are now ADDITIONAL Libellees to the AFFIDAVIT OF NEGATIVE AVERMENT, STATEMENT OF FACTS OPPORTUNITY TO CURE AND COUNTER CLAIM, ACCOUNTING AND TRUE BILL AND NOTICE TO RESPOND WITHIN THE ADMIRALTY DATED MAY 6, 2009 and the AFFIDAVIT OF NOTICE OF DEFAULT Dated June 8th 2009.

11. Due to continued Trespass and continued hostile presentments of Libellees ET AL, they are in violation of Legal Notice and Demand, Security Agreements, Act Of State (Affidavit of Political Status) and UCC filing # 044200900580 & attachments and Legal Notice and Demand, Security Agreements, Act Of State (Affidavit of Political Status) and UCC filing # 044200900650 & attachments. Supported by the AFFIDAVIT OF NEGATIVE AVERMENT, STATEMENT OF FACTS OPPORTUNITY TO CURE AND COUNTER CLAIM, ACCOUNTING AND TRUE BILL AND NOTICE TO RESPOND WITHIN THE ADMIRALTY DATED MAY 6, 2009 and the AFFIDAVIT OF NOTICE OF DEFAULT Dated June 8th 2009.

"Statement: The Administrative Record for Libellant/Declarant's International Commercial Claim Administrative Remedy, File #70080S00000018034048, as identified in Statement 6 above, shows that all of the Inquiries in said file have been agreed to (Admitted/Acknowledged) by tacit procuration by Respondent's failure/refusal or choice not to respond."

"Response: Libellees/Respondents admit the answer is: YES"

12. In relation to case # 2009-MAG-2599 the following events took place wherein my rights were also violated.

3

On July 7, 2009, I was arrested without a lawful 4th amendment warrant. There were notices on my front and back door that state "DO NOT TRESPASS UCC1#044200900580 & UCC1#044200900650 EXEMP FROM LEVY. Notice was also made warning trespassers of my Legal Notice and Demand. I was kidnapped and taken to jail by six Rockdale County Police officers and held against my will. Deputy Wade badge #2351, Welch Badge # 2294 & Wilson badge # 2357forced their way into my house, handcuff me and told me that they had a warrant for my arrest. I asked them why they were doing this to me and informed them that it was illegal to arrest me without a lawful 4th amendment warrant. They ignored me and proceeded to force me into their vehicle and took me to jail where I was finger printed and told to sign many documents and take photographs against my will. I was told that a female police officer had filed charges against me. They stated that she said that I pushed her while she was trying to arrest my wife. I asked for a copy of the report that she had filed but the police officer refused to give me a copy.  I was told that I must get a copy from my lawyer. I told him that I wasn't using a lawyer.

On July 8, 2009, I was told that I was going to court for my first appearance. When the officers arrived to take me to court, they took me in another room and told me to stand facing the wall. Twenty minutes later I was told that I would not be going to court. On July 9, 2009, I asked the officers if I would be going to court today. They looked on their list and said no. I asked to speak to the public defender but no public defender came to see me. On July 10th 2009, when I finally went to court, I asked the Judge for a copy of the documents that Deputy Grace Gilbert had filed against me. After receiving a copy, the Judge proceeded to set Bail. After reading the document that Deputy Grace Gilbert wrote, I noted that there was no indication of any damage or injured party.

On or around April 7th 2009, I tendered a document entitled Legal Notice and Demand amongst other documents stating that there would be fees charged to anyone who violated me or my wife's rights. These documents were made public record since March 13, 2009 and was sent to the Rockdale Magistrate Court via Certified Mail # 7008 0500 0000 1803 4048 and signed for by B. Green. Pursuant to these notices, Rockdale County, its officers, Rockdale County Courts, its officers and the state of Georgia was put on notice and warned that fees would be charged per violation, per entity to any Rockdale County official and officer of the court.

My Legal Notice and Demand document and other documents listed in UCC1# 044200900580 have been a public record since March 13, 2009 and the clerk of court in charge of the public record is charged to distribute this document to any and all responsible parties, i.e., officers of the court, and/or law enforcement officers including local, state, federal, international, multi-jurisdictional, or any and all officers, representatives, contractors, agencies, or any such entity or person that may bring any type of action, whether civil or criminal or other, against me, and whether in this county, state, region, area, country, corporation, federal zone, or in any venue and/or jurisdiction. See attached documents. Any agent, law enforcement officer, employee, contractor, representative, or the like of the "UNITED STATES" or any of its subsidiaries or sub-corporations, SHALL NOT ENTER, AT ANY TIME, FOR ANY REASON, ANY PROPERTY AT WHICH I AM LOCATED, or LEASE, OWN, or CONTROL, WITHOUT MY EXPRESS WRITTEN PERMISSION (See Legal Notice and Demand p. 1 - 13). On or around August 21, 2009 County Police officers broke into my home a second time at approximately 8:45 a.m., the Rockdale County Police showed up at my door with a Writ of Possession of my house. 5everal police stood armed with shotguns and positioned for fire as my wife opened the door. Their document was lacking bona fide ink signatures and dates per title 18 U.S.C.A. § 513-514.

"Any or all documents tendered to me, lacking bona fide ink signatures or dates per title 18 U.S.C.A. § 513-514, are counterfeit security instruments causing you to be liable in your

4

corporate and individual capacity by fraudulent conveyance now and forevermore. If and when
you cause any injury and/or damages to the Natural Man or Woman Secured Party by violating
any of the rights, civil rights, privileges, or any terms herein, you agree to voluntarily, with no
reservation of rights and defenses, at the written request of the Natural Man or Woman
Secured Party, surrender, including but not limited to, any and all bonds, public and/or
corporate insurance policies, and CAFR funds as needed to satisfy any and all claims as filed
against you by the Natural Man or Woman Secured Party. This applies to any and all agents, or
representatives, individually and severally, of the "UNITED STATES" or any of the subdivisions
thereof, as described herein."

13. The following Libellees are responsible for counterfeit security instruments causing them to
be liable in their corporate and individual capacity by fraudulent conveyance. :

SUNTRUST MORTGAGE, INC., WILLIAM M. GIBSON, D/B/A FIRST V.P., ASST. GEN. COUNSEL,
DORINDA SMITH, D/B/A SVP OF BROKERAGE, NAT'L WHOLESALE OPS MGR.,GABRIELLE BECK,
D/B/A V.P. OF PAYOFF, ANNETTE HOLMAN-FOREMAN, THOMAS FREEMAN, D/B/A RISK
MANAGER, MCCALLA RAYMER, LLC, ADAM SILVER, D/B/A ATTORNEY, MELODY JONES,
ESQUIRE, D/B/A/ ATTORNEY, ROBERT MICHAEL SHEIFFIELD, ESQUIRE, D/B/A ATTORNEY,
SHANNON SNEED, PROMMIS SOLUTIONS, LLC, ROCKDALE COUNTY SHERIFFS OFFICE, DEPUTY
GRACE GILBERT BADGE # 2231, DEPUTY WADE, ET AL BADGE #2351, DEPUTY WELCH, ET AL
BADGE # 2294, DEPUTY WILSON, ET AL BADGE # 2357, JEFF WIGINGTON, DAROLD VISSERING
#202. They are all in violation of Legal Notice and Demand, Security Agreements, Act Of State
(Affidavit of Political Status) and UCC filing # 044200900580 & attachments and Legal Notice and
Demand, Security Agreements, Act Of State (Affidavit of Political Status) and UCC filing #
044200900650 & attachments. Supported by the AFFIDAVIT OF NEGATIVE AVERMENT,
STATEMENT OF FACTS OPPORTUNITY TO CURE AND COUNTER CLAIM, ACCOUNTING AND TRUE
BILL AND NOTICE TO RESPOND WITHIN THE ADMIRALTY DATED MAY 6, 2009 and the
AFFIDAVIT OF NOTICE OF DEFAULT Dated June 8, 2009.

> Additional PUBLIC LAW 104-13—MAY 22, 1995 states.
> § 3512. Public protection
>
> "(a) Notwithstanding any other provision of law, no person
> shall be subject to any penalty for failing to comply with a collection
> of information that is subject to this chapter if—
> "(1) the collection of information does not display a valid
> control number assigned by the Director in accordance with
> this chapter; or
> "(2) the agency fails to inform the person who is to respond
> to the collection of information that such person is not required
> to respond to the collection of information unless it displays
> a valid control number.
> "(b) The protection provided by this section may be raised
> in the form of a complete defense, bar, or otherwise at any time
> during the agency administrative process or judicial action
> applicable thereto.

This is a quote from my LEGAL NOTICE AND DEMAND ON FILE IN THE PUBLIC RECORD UCC1#
044200900580. "IGNORANCE OF THE LAW IS NO EXCUSE!

(18) I, one Ivan-Willis: Taylor [Freeman], the undersigned, am the principal; and you are the
agent! Fail not to adhere to your oath, lest you be called to answer before one God and one
Supreme Court Exclusive Original Jurisdiction, which is the court of first and last resort, not
excluding my "Good Faith (Oxford) Doctrine" by my conclusive Honorable "Bill of Rights."

(19) This Statute Staple Securities Instrument is not set forth to threaten, delay, hinder, harass, or obstruct, but to protect guaranteed Rights and Protections assuring that at no time my Unalienable Rights are ever waived or taken from me against my will by threats, duress, coercion, fraud, or without my express written consent of waiver. None of the statements contained herein intend to threaten or cause any type of physical or other harm to anyone. The statements contained herein are to notice any persons, whether real or corporate, of their potential, personal, civil, and criminal liability if and when they violate my Unalienable Rights as protected by the original Constitution of 1787, adopted circa 1791, and/or the Honorable "Bill of Rights." A bona fide duplicate of this paperwork is safely archived with those who testify under oath that it is my standard policy to ALWAYS present this notice to any public or private officer attempting to violate me and my rights. It is noted on the record that by implication of said presentment, this notice has been tendered by way of registered mail to GEORGIA SECRETARY OF STATE KAREN C. HANDEL.

## PAGE NINE LEGAL NOTICE AND DEMAND

This is prima facie evidence of your receipt and acceptance of this presentment in both your corporate and individual capacity, jointly and severally for each and all governmental, political, and corporate bodies. Any other individuals who have been, are, or hereafter become involved in the instant actions or any future actions against me shall only correspond to me in writing while signing under penalty of perjury pursuant but not limited to Title 28 U.S.C.A. § 1746. This document is now on record in the Register of Deeds Office in DEKALB COUNTY, GEORGIA, supra.

## SUMMATION

(20) Should you move against me in defiance of this presentment, there is no immunity from prosecution available to you or to any of your fellow public officers, officials of government, judges, magistrates, district attorneys, clerks, or any other persons who become involved in the instant actions, or any future actions, against me by way of aiding and abetting. Take due heed and govern yourself accordingly. Any or all documents tendered to me, lacking bona fide ink signatures or dates per title 18 U.S.C.A. § 513-514, are counterfeit security instruments causing you to be liable in your corporate and individual capacity by fraudulent conveyance now and forevermore. If and when you cause any injury and/or damages to the Natural Man or Woman Secured Party by violating any of the rights, civil rights, privileges, or any terms herein, you agree to voluntarily, with no reservation of rights and defenses, at the written request of the Natural Man or Woman Secured Party, surrender, including but not limited to, any and all bonds, public and/or corporate insurance policies, and CAFR funds as needed to satisfy any and all claims as filed against you by the Natural Man or Woman Secured Party. This applies to any and all agents, or representatives, individually and severally, of the "UNITED STATES" or any of the subdivisions thereof, as described herein.

## NOTICE TO AGENT IS NOTICE TO PRINCIPAL AND NOTICE TO PRINCIPAL IS NOTICE TO AGENT

(21) This document cannot be retracted by any employee, agent, representative, or officer of the court, or any individuals, excluding the Natural Man or Woman Secured Party on this registered document, for one hundred years from date on this legally binding Statute Staple Securities Instrument.

Attention: All Agents, Representatives, or Officers, or such as, of the "UNITED STATES" or its subdivisions including local, state, federal, and/or international or multinational governments, corporations, agencies, and the like: You have twenty (20) days to rebut any portion of this document, or you stand in total agreement. Non response is agreement. Partial response is agreement. Rebuttal must be in written form with legal/lawful, verified, certified

6

documentation in law, with copies of said law enclosed. This documentation must be provided under penalty of perjury. Notice to Agent is Notice to Principal. Notice to Principal is Notice to Agent. Ignorance of the law is no excuse.

PAGE TEN LEGAL NOTICE AND DEMAND

(22) All other corporations including but not limited to telephone companies, cable companies, utility companies, contractors, builders, maintenance personnel, investors, journeymen, inspectors, law enforcement officers, officers of the court, manufacturers, wholesalers, retailers, and all others, including all persons, are bound by all paragraphs, terms, and conditions herein regardless of nature of limited liability corporations or affiliations as "DBA's," "AKA's," incorporations, or any types of businesses in commerce as deeded by this securities agreement and decree.

(23) YOU ARE NOTICED having been given knowledge of the law and your personal financial liability in event of any violations of my rights and/or being. This Statute Staple Securities Instrument now in your hand constitutes timely and sufficient warning by good faith, notice, and grace.

(24) Dated this 19th day of February, in the year of our Lord, two thousand nine. This contract being of honor is presented under the "Good Faith (Oxford) Doctrine." I accept the Oath of Office of all officers of the court, including but not limited to the clerk of the court; all judges and attorneys from all jurisdictions; all local, state, federal, international law enforcement officers, and all agents of the "UNITED STATES" or any subdivisions thereof.

(25) Any agent, law enforcement officer, employee, contractor, representative, or the like of the "UNITED STATES" or any of its subsidiaries or sub-corporations, SHALL NOT ENTER, AT ANY TIME, FOR ANY REASON, ANY PROPERTY AT WHICH I AM LOCATED, or LEASE, OWN, or CONTROL, WITHOUT MY EXPRESS WRITTEN PERMISSION. Violation of this notice will be considered criminal trespass and will be subject to a $2,000,000.00 (Two Million) lawful US Silver dollar penalty plus damages, per violation, per violator.

PAGE ELEVEN LEGAL NOTICE AND DEMAND

(26) Attention: Any and all lending institutions, brokerage firms, credit unions, depository institutions, insurance agencies, credit bureaus, and the officers, agents and employees therein: You have now been notified of the law as to your corporate and individual financial liability in the event of any violations upon the rights and/or being of Ivan-Willis: Taylor. This Statute Staple Securities Instrument constitutes timely and sufficient warning by Good Faith Notice of your liability regardless of your political affirmations. All penalties contained herein will be subject to a penalty increase of one million dollars per day, plus interest, while there is any unpaid balance for the first thirty (30) days after default of payment. This penalty will increase by 10% per each day until balance is paid in full, plus 18% annual interest, beginning on the thirty- first (31st) day after default of payment. All penalties in this document are assessed in lawful money and are to be paid in one troy ounce US Silver Dollars that are .999 fine silver or equivalent par value if paid in legal tender or fiat paper money. Par value will be determined by the value established by a one troy ounce .999 fine silver coin at the US MINT, or by law, whichever is higher value at the time of the incident. Any dispute over the par value will be decided by the Secured Party, or his designee. All definitions in Attachment "B" are included as a part of this contract and will be applied as written herein. Any dispute of any definition will be decided by the Secured Party. There is no contradiction of terms as written within the confines of this title pursuant to the "Constitution for the united States of America." If any contradiction is found, the meaning will be determined by the Secured Party. Definitions as

7

they apply to this contract are enclosed in Attachment "B" and are included as a legal part of this contract.

PAGE THIRTEEN LEGAL NOTICE AND DEMAND

NOTICE TO DEKALB COUNTY REGISTER OF DEEDS CLERK

(27) Pursuant to Title 18 U.S.C., chapter 101 § 2071(b), "Whoever, having the custody of any such record, proceeding, map, book, document, paper, or other thing, willfully and unlawfully conceals, removes, mutilates, obliterates, falsifies, or destroys the same, shall be fined under this title or imprisoned not more than three years, or both; and shall forfeit his office and shall be disqualified from holding any office under the United States." After twenty (20) calendar days, you may not rebut this contract."

Violation of this notice will be considered criminal trespass and will be subject to a $2,000,000.00 (Two Million) lawful US Silver dollar penalty plus damages, per violation, per violator.

I, Ivan Willis Taylor, witnessed the aforementioned events of Abuse of Power, Abuse of Process, Denial of Due Process, Obstruction of Justice, Dishonor in Commerce, Conspiracy, Extortion, Racketeering, Coercion, Collusion, etc. and do hereby attest and affirm that the above statements are true, correct, and complete in accordance with my firsthand knowledge and understanding, and I believe there is no evidence to the contrary. If called upon to testify as a witness, I shall so state. The Libellees have failed to rebut the Legal Notice and Demand within the Admiralty. Libellees received the Legal Notice and Demand within the Admiralty on April 8, 2009. Seventeen weeks (119 days) has passed since then.

SUPPORTED BY THE AFFIDAVIT OF NEGATIVE AVERMENT, STATEMENT OF FACTS OPPORTUNITY TO CURE AND COUNTER CLAIM, ACCOUNTING AND TRUE BILL AND NOTICE TO RESPOND WITHIN THE ADMIRALTY DATED MAY 6, 2009 AND THE AFFIDAVIT OF NOTICE OF DEFAULT DATED JUNE 8, 2009. "After twenty (20) calendar days, you may not rebut this contract"

Due to Libellees, et al non payment of THIS LAWFUL CLAIM and continued Trespass and continued hostile presentments. Payment of Libellees are over 119 days past due. I hereby place all Libellees in to Involuntary Bankruptcy. All Libellees will be placed on a BANKRUPTCY FORM 5 in accord with 11 USGA 303 which is a property description list of all the property held in M. QADER A. BAIG & ASSOC., LLC, QADER A. BAIG, ROCKDALE WATER RESOURCES, ROBERT A. YOUNG, WANDA LESTER, ROSLYN MILLER, MAGISTRATE COURT OF ROCKDALE COUNTY, ET AL, JOY WRIGHT - CLERK OF COURT, CLARENCE RUDY HORNE, JR, ROCKDALE COUNTY COURTS, RUTH A. WILSON - CLERK OF COURT, ROCKDALE COUNTY, RICHARD A. ODEN, SUNTRUST MORTGAGE, INC., WILLIAM M. GIBSON, D/B/A FIRST V.P., ASST. GEN. COUNSEL, DORINDA SMITH, D/B/A SVP OF BROKERAGE, NAT'L WHOLESALE OPS MGR.,GABRIELLE BECK, D/B/A V.P. OF PAYOFF, ANNETTE HOLMAN-FOREMAN, THOMAS FREEMAN, D/B/A RISK MANAGER, MCCALLA RAYMER, LLC, ADAM SILVER, D/B/A ATTORNEY, MELODY JONES, ESQUIRE, D/B/A/ ATTORNEY, ROBERT MICHAEL SHEIFFIELD, ESQUIRE, D/B/A ATTORNEY, SHANNON SNEED, PROMMIS SOLUTIONS, LLC, ROCKDALE COUNTY SHERIFFS OFFICE, DEPUTY GRACE GILBERT BADGE # 2231, DEPUTY WADE, ET AL BADGE #2351, DEPUTY WELCH, ET AL BADGE # 2294, DEPUTY WILSON, ET AL BADGE # 2357, JEFF WIGINGTON, DAROLD VISSERING #202. Libellant will take the equity and place it for sale and proceed to liquidate all property of Libellees for settlement of this account. The liquidation and disposition of property will be executed immediately.

Libellant has timely noticed all Libellees and has properly commenced and concluded a perfected security interest against all Libellees. The perfected security interest, herein

8

"Contract," #70080500000018034048, includes all notices including a Certificate of Dishonor, herein "Information," issued by a Public Official.

## NOTICE OF FINAL DETERMINATION AND JUDGEMENT IN NIHIL DECIT

THIS IS THE FINAL NOTIFICATION AND JUDGMENT NO OTHER NOTIFICATIONS WILL BE SENT TO YOU. COLLECTION OF THIS LAWFUL CLAIM, AGAINST YOUR BONDS, INSURANCE POLICIES, 801-K, CAFR FUNDS, PROPERTIES, OR ANY OTHER SOURCE OF REVENUE TO CURE YOUR DISHONOR IN THE PUBLIC HAS ALREADY BEGUN. DUE TO YOUR FAILURE TO PAY THIS CLAIM IN FULL WITHIN THREE BUISNESS DAYS, AS STIPULATED INTHE AFFIDAVIT OF CERTIFICATE OF NON-RESPONSE AND THE NOTICE OF FINAL DETERMINATION AND JUDGEMENT IN NIHIL DECIT - IN ADMIRALTY DATED JULY 16, 2009,  ADDITIONAL LEINS, CIVIL DAMAGES AND CRIMINAL CHARGES MAY ALSO BE FORTHCOMING. YOUR NON RESPONSE WAS A SELF EXECUTING POWER OF ATTORNEY TO FILE LIENS AND ENCUMBERANCES AGAINST ANY AND ALL PROPERTY OF ALL LIBELLEES

Ivan Willis Taylor, Libellant

Date: 11-18-2009

9

044200901893

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

IVAN WILLIS TAYLOR
PO BOX 2217
LITHONIA, GA 30058

2009 JUL 27 P 12 39

DEKALB COUNTY

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. This Financing Statement Amendment is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS |
|---|---|
| 044200900580 & 044200900649 | |

2. ☐ TERMINATION Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement

3. ☐ CONTINUATION Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

4. ☐ ASSIGNMENT (full or partial) Give name of assignee in item 7a or 7b and address of assignee in item 7c, and also give name of assignor in item 9

5. ☐ AMENDMENT (PARTY INFORMATION) This Amendment affects ☒ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address  Give record name in item 6a or 6b, also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.   ☐ DELETE name: Give record name to be deleted in item 6a or 6b.   ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION

| 6a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 6b. INDIVIDUAL'S LAST NAME IVAN WILLIS TAYLOR CESTI QUE TRUST | FIRST NAME | MIDDLE NAME | SUFFIX | |

7. CHANGED (NEW) OR ADDED INFORMATION

| 7a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX | |
| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

| 7d. TAX ID # SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any | ☐ NONE |

8. ☐ AMENDMENT (COLLATERAL CHANGE) check only one box.

Describe collateral ☐ deleted or ☒ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.
ALL PROPERTY BELONGING TO THE DEBTORS BELONGS TO THE SECURED PARTY
The Debtors have consented to this UCC lien and Admiralty Maritime lien filing in the International Commercal Claim Within the Admiralty Administrative Remedy, Judgment by Estoppel Agreement/Contract File # 7008050000001803404B, Registered Mail # RE 163 750 395 US, perfected on July 24th, 2009 in the accounting and True Bill amount of $391,888,160,000.00, Three Hundred Ninty One Billion Six Hundred Eighty Eight Million One Hundred Sixty Thousand

All personal and real property, bank accounts, foreign and domestic, private exemptions, government risk management accounts, insurance policies, stocks and bonds, asset accounts, investments and future earnings of the Debtors are now the property of the Secured Party

This filing is incorporated with State of Georgia UCC 1 Filing # 044200900580 & 044200900649
Debtors: ROBERT A. YOUNG, WANDER LESTER, ROSLYN MILLER, QADER A. BAIG, M. A BAIG & ASSOCIATES, LLC, RICHARD A ODEN, JOY WRIGHT, RUTH A. WILSON, CLARENCE RUDY HORN, JR., ROCKDALE WATER RESOURCES & ROCKDALE COUNTY

9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 9b. INDIVIDUAL'S LAST NAME Taylor | FIRST NAME Ivan | MIDDLE NAME Willis | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA
Article 9 of the UCC 0500 1100 0200 0400 1300 0800 0600 0900 0300 0100 1200 1000 0700

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)
FORM SHOULD BE TYPEWRITTEN OR COMPUTER GENERATED

044200901893

**UCC FINANCING STATEMENT AMENDMENT ADDITIONAL PARTY**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

1e INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

**044200900580 & 044200900649**

15 NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

| 15a ORGANIZATION'S NAME | | |
|---|---|---|
| OR 15b INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME SUFFIX |
| Taylor | Ivan | Willis |

F'IL...

2009 JUL 27 P 12 39

LE. OF SUPERIOR
DEKALB COUNTY GA

16 MISCELLANEOUS

Under the original revised Article 9 of the UCC 0500 1100 0200 0400
1300 0800 0600 0900 0300 0100 1200 1000 0700.
ALL PROPERTY BELONGING TO THE DEBTORS BELONGS TO
THE SECURED PARTY.

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

17. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only **one** name (17a or 17b) - do not abbreviate or combine names

| 17a ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| **ROBERT A. YOUNG** | | | | | |
| OR 17b INDIVIDUAL'S LAST NAME | | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 17c MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |
| **958 MILSTEAD AVE.** | | **CONYERS** | **GA** | **30012** | **USA** |
| 17d SEE INSTRUCTIONS | ADD'L INFO RE 17e TYPE OF ORGANIZATION | 17f JURISDICTION OF ORGANIZATION | 17g ORGANIZATIONAL ID # if any | | |
| | ORGANIZATION DEBTOR | **LEGAL ENTITY** | **UNITED STATES** | | [NONE] |

18. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only **one** name (18a or 18b) - do not abbreviate or combine names

| 18a ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| **WANDAR LESTER** | | | | | |
| OR 18b INDIVIDUAL'S LAST NAME | | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 18c MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |
| **958 MILSTEAD AVE.** | | **CONYERS** | **GA** | **30012** | **USA** |
| 18d SEE INSTRUCTIONS | ADD'L INFO RE 18e TYPE OF ORGANIZATION | 18f JURISDICTION OF ORGANIZATION | 18g ORGANIZATIONAL ID # if any | | |
| | ORGANIZATION DEBTOR | **LEGAL ENTITY** | **UNITED STATES** | | [NONE] |

19. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only **one** name (19a or 19b) - do not abbreviate or combine names

| 19a ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| **ROSLYN MILLER** | | | | | |
| OR 19b INDIVIDUAL'S LAST NAME | | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 19c MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |
| **958 MILSTEAD AVE.** | | **CONYERS** | **GA** | **30012** | **USA** |
| 19d SEE INSTRUCTIONS | ADD'L INFO RE 19e TYPE OF ORGANIZATION | 19f JURISDICTION OF ORGANIZATION | 19g ORGANIZATIONAL ID # if any | | |
| | ORGANIZATION DEBTOR | **LEGAL ENTITY** | **UNITED STATES** | | [NONE] |

20 ADDITIONAL SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE) - insert only **one** name (20a or 20b)

| 20a ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| OR 20b INDIVIDUAL'S LAST NAME | | FIRST NAME | MIDDLE NAME | | SUFFIX |
| **Taylor** | | **Princess** | **Donya** | | |
| 20c MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |
| **3122 Avondale Drive SE** | | **Conyers** | | **GA; | near[30013]** | |

21 ADDITIONAL SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE) - insert only **one** name (21a or 21b)

| 21a ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| OR 21b INDIVIDUAL'S LAST NAME | | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 21c MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |

International Association of Commercial Administrators (IACA)
FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT ADDITIONAL PARTY (FORM UCC3AP) (REV 05/22/02)

UCC #

044200901893

**UCC FINANCING STATEMENT AMENDMENT ADDITIONAL PARTY**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

14 INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

044200900580 & 044200900649

15 NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

15a ORGANIZATION'S NAME

OR | 15b INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME SUFFIX |
|---|---|---|
| Taylor | Ivan | Willis |

16 MISCELLANEOUS

Under the original revised Article 9 of the UCC 0500 1100 0200 0400
1300 0800 0600 0900 0300 0100 1200 1000 0700.
ALL PROPERTY BELONGING TO THE DEBTORS BELONGS TO
THE SECURED PARTY.

FILED

2009 JUL 27  P 12: 39

CLERK OF SUPERIOR C
DEKALB COUNTY GA

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

17. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (17a or 17b) - do not abbreviate or combine names

17a ORGANIZATION'S NAME

**RUTH A. WILSON**

| OR | 17b INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 17c MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 922 COURT STREET | CONYERS | GA | 30012 | USA |

| 17d SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 17e TYPE OF ORGANIZATION | 17f JURISDICTION OF ORGANIZATION | 17g ORGANIZATIONAL ID # if any | |
|---|---|---|---|---|---|
| | | LEGAL ENTITY | UNITED STATES | 58-6000882 | NONE |

18. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (18a or 18b) - do not abbreviate or combine names

18a ORGANIZATION'S NAME

**JOY WRIGHT**

| OR | 18b INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 18c MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 945 COURT STREET | CONYERS | GA | 30012 | USA |

| 18d SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 18e TYPE OF ORGANIZATION | 18f JURISDICTION OF ORGANIZATION | 18g ORGANIZATIONAL ID # if any | |
|---|---|---|---|---|---|
| | | LEGAL ENTITY | UNITED STATES | 58-6000882 | NONE |

19. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (19a or 19b) - do not abbreviate or combine names

19a ORGANIZATION'S NAME

~~ROCKDALE COUNTY~~

| OR | 19b INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 19c MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 962 MILSTEAD AVE. | CONYERS | GA | 30012 | USA |

| 19d SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 19e TYPE OF ORGANIZATION | 19f JURISDICTION OF ORGANIZATION | 19g ORGANIZATIONAL ID # if any | |
|---|---|---|---|---|---|
| | | LEGAL ENTITY | UNITED STATES | 58-6000882 | NONE |

20. ADDITIONAL SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE) - insert only one name (20a or 20b)

20a ORGANIZATION'S NAME

| OR | 20b INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| | Taylor | Princess | Donya | |

| 20c MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 3122 Avondale Drive SE | Conyers | GA; | near[30013] | |

21. ADDITIONAL SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE) - insert only one name (21a or 21b)

21a ORGANIZATION'S NAME

| OR | 21b INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 21c MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT ADDITIONAL PARTY (FORM UCC3AP) (REV. 05/22/02)

International Association of Commercial Administrators (IACA)

044200901893

**UCC FINANCING STATEMENT AMENDMENT ADDITIONAL PARTY**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

14. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

**044200900580**

15. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

15a. ORGANIZATION'S NAME

OR | 15b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX
**Taylor** | **Ivan** | **Willis**

16. MISCELLANEOUS
Under the original revised Article 9 of the UCC 0500 1100 0200 0400
1300 0800 0600 8900 0300 0100 1200 1000 0700.
ALL PROPERTY BELONGING TO THE DEBTORS BELONGS TO
THE SECURED PARTY.

FILED
2009 JUL 27 P 12: 39
CLERK OF SUPERIOR COURT
DEKALB COUNTY GA

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

17. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (17a or 17b) - do not abbreviate or combine names

17a. ORGANIZATION'S NAME
**ROCKDALE WATER RESOURCES**

| 17b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 17c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| **958 MILSTEAD AVE.** | **CONYERS** | **GA** | **30012** | **USA** |

17d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 17e. TYPE OF ORGANIZATION **LEGAL ENTITY** | 17f. JURISDICTION OF ORGANIZATION **UNITED STATES** | 17g. ORGANIZATIONAL ID # if any | NONE

18. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (18a or 18b) - do not abbreviate or combine names

18a. ORGANIZATION'S NAME
**QADER A. BAIG**

| 18b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 18c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| **913 COMMERCIAL STREET** | | **GA** | **30012** | **USA** |

18d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 18e. TYPE OF ORGANIZATION **LEGAL ENTITY** | 18f. JURISDICTION OF ORGANIZATION **UNITED STATES** | 18g. ORGANIZATIONAL ID # if any | NONE

19. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (19a or 19b) - do not abbreviate or combine names

19a. ORGANIZATION'S NAME
**RICHARD A. ODEN**

| 19b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 19c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| **962 MILSTEAD AVE.** | | **GA** | **30012** | **USA** |

19d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 19e. TYPE OF ORGANIZATION **LEGAL ENTITY** | 19f. JURISDICTION OF ORGANIZATION **UNITED STATES** | 19g. ORGANIZATIONAL ID # if any | NONE

20. ADDITIONAL SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE) - insert only one name (20a or 20b)

20a. ORGANIZATION'S NAME

OR | 20b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
**Taylor** | **Princess** | **Donya** |
20c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY
**3122 Avondale Drive SE** | **Conyers** | **GA; near[30013]** |

21. ADDITIONAL SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE) - insert only one name (21a or 21b)

21a. ORGANIZATION'S NAME

OR | 21b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 21c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

International Association of Commercial Administrators (IACA)
FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT ADDITIONAL PARTY (FORM UCC3AP) (REV. 05/22/02)

**Revised Article 9 UCC Acknowledgement**

**File Number: 2009-2393033-24**

**Filing date: 6/15/2009 3:54:35 PM**

**Lapse date: None**

File an amendment to this UCC

**ACTIONS**

| Action | File Date | Status |
|---|---|---|
| Initial financing Statement<br>Alternate Name Des: Bailee/Bailor<br>Alt Filing Type: TransmittingUtility | 6/15/2009 3:54:35 PM | Active - Filed Online |

**NAMES**

| Debtor/Secured Party/Filer | Date Added | Address |
|---|---|---|
| Debtor<br>MAGISTRATE COURT OF ROCKDALE COUNTY | 6/15/2009 3:54:35 PM | 945 COURT ST.<br>CONYERS GA, 30012<br>USA |
| Org Type: LEGAL ENTITY<br>Org ID: (none)<br>Jurisdiction: UNITED STATES | | |
| Debtor<br>CLARENCE RUDY HORNE, JR | 6/15/2009 3:54:35 PM | 945 COURT ST.<br>CONYERS GA, 30012<br>USA |
| Org Type: LEGAL ENTITY<br>Org ID: (none)<br>Jurisdiction: UNITED STATES | | |
| Debtor<br>M. QADER A. BAIG & ASSOC., LLC | 6/15/2009 3:54:35 PM | 913 COMMERCIAL STREET<br>CONYERS GA, 30012<br>USA |
| Org Type: LEGAL ENTITY<br>Org ID: (none)<br>Jurisdiction: UNITED STATES | | |
| Secured party<br>Ivan Willis Taylor | 6/15/2009 3:54:35 PM | 3122 Avondale Drive SE<br>Conyers GA, [30013]<br>uS |
| Secured party<br>Princess Donya Taylor | 6/15/2009 3:54:35 PM | 3122 Avondale Drive SE<br>Conyers GA, [30013]<br>uS |

**COLLATERAL DESCRIPTION**

| Date Filed | Collateral Description |
|---|---|
| 6/15/2009 3:54:35 PM | This Financing Statement covers the following types (or items) of property: (list)<br>State of Georgia Lien, Agreement/Contract File # 70080500000018034048 / Registered Mail # RE 183 750 395 US, NOTICE OF INTERNATIONAL COMMERCIAL CLAIM ADMINISTRATIVE REMEDY, AFFIDAVIT OF NEGATIVE AVERMENT, STATEMENT OF FACTS, STATEMENT AND INQUIRIES, OPPORTUNITY TO CURE, COUNTER CLAIM, ACCOUNTING |

AND TRUE BILL,& NOTICE TO RESPOND.

The following Property is accepted for value, exempt from levy, and herewith registered in the Commercial Chamber, Agreement/Contract File # 70080500000018034048, Registered Mail # RE 183 750 395 US ALL PROPERTY BELONGING TO THE DEBTORS BELONGS TO THE SECURED PARTY.

This is the entry of the Debtors in the Commercial Registry and the following property is hereby registered in the same:

The Debtors have consented to this UCC1lien and Admiralty Maritime lien filing in the International Commercial Claim Within the Admiralty Administrative Remedy, Judgment by Estoppel Agreement/Contract File # 70080500000018034048, Registered Mail # RE 183 750 395 US, perfected on June 8th, 2009 in the accounting and True Bill amount of $391,688,160,000.00, Three Hundred Ninty One Billion Six Hundred Eighty Eight Million One Hundred Sixty Thousand.

All personal and real property; bank accounts, foreign and domestic; private exemptions; government risk management accounts; insurance policies; stocks and bonds; asset accounts; investments and future earnings of the Debtors are now the property of the Secured Party.

This filing is incorporated with State of Georgia UCC 1 Filing # 044200900580 & 044200900649.

All proceeds, products, accounts, baggage and fixtures and the orders therefrom are to be released to the Secured Party as the authorized representative of the Debtors. Debtors are a commercial transmitting utility and a Trust.



**GEORGIA SUPERIOR COURT**
**CLERKS' COOPERATIVE AUTHORITY**
*Notary Division*
*1875 Century Boulevard, Suite 100*
*Atlanta, Georgia 30345*

---

**APOSTILLE**
(Convention de La Haye du 5 Octobre 1961)

1   Country: **UNITED STATES OF AMERICA**

2   This public document
    has been signed by  **G KABIA**

3   acting in the capacity of  **NOTARY PUBLIC, STATE OF GEORGIA**

4   bears the seal/stamp of  **G KABIA**
                             **NOTARY PUBLIC**
                             **GWINNETT COUNTY, GEORGIA**

### CERTIFIED

5   at ATLANTA, GEORGIA          6   the **8TH DAY OF SEPTEMBER, 2009**

7   by **GEORGIA SUPERIOR COURT CLERKS' COOPERATIVE AUTHORITY**

8   No  1-252241

9.  Seal/Stamp                   10.  Signature:





DAVID R. WILLIAMS
EXECUTIVE DIRECTOR

---

This Apostille only certifies the signature, the capacity of the signer and the seal or stamp it bears. It does not certify the content of the document for which it was issued.
**THIS APOSTILLE IS NOT VALID WITHIN THE UNITED STATES OF AMERICA.**

**NOTARY PUBLIC**
(404) 327-6023

Archetype

**Form: publici sui Juris / Affidavit**
**Session: one supreme Court**

## Act of State
### Reaffirmation of Character
### And Renunciation of Attempted Expatriations

I, **Ivan-Willis: Taylor**, by International Common Law Registration, being of the age of majority, complete in my faculties, a natural born Divine creation, and a Private, Sentient, Sovereign within the constitutional Public survey boundaries within Georgia State, a Republic, of the constitutional Township, Conyers, within the body of a constitutional county, Rockdale County, the proper jurisdiction of a Common Law thereto, do solemnly make this Reaffirmation of Character, pursuant to my absolute freedom of religion, of an Ambassador and Subject-Citizen of the Kingdom of Heaven under its King, Jesus the Christ; and an American Sovereign Citizen-Principal in good standing and Behavior, Public Minister (Ambassador), and "dominium" (absolute owner) inhabitant of the organic United States ("a more perfect union") under the Constitution for the united States of America (1791 to date) as ordained and established, with reservation of all Divinely created and inherent unalienable Rights/Privileges. It is, at the same time that I renounce and declare void, ab initio, any and all attempts (De Facto / Renegade / Corporate) by means of fictions or otherwise, of any changes in my lawful Citizenship Status to that of a Corporate Statutory / Military / Maritime / Admiralty / Fictitious "U.S. person", "consumer", "individual", "citizen", "citizen-subject", "plaintiff/defendant", "resident", "whoever", "taxpayer", "driver", "gun/firearm owner", "debtor", et al, subject to the seizure of Alien Properties by the hypothecated, Corporate/Legislative/Military/Admiralty/Fictitious Democracy UNITED STATES, et al. Such corporations, fraudulent and non-existent in the Law, include, but are not limited to, the UNITED STATES, U.S., STATE OF GEORGIA, COUNTY OF DEKALB, CITY OF LITHONIA, STATE OF GEORGIA, COUNTY OF ROCKDALE, CITY OF CONYERS, STATE OF GEORGIA, COUNTY OF FULTON, CITY OF ATLANTA, IVAN WILLIS TAYLOR, IVAN W TAYLOR, IVAN TAYLOR, IVAN WILLIS TAYLOR-EL, IVAN W. TAYLOR-EL, IVAN TAYLOR-EL or any variation thereof, 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, etc. This doctrine of "Piercing the Corporate Veil", with its "Instrumentality Rule", will serve Notice, (judicial, presidential or otherwise), that all acting as Corporate officers, etc., whether by color of law or color of official right, are acting or have acted without the usual immunities afforded in lawful civil/judicial proceedings. For the peace and safety of all Corporate officers, etc., as well as myself, I have identified all my guaranteed, absolute properties ("Life, Liberty, and the Pursuit of Happiness"), until such times as the present De Facto / Renegade / Corporate government can make the necessary changes to its structure to insure the same. These identifications will list the International Record (Seal) Number (Apostille Number), as has been recognized, received, recorded, and issued by the De Facto / Renegade / Corporate government. As this number is the International registration, National authentication, and State certification of a Public Document of the United States of America, my Nations, and my Citizenships, as well as identification of all guaranteed, properties, whether Public or Private, are and have been in Lawful possession of me. Any confiscation or seizure of any kind of any of the guaranteed, Private or Public properties by any of the De Facto/Corporate officers, etc. will result in damages of Ten Million Dollars of United States Treaty States, nation-state specie Money (United States Dollars silver) that being enumerated in Article I, Section 10, Clause 1 as "gold and silver coin" in the Constitution for the united States of America (1791 to date) to be multiplied by not only the damaging party(ies), but all those in concert and cause of action. This Declaration is made absolute by the enclosed Apostille (the State of Georgia), copy and pursuant to 15 Stat. Ch. 249 pg. 223 (1868), shall be made final, adopted, and accepted by the Doctrines of Estoppel (by acquiescence), Law of the Record, (Apostille), Moral Obligation (peremptory mandamus), and the Divine Law (380 U.S. 163; The Bible is law to be applied nationally); or upon the passing of a customary and reasonable time of ten (10) consecutive calendar days from receipt of the service guaranteed U.S. Mail (Certified) or otherwise. It will be the President's absolute ministerial duty to identify, restore, and correct any and all errors, injuries, wrongs, and damages at any time applied and/or attached to Me pursuant to Congressional demand within 15 Stat. Ch 249. Dates: spiritual "In the Beginning" plus Six days: Announcement of Diplomatic Arrival: April 26th 1963

*[signature]*

**Me, American, Private, Christian, Sentient; Sovereign;**
**Divine Inhabitant within North America; within Georgia State, a Republic;**
**"within" a constitutional county and a constitutional township republic.**

**" . . . at the mouths of two, or at the mouths of three the matter is established."**
**Deuteronomy 19:15**

*[signature]* Princess-Donya: Taylor
**Divine, Sentient, and Common Law Witness**

*[signature]* Kimberly-Colette: Sass
**Divine, Sentient, and Common Law Witness**

---

Archetype

**Form: publici sui Juris / Affidavit**
**Session: one supreme Court**

## Act of State
### Primary Signature Certification
### (Convention de La Haye du 5 October 1961)
#### TIAS 10072, 33 UST 883, 527 UNTS 189, (Convention # 12)

I, **Moses Kaben**, do hereby certify the document enclosed to be a true, correct, complete and not misleading Original of the Archetype, containing the primary signature as sealed below. This notarization is for the purpose of signature (autograph) certification only, for foreign use (i.e., United States of America) of the U.S. originated document. This is pursuant to the Hague Conference on Private International Law dated October 5th, 1961, at the Convention Abolishing the Requirement of Legislation for Foreign Public Documents  It was on 15 October, 1981 in which the United States declared as being a signatory to this Convention, and this procedure is required for the legalization of administrative/judicial documents as herein enclosed

**The State of Georgia**        Acknowledged before me the _4_ day of _Sept_ 2009 A.D.
**The County of** _Gwinnett_

*[signature]*
**Sentient Citizen; Autograph**

*[signature]*
**Notary Signature**

County of  _Fulton_                    )                                                    CLERK

On this _4th_ day of _January_, ~~2009~~ _2010_; for the purpose of verification, I, the undersigned Notary Public, being commissioned in the County and State noted above, do certify that Ivan-Willis: Taylor appeared before me with the following documents listed below in File# 70080500000018034048, the signed notary, personally verified that these documents were placed in an envelope and sealed by me. They were sent by United States Post Office Registered Mail receipt number RE 183 750 617 US to RESPONDANTS/ LIBELLEES ROCKDALE COUNTY COURT HOUSE, RUTH A. WILSON - CLERK OF COURT, DEPUTY GRACE GILBERT BADGE #2231, DEPUTY WADE BADGE #2351, DEPUTY WELCH BADGE #2294, DEPUTY WILSON BADGE #2357
922 COURT ST. CONYERS, GA 30012.
The DECLARANT/ LIBELLANT is granting you an additional 7 calendar days to respond by to all enclosed documents has outlined in the documents.
Items 5 – 15 were Previously mailed to you by Certified Mail under Notary Seal. I viewed the proof of mailing and green cards and the contents of the documents mailed.

**LIST OF DOCUMENTS MAILED** (File# 70080500000018034048)
1  Cover Letter – Offer Case # 2009-SR-4032 Accepted for value per IRS Pub 950
2  OFFER – ARREST WARRANT #2009-1900 ACCEPTED FOR VALUE
3.  IRS FORM 1099 A
4  AFFIDAVIT OF TRUTH AMENDED CLAIM
5  CERTIFIED APOSTILLE # I-252241 ACT OF STATE - REAFFIRMATION OF CHARACTER AND RENUNCIATION OF ATTEMPTED EXPATRIATIONS
6  NUNC PRO TUNC AT LAW AND PUBLIC NOTICE REVOCATION OF OATHS AFFIDAVIT
7  ACT OF STATE - POLITICAL PETITION FOR REDRESS OF GRIEVANCES - EXPRESSED ADMINISTRATIVE HEARING - NOTICE OF FINAL POLITICAL DEFAULT - CONSTITUTIONAL (INTERNATIONAL) AND MANDATORY ADMINISTRATIVE DAMAGES
8  AFFIDAVIT OF TRUTH AND CRIMINAL COMPLAINT
9.  IRS FORM 1099A
10.  IRS FORM 1040-V
11  OFFER – ARREST WARRANT #2009-1900 ACCEPTED FOR VALUE
12  NOTICE OF ACCEPTED FOR VALUE AND EXEMPT FROM LEVY
13  PROOF OF MAILING
14.  LEGAL NOTICE AND DEMAND (4th Warning)
15  AFFIDAVIT OF NEGATIVE AVERMENT, STATEMENT OF FACTS, STATEMENT AND INQUIRIES, OPPORTUNITY TO CURE, COUNTER CLAIM, ACCOUNTING AND TRUE BILL & NOTICE TO RESPOND

Any and all responses are to be sent to the Notary Acceptors address as listed below.
It is mandatory that Respondents sign and certify "under penalty of perjury complete with SSN, BAR & EIN numbers under the laws of the United States of America" under 28 USC 1746 all answers or any other correspondence in response to Affiant's Notice of Administrative Remedy, so that Affiant can know that Affiant is dealing with the Respondents and that Respondents are held to only those answers that are true, correct, complete, and not misleading and further;
That any facts alleged in Respondent's response must be on first hand knowledge in affidavit form properly sworn and subscribed to.

All parties are noticed under Federal Rules of Civil Procedure (FRCP) 9 (h) which leads to the Supplemental Rules of Admiralty that provide where a default exists and is found that a hostile presentment, written or oral, is a criminal act.
Declarant is provided that within the Supplemental Rules of Admiralty, the Remedy to a hostile presentment criminal, scienter act is to file a Certificate of Exigency with the Clerk of the Court/Warrant officer who is compelled by law to issue warrants for the arrest of any and all offenders.

In the event that respondents Dishonor DECLARANT/ LIBELLANT documents. I will certify the Dishonor.

Notary Address:

_3910 Old Fairburn Rd SW_
_Atlanta, Georgia 30331_

WITNESS my hand and official seal.

_Kimberly C. Davis_                    _January 4, 2010_
NOTARY PUBLIC                             DATE
                 Notary Public, Fulton County, Georgia
My commission expires: My Commission Expires April 15, 2012  20____

# GEORGIA SUPERIOR COURT
# CLERKS' COOPERATIVE AUTHORITY

*Notary Division*
*1875 Century Boulevard, Suite 100*
*Atlanta, Georgia 30345*

---

### APOSTILLE
### (Convention de La Haye du 5 Octobre 1961)

1.  Country: **UNITED STATES OF AMERICA**

2.  This public document
    has been signed by **T LOCKETT**

3.  acting in the capacity of **NOTARY PUBLIC, STATE OF GEORGIA**

4.  bears the seal/stamp of  **T LOCKETT**
    **NOTARY PUBLIC**
    **DEKALB COUNTY, GEORGIA**

### CERTIFIED

5.  at **ATLANTA, GEORGIA**        6.   the **30TH DAY OF DECEMBER, 2009**

7.  by **GEORGIA SUPERIOR COURT CLERKS' COOPERATIVE AUTHORITY**

8.  No. **I-261523**

9.  Seal/Stamp                     10.  Signature:



DAVID R. WILLIAMS
EXECUTIVE DIRECTOR

---

This Apostille only certifies the signature, the capacity of the signer and the seal or stamp it bears  It does not certify the content of the document for which it was issued
**THIS APOSTILLE IS NOT VALID WITHIN THE UNITED STATES OF AMERICA**

**NOTARY PUBLIC**
**(404) 327-6023**

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM ADMINISTRATIVE REMEDY OF Ivan W Tay
PARTY

File #IWT2009-1900 **Certified Mail #7009 0960 0000 0189 9057**
NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT



Ivan Willis Taylor, Creditor Secured Party
Rockdale county
The State of Georgia
United States of America 1776 AD



Petition for Agreement and Harmony Within the Admiralty ab initio in the Nature of a
NOTICE OF INTERNATIONAL COMMERICAL CLAIM ADMINISTRATIVE REMEDY
28 U.S.C. §1333, §1337, §2461 and §2463
File # IWT2009-1900

Date: September 9, 2009

Certified Mail # 7009 0960 0000 0190 03

Declarant: Ivan-Willis: Taylor, Creditor Secured Party
c/o T. Lockett, Notary Acceptor
5023 Forest Glade
Stone Mountian, GA ;near [30087]

Respondents

ROCKDALE COUNTY COURTHOUSE – ROCKDALE COUNTY
922 COURT STREET
CONYERS, GEORGIA 30012
DEPUTY GRACE GILBERT, ET AL          BADGE # 2231
DEPUTY WADE, ET AL                   BADGE #2351
DEPUTY WELCH, ET AL                  BADGE # 2294
DEPUTY WILSON, ET AL                 BADGE # 2357
RUTH A. WILSON          ``          CLERK OF COURTS

## NOTICE OF DEFAULT

## STATEMENT OF FACTS

1. On July 20, 2009, AD the Respondent received service of petition for Agreement and Harmony in the Nature of a Notice of International Commercial Claim Within the Admiralty, ADMINISTRATIVE REMEDY, AFFIDAVIT OF NEGATIVE AVERMENT, STATEMENT OF FACTS, STATEMENT AND INQUIRIES, OPPORTUNITY TO CURE, COUNTER CLAIM, ACCOUNTING AND TRUE BILL & NOTICE TO RESPOND Remedy, AFFIDAVIT OF TRUTH AND CRIMINAL COMPLAINT, LEGAL NOTICE AND DEMAND (4th Warning), NOTICE OF ACCEPTED FOR VALUE AND EXEMPT FROM LEVY, file # IWT2009-1900.
2. Declarant granted the Respondents twenty calendar days to respond, or in the alternative, admit all claims and answers to inquires verified therein.
3. On July 20, 2009, AD the Respondents received service of a ADMINISTRATIVE REMEDY, AFFIDAVIT OF NEGATIVE AVERMENT, STATEMENT OF FACTS, STATEMENT AND INQUIRIES, OPPORTUNITY TO CURE, COUNTER CLAIM, ACCOUNTING AND TRUE BILL & NOTICE TO RESPOND Remedy, AFFIDAVIT OF TRUTH AND CRIMINAL COMPLAINT, LEGAL NOTICE AND DEMAND (4th Warning), NOTICE OF ACCEPTED FOR VALUE AND EXEMPT FROM LEVY regarding file # IWT2009-1900, and was therein granted three (3) additional days to cure the condition of Default.
4. The witness Notary/acceptor acknowledges testifies a non response NOTICE OF INTERNATIONAL COMMERCIAL CLAIM ADMINISTRATIVE REMEDY, AFFIDAVIT OF

NEGATIVE AVERMENT, STATEMENT OF FACTS, STATEMENT AND INQUIRIES, OPPORTUNITY TO CURE, COUNTER CLAIM, ACCOUNTING AND TRUE BILL & NOTICE TO RESPOND dated July 14, 2009.

5. Declarant has received no response from the Respondents.

6. The Respondents are at Default.

7. As an operation of law, the Respondents has admitted to the statements, claims and answers to inquiries verified therein.

8. The Respondents had a duty to make the appropriate changes agreed to and enforce the changes in the referenced documents in the Notice of International Commercial Claim Administrative Remedy IWT2009-1900.

9. THAT, Respondents had 20 days (or more) to respond to NOTICE OF INTERNATIONAL COMMERCIAL CLAIM ADMINISTRATIVE REMEDY, AFFIDAVIT OF NEGATIVE AVERMENT, STATEMENT OF FACTS, STATEMENT AND INQUIRIES, OPPORTUNITY TO CURE, COUNTER CLAIM, ACCOUNTING AND TRUE BILL & NOTICE TO RESPOND and rebut the affidavits, point for point, however elected to remain silent or otherwise refused to respond and rebut and therefore has fully agreed, stipulated and confessed to the total dollar amount SUM CERTAIN of the Notice Of International Commercial Claim Administrative Remedy, Counter Claim damages at $583,994,880,000,000.00 (Five Hundred Eighty Three Trillion Nine Hundred Ninty Four Eight Hundred Eighty Million) in favor of the Declarant/ Libellant/Affiant/undersigned.

10. THAT; RESPONDENTS/LIBELLEES agreed to become the debtor and the claimed 'funds/money of account' and the property (property right) attaching to the Declarant/Libellant/Secured Party Creditor/Affiant and that the Respondents/Libellees have agreed to subject the liability of either himself/Herself, his/her debtors (future labor) or that of ROCKDALE COUNTY COURTHOUSE, ROCKDALE COUNTY COURTS, STATE OF GEORGIA BOARD MEMBERS AND ROCKDALE COUNTY, state of Georgia, or other wise be filed on all property of the Respondents / Libellees and/or named corporate entities, it's accounts, property, and otherwise to establish and attach the collateral to the lien to the 'sum certain' for any and all monetization of the UCC-1 Financing Statement/Accounts Receivable for 'Full Satisfaction and Accord' in behalf of the Declarant/Libellant/Secured Party Creditor/Affiant.

11. Do to hostile a presentment on August 21, 2009 related to Case # 2009-MAG-2599 & Arrest Warrant 2009-1900 by THE MAGISTRATE COURT OF ROCKDALE COUNTY and officers of the court. THE MAGISTRATE COURT OF ROCKDALE COUNTY and officers of the court are in violation of a concentual contract and all violations are deemed a trespass and enlarge the value of the claim by 4 times for compensatory and 204 times for punitive based on the SUM CERTAIN, PROGRESSIVE for the acts of rescue and conversion per party for each **violation ($583,994,880,000,000.00 x 4 = $2,335,979,520,000,000.00 x 204 = $476,539,822,080,000,000.00 x 7 = 3,335,778,754,560,000,000.00).**

12. All parties were noticed in the nature of Federal Rules of Civil Procedure (FRCP) 9 (h) which leads to the Supplemental Rules of Admiralty, which provides that where a default exists and is found that a hostile presentment, written or oral, is a criminal act. I, Ivan Taylor acknowledge the provisions within the Supplemental Rules of Admiralty, the Remedy to a hostile presentment criminal, scienter act is to file a Certificate of Exigency with the Clerk of the Court/Warrant officer who is compelled by law to issue warrants for the arrest of any and all offenders. Scienter denotes a level of intent on the part of a defendant. In Ernst and Ernst v. Hochfelder, 425 U. S. 185, 96 S. Ct. 1375, 47 L. Ed.2d 668 (19760, THE u.s. Supreme Court described scienter as " a mental state embracing intent to deceive, manipulate, or defraud."

13. THAT, Respondents/Libellees are in default and dishonor, stipulates and agreed that Affiant by accommodation, can sign the Respondent's/Libellee's name on any document or instrument as necessary. This dishonor in now deemed a charge against the Respondents/Libellees becomes obligated (or his principle) to Notice Of International Commercial Claim Administrative Remedy File # IWT2009-1900 and this Affidavit becomes a True Bill in Commerce supported by attached ledgering sheet and other documents.

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM ADMINISTRATIVE REMEDY OF  Ivan W. Taylor CREDITOR SECURED PARTY

File #IWT2009-1900        **Certified Mail #7009 0960 0000 0189 9057**

*NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT*

## ADMITTED ANSWERS TO INQUIRIES

**Statement:** The Administrative Record for Declarant's International Commercial Claim Administrative Remedy, File IWT2009-1900, as identified in Statement 1 above, shows that all of the Inquiries in said file have been agreed to (Admitted/Acknowledged) by tacit procuration by Respondent's failure/refusal or choice not to respond.

**Response:** Respondents admit.
the answer is: YES

Further Declarant sayeth not.

## DEFAULT

Based upon the ROCKDALE COUNTY COURTHOUSE, ROCKDALE COUNTY COURTS, STATE OF GEORGIA BOARD MEMBERS AND ROCKDALE COUNTY and its Officers and Officers Default to Declarant's administrative process, the ROCKDALE COUNTY COURTHOUSE, ROCKDALE COUNTY COURTS, STATE OF GEORGIA BOARD MEMBERS AND ROCKDALE COUNTY and its Officers and its Co-Party and Officers may not argue, controvert, or otherwise protest the administrative findings entered thereby in any subsequent administrative or judicial proceeding.

Given under my hand and seal this the _14_ day of the _9_ month of 2009 anno Domini.
Prepared and submitted by:

## COMMERCIAL OATH AND VERIFICATION

_Rockdale_ county                          )
                                           )    Commercial Oath Verified Declaration
The State of _Georgia_ )

Declarant, Ivan-Willis: Taylor, under his Commercial Oath with unlimited liability proceeding in good faith being of sound mind states that the facts contained herein are true, correct, complete and not misleading to the best of Declarant's private first hand knowledge and belief under penalty of International Commercial Law.  Ivan Taylor ~~will~~ also sign by accommodation on behalf of IVAN WILLIS TAYLOR.

_Ivan - Willis: Taylor_
Ivan-Willis: Taylor

The State of _Georgia_             }
                                   }    Affirmed
_Dekalb_ county                    }

Subscribed before me, _T. Lockett_ a Notary Public, this _14_ day of _September_ , 2009.

_T. Lockett_

Notary

# GEORG⬤SUPERIOR COURT
# CLERKS' COOPERATIVE AUTHORITY

*Notary Division*
*1875 Century Boulevard, Suite 100*
*Atlanta, Georgia 30345*

---

### APOSTILLE
### (Convention de La Haye du 5 Octobre 1961)

1. Country: **UNITED STATES OF AMERICA**

2. This public document
   has been signed by **RACHEL K ASPINWALL**

3. acting in the capacity of **NOTARY PUBLIC, STATE OF GEORGIA**

4. bears the seal/stamp of **RACHEL K ASPINWALL**
   **NOTARY PUBLIC**
   **BUTTS COUNTY, GEORGIA**

### CERTIFIED

5. at **ATLANTA, GEORGIA**      6.   the **30TH DAY OF DECEMBER, 2009**

7. by **GEORGIA SUPERIOR COURT CLERKS' COOPERATIVE AUTHORITY**

8. No. **I-261495**

9. Seal/Stamp                    10.  Signature:



DAVID R. WILLIAMS
EXECUTIVE DIRECTOR

---

This Apostille only certifies the signature, the capacity of the signer and the seal or stamp it bears. It does not certify the content of the document for which it was issued.
THIS APOSTILLE IS NOT VALID WITHIN THE UNITED STATES OF AMERICA

NOTARY PUBLIC
(404) 327-6023

# AFFIDAVIT OF TRUTH
# AND CRIMINAL COMPLAINT
LEGAL NOTICE AND DEMAND (4<sup></sup> Warning)

LEGAL NOTICE AND DEMAND (4th Warning)
NOTICE OF ACCEPTED FOR VALUE AND EXEMPT FROM LEVY



| | | |
|---|---|---|
| State of Georgia | ) | |
| | ) ss. | |
| county of Rockdale | ) | |

### NOTICE OF ACCEPTED FOR VALUE AND EXEMPT FROM LEVY

In regards to your commercial presentment Arrest Warrant # 2009-1900 Ref# 178009 Dated July 6 2009. I accept for value your presentment. Please provide me with a copy of the Fiduciary tax Estimate and the Fiduciary Tax Return covering these matters, since the accounts are accepted for value by me and are EXEMPT FROM LEVY, the same is pre-paid. Copies of the Fiduciary Tax Estimate and the Fiduciary Tax Return will help me to discover who is delinquent and making other claims since this account is pre-paid and has exempt priority. It appears that someone is making a fraudulent claim(s) against my security interest(s) registered with the Secretary of Georgia state, Registration # UCC1#044200900580 & UCC1#044200900650.

I, Ivan Willis Taylor©™, accept for value of $1,700.00 One Thousand Seven Hundred Dollars and no/cents. In accord with UCC 3-419, UCC 10-104, and HJR 192 OF June 6, 1933 and all endorsements front and back. Please charge my treasury Direct Account, priority, Pre-paid and Exempt from Levy, #230175605 for the registration fees and command the memory of account 230175605 to charge the same to the debtor's order, or your order.
When completion of the Adjustment to my Account occurs please notify me at the above return location and release the order with all endorsements, pledges, indentures and debentures to me immediately within 72-hour period, Regulation Z, Truth-in-Lending Act. In the event you dishonor the NOTICE OF INTERNATIONAL COMMERICAL CLAIM ADMINISTRATIVE REMEDY, AFFIDAVIT OF NEGATIVE AVERMENT, OPPORTUNITY TO CURE, COUNTER CLAIM & TRUE BILL Will be the default against you, Rockdale County Courts it's agents and officers of the court.

### SWORN AFFIDAVIT OF FACT

I, the undersigned, tendering this document, am a Private People of Posterity; a Sovereign Personam Sojourn; by fact; not a 14th amendment citizen or surety within; or subject for; or allegiance to; your corporate "UNITED STATES"; or to any de facto, compact, corporate, commercial states contracting therein; only to the "united States of America," nonetheless carrying with me exclusive, original, sovereign jurisdiction and venue having one supreme court and United States Court of International Trade. This is a matter of public record, tendered by way of Certified Mail to the Ruth A. Wilson CLERK OF COURT – ROCKDALE COUNTY.

I, the undersigned, now tendering this legally binding Legal Notice and Demand in hand am not a surety under your jurisdiction nor a subject under your corporate veil "Color of Law Venue," being acknowledged by silence and acquiescence of KAREN C. HANDEL, respectfully GEORGIA SECRETARY OF STATE, and Ruth A. Wilson, Clerk of Court for Rockdale County Court also but not limited to any public officers, agents, contractors, assigns, employees, and subsidiaries of your office, regarding my Legal Notice and Demand tendered by registered mail with UCC # 044200900437  number and page affixed.

I, Ivan-Willis: Taylor, being over the age of twenty-one years, competent with first hand knowledge, the Undersigned Affiant, hereinafter "Affiant," do hereby solemnly swear, declare, and state as follows:

# AFFIDAVIT OF TRUTH
# AND CRIMINAL COMPLAINT
LEGAL NOTICE AND DEMAND (4th Warning)
NOTICE OF ACCEPTED FOR VALUE AND EXEMPT FROM LEVY

## STATEMENT OF FACTS

On July 7, 2009 I was arrested without a lawful 4th amendment warrant. There were notices on my front and back door that state "DO NOT TRESPASS UCC1#044200900580 & UCC1#044200900650 EXEMP FROM LEVY. Also there was a warning that stated some of the statements in my Legal Notice and Demand. I was kidnapped and taken to jail by six Rockdale County Police officers and held against my will. Deputy Wade badge #2351, Welch Badge # 2294 & Wilson badge # 2357. They broke into my home and handcuff me and told me that they had a warrant for my arrest. I asked why are you doing this to me and that it was illegal to arrest me without a lawfully 4th amendment warrant. They proceeded and placed me into a police car and took me to jail. I was finger printed, asked to sign lots of documents against my will and they took pictures of me. I was told that a female police officer had filed charges against me. They stated that she said that I pushed her while she was trying to arrest my wife. I asked for a copy of the report that she had filed but the police officer refused to give me a copy.

I was told that I must get a copy from my lawyer. I told him that I wasn't using a lawyer.

On July 8, 2009 I was told that I was going to court for my first appearance. The officers came to get me to take me to court. They took me in another room and asked me to stand against the wall facing the wall. Twenty minutes later I was told that I would not be going to court. On July 9, 2009 I asked the officers if I would be going to court today. They looked on their list and said no. I asked to speak to the public defender but no public defender came to see me. On July 10th 2009 I went to court I asked the Judge for a copy of the documents that Deputy Grace Gilbert had filed against me. She gave me a copy right away. The Judge proceeded to set Bail. After reading the document that Deputy Grace Gilbert wrote. I failed to see how she was damaged or injured.

On or around April 7th 2009 I tendered a Legal Notice and Demand document and some other documents that state that there would be fees charged to anyone who would violate my rights. This notice was sent Certified Mail # 7008 0500 0000 1803 4048 and signed for by B. Green. Rockdale County, it's officers, Rockdale County Courts, it's officers and the state of Georgia was put on notice and warned. Fees would be charged Per violation per entity to Rockdale County and officers of the court.

My Legal Notice and Demand document other documents in UCC1# 044200900580 have been a public record since March 13, 2009 and the clerk of court in charge of the public record is charged to distribute this document to any and all responsible parties, i.e., officers of the court, and/or law enforcement officers including local, state, federal, international, multi-jurisdictional, or any and all officers, representatives, contractors, agencies, or any such entity or person that may bring any type of action, whether civil or criminal or other, against me, and whether in this county, state, region, area, country, corporation, federal zone, or in any venue and/or jurisdiction. See attached documents.

## STATEMENT OF FACTS & AND CRIMINAL COMPLAINT

I went to court on July 6, 2009 with my wife Princess Taylor. I witnessed the following events in the court room. Judge Clarence R. Horne, Jr. violated his Oath of Office and violated my Wife's rights.
Deputy Grace Gilbert did not include the crimes committed by Judge Clarence R. Horne, Jr in court case # 2009-MAG-2599 in her report and Affidavit date July 6th 2009.

1.  My wife accepted all offers and claims for value issued by THE MAGISTRATE COURT OF ROCKDALE COUNTY and the Clerk of Court and returned them to Suzanne Collins, for proper processing.
2.  Judge Clarence R. Horne, Jr. violated his Oath of Office to support the Constitution of the United States when he refused to view any of the documents that were submitted into the court which stood as evidence and proof of payment in full on the account on which the claim was based and confirmed his failure to review any of the pleadings when asked.

2

# AFFIDAVIT OF TRUTH
# AND CRIMINAL COMPLAINT
LEGAL NOTICE AND DEMAND (4th Warning)
NOTICE OF ACCEPTED FOR VALUE AND EXEMPT FROM LEVY

3.   Judge Clarence R. Horne, Jr. violated the Fifth Amendment by denying her right to have a fair trial by refusing to allow her the right to address any of the documents that were filed into the case.

4.   Judge Clarence R. Horne, Jr. violated the First and Fifth Amendment by denying my wife right of due process and freedom of speech by refusing to address the issue at hand which were pertaining to foreclosure and refusing to allow her to speak on the issues on which the case was based.

5.   Judge Clarence R. Horne, Jr. abused his authority by rendering a judgment that was not founded or based upon any of the facts or pleadings that were submitted into the court but rather issued a judgment based merely upon the heresy of the Plaintiff without any evidence to substantiate the claim.

6.   Judge Clarence R. Horne, Jr. violated his Oath of Office to support the Constitution of the United States which affords her the right to a fair trial under the Fifth Amendment.

7.   Judge Clarence R. Horne, Jr. violated his Oath of Office to support the Constitution of the United States by obstruction of justice when he deprived my wife of her right to a testimony allowing the dismissal of any legal and lawful evidence pertinent to the case attempting suppress information from the public or the official record.

8.   Judge Clarence R. Horne, Jr. violated the First and Fifth Amendment by creating a racket, attempting to restrict, suppress, coerce, manipulate, inhibit, her from receiving every right, benefit, or privilege that is outlined by the "Constitution for the united States of America," and/or the Honorable "Bill of Rights." This includes all attempts that my wife made to try to address the issues of the case including introduce evidence, law, facts, affidavits, statements, witness testimony, or any information that is considered relevant.

9.   Judge Clarence R. Horne, Jr. violated his Oath of Office by aiding and abetting in the suppression of evidence pertinent to the outcome of the case by assisting Attorney Shannon Sneed, in his intentional attempts to railroad her thereby depriving her the opportunity to speak.

10. JUDGE CLARENCE RUDY HORNE ordered an illegal and unlawful arrest. My Wife was handcuffed by Deputy Gilbert and kidnapped, and ordered to be placed in the Rockdale County Jail, without a lawful 4th amendment warrant.

11. JUDGE CLARENCE RUDY HORNE and Attorney Sneed failed to state the charges for which the arrest was being made and failing to identify the injured party.

12. My Wife suffered cruel and unusual punishment when She was then taken to a disclosed location where she was shackled, forced to disclose her personal information, and placed in a holding cell.

13. After a prolonged period of time she was order to be brought back to the Magistrate Court to publicly apologize to Judge Clarence Rudy Horne.

14. Judge Horne, failed to disclose why she was apologizing failed to disclose why she was arrested.

15. This is the second time that Judge Clarence R. Horne, Jr. violated my wife's rights in a court room. See Attached

## LEGAL NOTICE AND DEMAND (4th Warning)

YOU ARE NOTICED having been given knowledge of the law and your personal financial liability in event of any violations of my rights and/or being. This Statute Staple Securities Instrument now in your hand constitutes timely and sufficient warning by good faith, notice, and grace.

This contract being of honor is presented under the "Good Faith (Oxford) Doctrine." I accept the Oath of Office of all officers of the court, including but not limited to the clerk of the court; all judges and attorneys from all jurisdictions; all local, state, federal, international law enforcement officers, and all agents of the "UNITED STATES" or any subdivisions thereof.

Any agent, law enforcement officer, employee, contractor, representative, or the like of the "UNITED STATES" or any of its subsidiaries or sub-corporations, SHALL NOT ENTER, AT ANY TIME, FOR ANY REASON, ANY PROPERTY AT WHICH I AM LOCATED, or LEASE, OWN, or CONTROL, WITHOUT MY EXPRESS WRITTEN

# AFFIDAVIT OF TRUTH
# AND CRIMINAL COMPLAINT
LEGAL NOTICE AND DEMAND (4th Warning)
NOTICE OF ACCEPTED FOR VALUE AND EXEMPT FROM LEVY

PERMISSION.  Violation of this notice will be considered criminal trespass and will be subject to a $2,000,000.00 (Two Million) lawful US Silver dollar penalty plus damages, per violation, per violator.

Attention: Any and all lending institutions, brokerage firms, credit unions, depository institutions, insurance agencies, credit bureaus, and the officers, agents and employees therein: You have now been notified of the law as to your corporate and individual financial liability in the event of any violations upon the rights and/or being of Ivan-Willis: Taylor.  This Statute Staple Securities Instrument constitutes timely and sufficient warning by Good Faith Notice of your liability regardless of your political affirmations.  All penalties contained herein will be subject to a penalty increase of one million dollars per day, plus interest, while there is any unpaid balance for the first thirty (30) days after default of payment.  This penalty will increase by 10% per each day until balance is paid in full, plus 18% annual interest, beginning on the thirty- first (31st) day after default of payment.  All penalties in this document are assessed in lawful money and are to be paid in one troy ounce US Silver Dollars that are .999 fine silver or equivalent par value if paid in legal tender or fiat paper money.  Par value will be determined by the value established by a one troy ounce .999 fine silver coin at the US MINT, or by law, whichever is higher value at the time of the incident.  Any dispute over the par value will be decided by the Secured Party, or his designee.  All definitions in Attachment "B" are included as a part of this contract and will be applied as written herein.  Any dispute of any definition will be decided by the Secured Party.  There is no contradiction of terms as written within the confines of this title pursuant to the "Constitution for the united States of America."  If any contradiction is found, the meaning will be determined by the Secured Party.  Definitions as they apply to this contract are enclosed in Attachment "B" and are included as a legal part of this contract.

Pursuant to Title 18 U.S.C., chapter 101 § 2071(b), "Whoever, having the custody of any such record, proceeding, map, book, document, paper, or other thing, willfully and unlawfully conceals, removes, mutilates, obliterates, falsifies, or destroys the same, shall be fined under this title or imprisoned not more than three years, or both; and shall forfeit his office and shall be disqualified from holding any office under the United States."

NO OTHER NOTIFICATIONS WILL BE SENT TO YOU.

4

# AFFIDAVIT OF TRUTH
## AND CRIMINAL COMPLAINT
LEGAL NOTICE AND DEMAND (4th Warning)
NOTICE OF ACCEPTED FOR VALUE AND EXEMPT FROM LEVY

Further Affiant Sayth Not.

Dated this ___17___ day of ___July___, 2009.

By: _____

Ivan-Willis: Taylor, Secured Party Creditor
Authorized Representative For IVAN WILLIS TAYLOR©

**JURAT**

County of ___Butts___ )
                        )      ss
State of Georgia       )

The above named Affiant, appeared before me properly identified, a Notary, subscribed, sworn and under oath this ___17___ day of ___July___, 2009.

_____ WITNESS my hand and official seal,
Notary Public



# File Number: 2009-2393033-24

# Filing date: 6/15/2009 3:54:35 PM

# Lapse date: None

## ACTIONS

| Action | File Date | Status |
|---|---|---|
| Amendment CollateralAdd Sec. Party of record: Ivan Willis Taylor | 1/9/2010 12:32:48 AM | Active - Filed Online |
| Initial financing Statement Alternate Name Des: Bailee/Bailor Alt Filing Type: TransmittingUtility | 6/15/2009 3:54:35 PM | Active - Filed Online |

## NAMES

| Debtor/Secured Party/Filer | Date Added | Address |
|---|---|---|
| Debtor-MAGISTRATE COURT OF ROCKDALE COUNTY **Org Type:** LEGAL ENTITY **Org ID:** (none) **Jurisdiction:** UNITED STATES | 6/15/2009 3:54:35 PM | 945 COURT ST. CONYERS GA, 30012 USA |
| Debtor-CLARENCE RUDY HORNE, JR **Org Type:** LEGAL ENTITY **Org ID:** (none) **Jurisdiction:** UNITED STATES | 6/15/2009 3:54:35 PM | 945 COURT ST. CONYERS GA, 30012 USA |
| Debtor-M. QADER A. BAIG & ASSOC., LLC **Org Type:** LEGAL ENTITY **Org ID:** (none) **Jurisdiction:** UNITED | 6/15/2009 3:54:35 PM | 913 COMMERCIAL STREET CONYERS GA, 30012 USA |

STATES

| | | |
|---|---|---|
| Secured party-Ivan Willis Taylor | 6/15/2009 3:54:35 PM | 3122 Avondale Drive SE Conyers GA, [30013] uS |
| Secured party-Princess Donya Taylor | 6/15/2009 3:54:35 PM | 3122 Avondale Drive SE Conyers GA, [30013] uS |
| Filer-Ivan Willis Taylor | 1/9/2010 12:32:48 AM | PO Box 2102 Lithonia GA, 30058 uS |

## COLLATERAL DESCRIPTION

| Date Filed | Collateral Description |
|---|---|
| 6/15/2009 3:54:35 PM | This Financing Statement covers the following types (or items) of property: (list) State of Georgia Lien, Agreement/Contract File # 70080500000018034048 / Registered Mail # RE 183 750 395 US, NOTICE OF INTERNATIONAL COMMERCIAL CLAIM ADMINISTRATIVE REMEDY, AFFIDAVIT OF NEGATIVE AVERMENT, STATEMENT OF FACTS, STATEMENT AND INQUIRIES, OPPORTUNITY TO CURE, COUNTER CLAIM, ACCOUNTING AND TRUE BILL,& NOTICE TO RESPOND.<br><br>The following Property is accepted for value, exempt from levy, and herewith registered in the Commercial Chamber, Agreement/Contract File # 70080500000018034048, Registered Mail # RE 183 750 395 US<br>ALL PROPERTY BELONGING TO THE DEBTORS BELONGS TO THE SECURED PARTY.<br>This is the entry of the Debtors in the Commercial Registry and the following property is hereby registered in the same:<br>The Debtors have consented to this UCC1lien and Admiralty Maritime lien filing in the International Commercial Claim Within the Admiralty Administrative Remedy, Judgment by Estoppel Agreement/Contract File # 70080500000018034048, Registered Mail # RE 183 750 395 US, perfected on June 8th, 2009 in the accounting and True Bill amount of $391,688,160,000.00, Three Hundred Ninty One Billion Six Hundred Eighty Eight Million One Hundred Sixty |

Thousand.

All personal and real property; bank accounts, foreign and domestic; private exemptions; government risk management accounts; insurance policies; stocks and bonds; asset accounts; investments and future earnings of the Debtors are now the property of the Secured Party.

This filing is incorporated with State of Georgia UCC 1 Filing # 044200900580 & 044200900649. All proceeds, products, accounts, baggage and fixtures and the orders therefrom are to be released to the Secured Party as the authorized representative of the Debtors. Debtors are a commercial transmitting utility and a Trust.

1/9/2010 12:32:48 AM   Under the original revised Article 9 of the UCC 0500 1100 0200 0400 1300 0800 0600 0900 0300 0100 1200 1000 0700. ALL PROPERTY BELONGING TO THE DEBTORS BELONGS TO THE SECURED PARTY. The Debtors have consented to this UCC1lien and Admiralty Maritime lien filing in the International Commercial Claim Within the Admiralty Administrative Remedy, Judgment by Estoppel Agreement/Contract File # 70080500000018034048, Registered Mail # RE 183 750 395 US, perfected on July 24th, 2009 in the accounting and True Bill amount of $391,688,160,000.00, Three Hundred Ninty One Billion Six Hundred Eighty Eight Million One Hundred Sixty Thousand Dollars. As of December 21th 2009 the new Adjusted and Amended True Bill in the amount of $245,350,000,000,000,000.00, Two Hunderd Fourty Five Zillion One Hundred Fourty Seven Trillion Thirty Three Billion Ninty Six Million One Hundred Sixty Thousand Dollars. All personal and real property; bank accounts, foreign and domestic; private exemptions; government risk management accounts; insurance policies; stocks and bonds; asset accounts; investments and future earnings of the Debtors are now the property of the Secured Party. This filing is incorporated with State of Georgia UCC 1 Filing # 044200900580 & 044200900649 & 044200901893. Debtors: RUTH A. WILSON, CLARENCE R. (RUDY) HORNE, JR. ET AL), DEPUTY GRACE GILBERT (BADGE # 2231), JEFF WIGINGTON, DEPUTY WADE, ET

AL BADGE #2351, DEPUTY WELCH, ET AL BADGE # 2294, DEPUTY WILSON, ET AL BADGE # 2357, DUE TO CONTINUED TRESPASS AND HOSTILE PRESENTMENTS OF LIBELLEES ET AL, ADDITIONAL LIENS WILL BE FILED AGAINST RUTH A. WILSON, CLARENCE R. (RUDY) HORNE, JR. ET AL), DEPUTY GRACE GILBERT (BADGE # 2231), JEFF WIGINGTON, DEPUTY WADE, ET AL BADGE #2351, DEPUTY WELCH, ET AL BADGE # 2294, DEPUTY WILSON, ET AL BADGE # 2357 ARE NOW ADDITIONAL LIBELLEES TO THE AFFIDAVIT OF NEGATIVE AVERMENT, STATEMENT OF FACTS OPPORTUNITY TO CURE AND COUNTER CLAIM, ACCOUNTING AND TRUE BILL AND NOTICE TO RESPOND WITHIN THE ADMIRALTY DATED MAY 6, 2009 AND THE AFFIDAVIT OF NOTICE OF DEFAULT DATED JUNE 8TH 2009. DUE TO CONTINUED TRESPASS AND CONTINUED HOSTILE PRESENTMENTS OF LIBELLEES ET AL, THEY ARE IN VIOLATION OF LEGAL NOTICE AND DEMAND, SECURITY AGREEMENTS, ACT OF STATE (AFFIDAVIT OF POLITICAL STATUS) AND UCC FILING # 044200900580 & ATTACHMENTS AND LEGAL NOTICE AND DEMAND, SECURITY AGREEMENTS, ACT OF STATE (AFFIDAVIT OF POLITICAL STATUS) AND UCC FILING # 044200900650 & ATTACHMENTS. SUPPORTED BY THE AFFIDAVIT OF NEGATIVE AVERMENT, STATEMENT OF FACTS OPPORTUNITY TO CURE AND COUNTER CLAIM, ACCOUNTING AND TRUE BILL AND NOTICE TO RESPOND WITHIN THE ADMIRALTY DATED MAY 6, 2009 AND THE AFFIDAVIT OF NOTICE OF DEFAULT DATED JUNE 8TH 2009. "STATEMENT: THE ADMINISTRATIVE RECORD FOR LIBELLANT/DECLARANT'S INTERNATIONAL COMMERCIAL CLAIM ADMINISTRATIVE REMEDY, FILE #70080500000018034048, AS IDENTIFIED IN STATEMENT 6 ABOVE, SHOWS THAT ALL OF THE INQUIRIES IN SAID FILE HAVE BEEN AGREED TO (ADMITTED/ACKNOWLEDGED) BY TACIT PROCURATION BY RESPONDENT'S FAILURE/REFUSAL OR CHOICE NOT TO RESPOND." "RESPONSE: LIBELLEES/RESPONDENTS ADMIT THE ANSWER IS: YES"
DUE TO CONTINUED TRESPASS AND HOSTILE PRESENTMENTS OF LIBELLEES ET AL THE TRUE BILL IN THE AMOUNT OF $2,147,033,236,160,000.00, Two Zillion One Hundred Fourty Seven Trillion Thirty Three Billion Ninty Six Million One Hundred Sixty Thousand Dollars can ENLARGE THE VALUE OF THE CLAIM BY 4 TIMES FOR COMPENSATORY AND 204 TIMES FOR PUNITIVE

DAMAGES BASED ON THE SUM CERTAIN, PROGRESSIVE
FOR THE ACTS OF RESCUE AND CONVERSION PER
PARTY, PER VIOLATION.

## File Number: 2009-2393033-24

## Filing date: 6/15/2009 3:54:35 PM

## Lapse date: None

## ACTIONS

| Action | File Date | Status |
| --- | --- | --- |
| Amendment CollateralAdd Sec. Party of record: Ivan Willis Taylor | 1/11/2010 3:25:39 PM | Active - Filed Online |
| Amendment CollateralAdd Sec. Party of record: Ivan Willis Taylor | 1/9/2010 12:32:48 AM | Active - Filed Online |
| Initial financing Statement Alternate Name Des: Bailee/Bailor Alt Filing Type: TransmittingUtility | 6/15/2009 3:54:35 PM | Active - Filed Online |

## NAMES

| Debtor/Secured Party/Filer | Date Added | Address |
| --- | --- | --- |
| Filer-Ivan Willis Taylor | 1/11/2010 3:25:39 PM | PO Box 2102 Lithonia GA, 30058 uS |
| Debtor-MAGISTRATE COURT OF ROCKDALE COUNTY **Org Type:** LEGAL ENTITY **Org ID:** (none) **Jurisdiction:** UNITED STATES | 6/15/2009 3:54:35 PM | 945 COURT ST. CONYERS GA, 30012 USA |
| Debtor-CLARENCE RUDY HORNE, JR **Org Type:** LEGAL ENTITY **Org ID:** (none) **Jurisdiction:** UNITED STATES | 6/15/2009 3:54:35 PM | 945 COURT ST. CONYERS GA, 30012 USA |

Debtor-M. QADER A. BAIG 6/15/2009 3:54:35 PM     913 COMMERCIAL STREET
& ASSOC., LLC                                             CONYERS GA, 30012
  **Org Type:** LEGAL                                      USA
ENTITY
  **Org ID:** (none)
  **Jurisdiction:** UNITED
STATES

| | | |
|---|---|---|
| Secured party-Ivan Willis Taylor | 6/15/2009 3:54:35 PM | 3122 Avondale Drive SE Conyers GA, [30013] uS |
| Secured party-Princess Donya Taylor | 6/15/2009 3:54:35 PM | 3122 Avondale Drive SE Conyers GA, [30013] uS |
| Filer-Ivan Willis Taylor | 1/9/2010 12:32:48 AM | PO Box 2102 Lithonia GA, 30058 uS |

## COLLATERAL DESCRIPTION

| Date Filed | Collateral Description |
|---|---|
| 6/15/2009 3:54:35 PM | This Financing Statement covers the following types (or items) of property: (list) State of Georgia Lien, Agreement/Contract File # 70080500000018034048 / Registered Mail # RE 183 750 395 US, NOTICE OF INTERNATIONAL COMMERCIAL CLAIM ADMINISTRATIVE REMEDY, AFFIDAVIT OF NEGATIVE AVERMENT, STATEMENT OF FACTS, STATEMENT AND INQUIRIES, OPPORTUNITY TO CURE, COUNTER CLAIM, ACCOUNTING AND TRUE BILL,& NOTICE TO RESPOND. |

The following Property is accepted for value, exempt from levy, and herewith registered in the Commercial Chamber, Agreement/Contract File # 70080500000018034048, Registered Mail # RE 183 750 395 US
ALL PROPERTY BELONGING TO THE DEBTORS BELONGS TO THE SECURED PARTY.
This is the entry of the Debtors in the Commercial Registry and the following property is hereby registered in the same:
The Debtors have consented to this UCC1lien and Admiralty Maritime lien filing in the International Commercial Claim Within the Admiralty Administrative

PRESENTMENTS OF LIBELLEES ET AL THE TRUE BILL IN THE AMOUNT of $2,147,033,236,160,000.00, Two Zillion One Hundred Fourty Seven Trillion Thirty Three Billion Ninty Six Million One Hundred Sixty Thousand Dollars can ENLARGE THE VALUE OF THE CLAIM BY 4 TIMES FOR COMPENSATORY AND 204 TIMES FOR PUNITIVE DAMAGES BASED ON THE SUM CERTAIN, PROGRESSIVE FOR THE ACTS OF RESCUE AND CONVERSION PER PARTY, PER VIOLATION.

1/11/2010 3:25:39 PM   AFFIDAVIT OF CERTIFICATE OF NON-RESPONSE And Failure to Contest Acceptance and Agreement DATED 06/08/2009 Notarized by Latanya D. Alexander File #70080500000018034048 Posted RRR 7008 0500 0000 1803 9838

NOTARIAL PROTEST AND NOTICE OF ADMINISTRATIVE JUDGMENT
BY ESTOPPEL
AFFIDAVIT OF NEGATIVE AVERMENT
NOTARIAL PROTEST CERTIFICATE
CERTIFICATE OF DISHONOR
DATED 07/10/2009 Notarized by Latanya D. Alexander
Attached documents:
File #70080500000018034048 Posted 7008 0500 0000 1803 9715
AFFIDAVIT OF CERTIFICATE OF NON-RESPONSE
And Failure to Contest Acceptance and Agreement
DATED 07/27/2009 Notarized by T. Lockett
File #70080500000018034048 Posted RRR 7008 0500 0000 1803 9753

of the Debtors are now the property of the Secured
Party. This filing is incorporated with State of Georgia
UCC 1 Filing # 044200900580 & 044200900649 &
044200901893. Debtors: RUTH A. WILSON, CLARENCE
R. (RUDY) HORNE, JR. ET AL), DEPUTY GRACE GILBERT
(BADGE # 2231), JEFF WIGINGTON, DEPUTY WADE, ET
AL BADGE #2351, DEPUTY WELCH, ET AL BADGE #
2294, DEPUTY WILSON, ET AL BADGE # 2357, DUE TO
CONTINUED TRESPASS AND HOSTILE PRESENTMENTS
OF LIBELLEES ET AL, ADDITIONAL LIENS WILL BE FILED
AGAINST RUTH A. WILSON, CLARENCE R. (RUDY)
HORNE, JR. ET AL), DEPUTY GRACE GILBERT (BADGE #
2231), JEFF WIGINGTON, DEPUTY WADE, ET AL BADGE
#2351, DEPUTY WELCH, ET AL BADGE # 2294, DEPUTY
WILSON, ET AL BADGE # 2357 ARE NOW ADDITIONAL
LIBELLEES TO THE AFFIDAVIT OF NEGATIVE AVERMENT,
STATEMENT OF FACTS OPPORTUNITY TO CURE AND
COUNTER CLAIM, ACCOUNTING AND TRUE BILL AND
NOTICE TO RESPOND WITHIN THE ADMIRALTY DATED
MAY 6, 2009 AND THE AFFIDAVIT OF NOTICE OF
DEFAULT DATED JUNE 8TH 2009. DUE TO CONTINUED
TRESPASS AND CONTINUED HOSTILE PRESENTMENTS
OF LIBELLEES ET AL, THEY ARE IN VIOLATION OF LEGAL
NOTICE AND DEMAND, SECURITY AGREEMENTS, ACT OF
STATE (AFFIDAVIT OF POLITICAL STATUS) AND UCC
FILING # 044200900580 & ATTACHMENTS AND LEGAL
NOTICE AND DEMAND, SECURITY AGREEMENTS, ACT OF
STATE (AFFIDAVIT OF POLITICAL STATUS) AND UCC
FILING # 044200900650 & ATTACHMENTS. SUPPORTED
BY THE AFFIDAVIT OF NEGATIVE AVERMENT,
STATEMENT OF FACTS OPPORTUNITY TO CURE AND
COUNTER CLAIM, ACCOUNTING AND TRUE BILL AND
NOTICE TO RESPOND WITHIN THE ADMIRALTY DATED
MAY 6, 2009 AND THE AFFIDAVIT OF NOTICE OF
DEFAULT DATED JUNE 8TH 2009. "STATEMENT: THE
ADMINISTRATIVE RECORD FOR
LIBELLANT/DECLARANT'S INTERNATIONAL COMMERCIAL
CLAIM ADMINISTRATIVE REMEDY, FILE
#70080500000018034048, AS IDENTIFIED IN
STATEMENT 6 ABOVE, SHOWS THAT ALL OF THE
INQUIRIES IN SAID FILE HAVE BEEN AGREED TO
(ADMITTED/ACKNOWLEDGED) BY TACIT PROCURATION
BY RESPONDENT'S FAILURE/REFUSAL OR CHOICE NOT
TO RESPOND." "RESPONSE: LIBELLEES/RESPONDENTS
ADMIT THE ANSWER IS: YES"
DUE TO CONTINUED TRESPASS AND HOSTILE

Remedy, Judgment by Estoppel Agreement/Contract File # 70080500000018034048, Registered Mail # RE 183 750 395 US, perfected on June 8th, 2009 in the accounting and True Bill amount of $391,688,160,000.00, Three Hundred Ninty One Billion Six Hundred Eighty Eight Million One Hundred Sixty Thousand.

All personal and real property; bank accounts, foreign and domestic; private exemptions; government risk management accounts; insurance policies; stocks and bonds; asset accounts; investments and future earnings of the Debtors are now the property of the Secured Party.

This filing is incorporated with State of Georgia UCC 1 Filing # 044200900580 & 044200900649. All proceeds, products, accounts, baggage and fixtures and the orders therefrom are to be released to the Secured Party as the authorized representative of the Debtors. Debtors are a commercial transmitting utility and a Trust.

1/9/2010 12:32:48 AM  Under the original revised Article 9 of the UCC 0500 1100 0200 0400 1300 0800 0600 0900 0300 0100 1200 1000 0700. ALL PROPERTY BELONGING TO THE DEBTORS BELONGS TO THE SECURED PARTY. The Debtors have consented to this UCC1lien and Admiralty Maritime lien filing in the International Commercial Claim Within the Admiralty Administrative Remedy, Judgment by Estoppel Agreement/Contract File # 70080500000018034048, Registered Mail # RE 183 750 395 US, perfected on July 24th, 2009 in the accounting and True Bill amount of $391,688,160,000.00, Three Hundred Ninty One Billion Six Hundred Eighty Eight Million One Hundred Sixty Thousand Dollars. As of December 21th 2009 the new Adjusted and Amended True Bill in the amount of $245,350,000,000,000,000.00, Two Hunderd Fourty Five Zillion One Hundred Fourty Seven Trillion Thirty Three Billion Ninty Six Million One Hundred Sixty Thousand Dollars. All personal and real property; bank accounts, foreign and domestic; private exemptions; government risk management accounts; insurance policies; stocks and bonds; asset accounts; investments and future earnings

# GEORGIA SUPERIOR COURT
# CLERKS' COOPERATIVE AUTHORITY

*Notary Division*
*1875 Century Boulevard, Suite 100*
*Atlanta, Georgia 30345*

---

### APOSTILLE
#### (Convention de La Haye du 5 Octobre 1961)

1. Country: **UNITED STATES OF AMERICA**

2. This public document
   has been signed by **RACHEL K ASPINWALL**

3. acting in the capacity of **NOTARY PUBLIC, STATE OF GEORGIA**

4. bears the seal/stamp of **RACHEL K ASPINWALL**
   **NOTARY PUBLIC**
   **BUTTS COUNTY, GEORGIA**

### CERTIFIED

5. at **ATLANTA, GEORGIA**        6. the **30TH DAY OF DECEMBER, 2009**

7. by **GEORGIA SUPERIOR COURT CLERKS' COOPERATIVE AUTHORITY**

8. No. **I-261494**

9. Seal/Stamp        10. Signature:



DAVID R. WILLIAMS
EXECUTIVE DIRECTOR

---

This Apostille only certifies the signature, the capacity of the signer and the seal or stamp it bears. It does not certify the content of the document for which it was issued.
**THIS APOSTILLE IS NOT VALID WITHIN THE UNITED STATES OF AMERICA**

NOTARY PUBLIC
(404) 327-6023

# Original Notice of Felony Complaint

## NOTICE OF FELONY

To: 2009 Clarence Rudy Horne, Jr. D.B.A JUDGE CLARENCE RUDY HORNE, JR. OF THE MAGISTRATE COURT OF ROCKDALE COUNTY

Now comes Ivan Willis Taylor, **COMPLAINANT**, acting in the name of We the People and pursuant to Article VI clause 2 of the Constitution of the United States of America, the Supremacy clause.

## CHARGES

1    Violation of the original intent of the 14th Amendment, where the original intent was rescinded by all section three 'persons' within the 14th Amendment January 15, 1868 by the state of Ohio whom also rescinded the original intent of the Federal Bill of Rights in qualifying for federal grants and loans.

2    Violation of the Civil Rights Act of 1964, Title VI section 601-Non-discrimination of federally assisted programs under the Appalachian Regional Commission, The Highway Safety Act of 1966, The National Drivers Act of 1982 for states compact as determined in opinion by the United States Supreme Court:

### *The United States Supreme Court (359 U.S. 275 at 285)*
### Interstate Compacts
Article I, section 10 of the United States Constitution grants states the authority to enter into an "agreement or compact with another state" with the consent of Congress. The constitution contains no restrictions on the subject matter of a compact and is silent about the process by which states may enter into compacts, with the exception of the required consent of Congress. *The United States Supreme Court (359 U.S. 275 at 285) opined in 1959 that an interstate compact is a "contract" protected by the Constitution's contract clause forbidding a state legislature to enact a "law impairing the obligation of contracts."*

## COUNT I

Judge Clarence Rudy Horne, Jr., et al, having taken an Oath to support and defend the United States Constitution, did wilfully and knowingly violate said oath in an open court of Law by failing to timely move to protect and defend the United States Constitution, that being a felony of perjury of their Oaths of Office.

### TITLE 18 > PART I > CHAPTER 79 > § 1621 Perjury generally
Whoever—
(1) having taken an oath before a competent tribunal, officer, or person, in any case in which a law of the United States authorizes an oath to be administered, that he will testify, declare, depose, or certify truly, or that any written testimony, declaration, deposition, or certificate by him subscribed, is true, wilfully and contrary to such oath states or subscribes any material matter which he does not believe to be true; or
(2) in any declaration, certificate, verification, or statement under penalty of perjury as permitted under section 1746 of title 28, United States Code, wilfully subscribes as true any material matter which he does not believe to be true;
is guilty of perjury and shall, except as otherwise expressly provided by law, be fined under this title or imprisoned not more than five years, or both. This section is applicable whether the statement or subscription is made within or without the United States.

## COUNT II

Judge Clarence Rudy Horne, owing allegiance to the United States and the United States Constitution, did wilfully and knowingly give aid and comfort to those *et al* defendants whose acts are subversive to the United States and as such are destroying our children, our homes, our churches, our schools, our business, our contracts, our money system, and our Government. Said acts defined in the United states Constitution Article III section 3, is punishable under USC Title 18 sections 3, 4, 2381, 2382, 2383, 2384.

### TITLE 18  § 4. Misprision of felony
Whoever, having knowledge of the actual commission of a felony cognizable by a court of the United States, conceals and does not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, shall be fined under this title or imprisoned not more than three years, or both.

### TITLE 18 § 2381. Treason
Whoever, owing allegiance to the United States, levies war against them or adheres to their enemies, giving them aid and comfort within the United States or elsewhere, is guilty of treason and shall suffer death, or shall be imprisoned not less than five years and fined under this title but not less than $10,000; and shall be incapable of holding any office under the United States.

### TITLE 18 § 2382. Misprision of treason
Whoever, owing allegiance to the United States and having knowledge of the commission of any treason against them, conceals and does not, as soon as may be, disclose and make known the same to the President or to some judge of the United States, or to the governor or to some judge or justice of a particular State, is guilty of misprision of treason and shall be fined under this title or imprisoned not more than seven years, or both.

### TITLE 18 § 2383. Rebellion or insurrection

1

# Original Notice of Felony Complaint

## NOTICE OF FELONY

Whoever incites, sets on foot, assists, or engages in any rebellion or insurrection against the authority of the United States or the laws thereof, or gives aid or comfort thereto, shall be fined under this title or imprisoned not more than ten years, or both; and shall be incapable of holding any office under the United States.

**TITLE 18 § 2384. Seditious conspiracy**
If two or more persons in any State or Territory, or in any place subject to the jurisdiction of the United States, conspire to overthrow, put down, or to destroy by force the Government of the United States, or to levy war against them, or to oppose by force the authority thereof, or by force to prevent, hinder, or delay the execution of any law of the United States, or by force to seize, take, or possess any property of the United States contrary to the authority thereof, they shall each be fined under this title or imprisoned not more than twenty years, or both.

## COUNT III

Judge Clarence Rudy Horne, et al, having taken an oath to support and defend the United States and the United States Constitution, did wilfully and knowingly violate said oath in an open court of Law by violating the constitutional Rights of Sovereign American Citizens by not up holding his/her constitutional Rights which is a felony.

**TITLE 18 § 241. Conspiracy against rights**
If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or
If two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured—
They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death.
**TITLE 18 § 242. Deprivation of rights under color of law**
Whoever, under color of any law, statute, ordinance, regulation, or custom, wilfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.

## COUNT IV

Judge Clarence Rudy Horne, et al, for having taken a fraudulent oath as 'fiduciary trustees' of a political subdivision of the state in an assumed position as a private 'person' not having immunity or privilege within the intent of the original 14th Amendment or 11th Amendment standing, did wilfully and knowingly violate the constitutional Rights of those Citizen electors, from public offices elected and appointed. That the entire classification of 14th Amendment section three 'persons' have engaged in section four rebellion and insurrection against Lawful authority and have created a public debt from said un-Lawful offices and policies.

**TITLE 31 SEC. 3729. FALSE CLAIMS**
(a) Liability for certain acts.--Any person who--

(1) knowingly presents, or causes to be presented, to an officer or employee of the United States Government or a member of the Armed Forces of the United States a false or fraudulent claim for payment or approval;

(2) knowingly makes, uses, or causes to be made or used, a false record or statement to get a false or fraudulent claim paid or approved by the Government;

(3) conspires to defraud the Government by getting a false or fraudulent claim allowed or paid;

(4) has possession, custody, or control of property or money used, or to be used, by the Government and, intending to defraud the Government or wilfully to conceal the property, delivers, or causes to be delivered, less property than the amount for which the person receives a certificate or receipt;

(5) authorized to make or deliver a document certifying receipt of property used, or to be used, by the Government and, intending to defraud the Government, makes or delivers the receipt without completely knowing that the information on the receipt is true;

(6) knowingly buys, or receives as a pledge of an obligation or debt, public property from an officer or employee of the Government, or a member of the Armed Forces, who lawfully may not sell or pledge the property; or

(7) knowingly makes, uses, or causes to be made or used, a false record or statement to conceal, avoid, or decrease an obligation to pay or transmit money or property to the Government, is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages which the Government sustains because of the act of that person, except that if the court finds that—

2

# Original Notice of Felony Complaint

## NOTICE OF FELONY

(A) the person committing the violation of this subsection furnished officials of the United States responsible for investigating false claims violations with all information known to such person about the violation within 30 days after the date on which the defendant first obtained the information;

(B) such person fully cooperated with any Government investigation of such violation; and

(C) at the time such person furnished the United States with the information about the violation, no criminal prosecution, civil action, or administrative action had commenced under this title with respect to such violation, and the person did not have actual knowledge of the existence of an investigation into such violation;

the court may assess not less than 2 times the amount of damages which the Government sustains because of the act of the person. A person violating this subsection shall also be liable to the United States Government for the costs of a civil action brought to recover any such penalty or damages.

(b) Knowing and knowingly defined.--For purposes of this section, the terms "knowing" and "knowingly" mean that a person, with respect to information--

(1) has actual knowledge of the information;

(2) acts in deliberate ignorance of the truth or falsity of the information; or

(3) acts in reckless disregard of the truth or falsity of the information, and no proof of specific intent to defraud is required.

(c) Claim defined.—For purposes of this section, "claim" includes any request or demand, whether under a contract or otherwise, for money or property which is made to a contractor, grantee, or other recipient if the United States Government provides any portion of the money or property which is requested or demanded, or if the Government will reimburse such contractor, grantee, or other recipient for any portion of the money or property which is requested or demanded.

(d) Exemption from disclosure.—Any information furnished pursuant to subparagraphs (A) through (C) of subsection (a) shall be exempt from disclosure under section 552 of title 5.

(e) Exclusion.—This section does not apply to claims, records, or statements made under the Internal Revenue Code of 1986.

**TITLE 18 § 1834.** Criminal forfeiture
(3) The court, in imposing sentence on a person for a violation of this chapter, shall order, in addition to any other sentence imposed, that the person forfeit to the United States—
(4) any property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as the result of such violation; and
(2) any of the person's property used, or intended to be used, in any manner or part, to commit or facilitate the commission of such violation, if the court in its discretion so determines, taking into consideration the nature, scope, and proportionality of the use of the property in the offense.
(b) Property subject to forfeiture under this section, any seizure and disposition thereof, and any administrative or judicial proceeding in relation thereto, shall be governed by section 413 of the Comprehensive Drug Abuse Prevention and Control Act of 1970 (21 U.S.C. 853), except for subsections (d) and (j) of such section, which shall not apply to forfeitures under this section.

**TITLE 18 § 1957.** Engaging in monetary transactions in property derived from specified unlawful activity
(3) Whoever, in any of the circumstances set forth in subsection (d), knowingly engages or attempts to engage in a monetary transaction in criminally derived property of a value greater than $10,000 and is derived from specified unlawful activity, shall be punished as provided in subsection (b).

**(b)**
(3) Except as provided in paragraph (2), the punishment for an offense under this section is a fine under title 18, United States Code, or imprisonment for not more than ten years or both.
(2) The court may impose an alternate fine to that imposable under paragraph (1) of not more than twice the amount of the criminally derived property involved in the transaction.
© In a prosecution for an offense under this section, the Government is not required to prove the defendant knew that the offense from which the criminally derived property was derived was specified unlawful activity.

**(d)** The circumstances referred to in subsection (a) are—
(3) that the offense under this section takes place in the United States or in the special maritime and territorial jurisdiction of the United States; or
(2) that the offense under this section takes place outside the United States and such special jurisdiction, but the defendant is a United States person (as defined in section 3077 of this title, but excluding the class described in paragraph (2)(D) of such section).

**(e)** Violations of this section may be investigated by such components of the Department of Justice as the Attorney General may direct, and by such components of the Department of the Treasury as the Secretary of the Treasury may direct, as appropriate and, with respect to offenses over which the United States Postal Service has jurisdiction, by the Postal Service. Such authority of the Secretary of the Treasury and the Postal Service shall be exercised in accordance with an agreement which shall be entered into by the Secretary of the Treasury, the Postal Service, and the Attorney General.

**(f)** As used in this section—
(3) the term "monetary transaction" means the deposit, withdrawal, transfer, or exchange, in or affecting interstate or foreign commerce, of funds or a monetary instrument (as defined in section 1956 ©(5) of this title) by, through, or to a financial institution (as defined in section 1956 of this title), including any transaction that would be a financial transaction under section 1956 ©(4)(B) of this title, but such term does not include any transaction necessary to preserve a person's right to representation as guaranteed by the sixth amendment to the Constitution;
(2) the term "criminally derived property" means any property constituting, or derived from, proceeds obtained from a criminal offense; and
(3) the term "specified unlawful activity" has the meaning given that term in section 1956 of this title.

**TITLE 42 Sec. 2000d-7.** - Civil rights remedies equalization

3

## Original Notice of Felony Complaint

### NOTICE OF FELONY

(1) A State shall not be immune under the Eleventh Amendment of the Constitution of the United States from suit in Federal court for a violation of section 504 of the Rehabilitation Act of 1973 (29 U.S.C. 794), title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), title VI of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq.), or the provisions of any other Federal statute prohibiting discrimination by recipients of Federal financial assistance.

(2) In a suit against a State for a violation of a statute referred to in paragraph (1), remedies (including remedies both at law and in equity) are available for such a violation to the same extent as such remedies are available for such a violation in the suit against any public or private entity other than a State.

(b) Effective date

The provisions of subsection (a) of this section shall take effect with respect to violations that occur in whole or in part after October 21, 1986

#### DEMAND FOR ARREST

Pursuant to the Laws of the United States, We the People DEMAND the arrest of the above named felons.

Pursuant to the statutes herein, in particular the Laws of the United States in general, We the People DEMAND that you pursue and prosecute ALL ET AL offenders that have violated their Oath of Office and the Laws of the United States.

#### DEMAND FOR SEIZURE OF EVIDENCE

Pursuant to the Laws of the United States, We the People DEMAND the seizure and impound of ALL books, records and fraudulent claims made by the fictitious plaintiff, THE STATE OF GEORGIA on the account of ALL municipalities, Counties/Townships as evidence of the ongoing felony

#### WARNING

Should any person try to cover up the felony complained of herein, BE YOU HEREBY PUT ON NOTICE: You may be indicted under USC Title 18 sections 3, 4, 241, 242, 2381, 2382, 2383 and 2384.

COMPLAINANT, being first truly sworn, states that he has knowledge of the felonies herein complained of: that it is not submitted to be vexatious, but to obtain imperative JUSTICE.

Complainant _Chun v. Tun_    Date: _5-6-09_

Witness _____   Date: _5 6 9_

Witness _____   Date: _5/6/09_

Subscribed to and sworn to before me this day, Notary Public in _Butts County, GA_

_Rachel K. Aminwall_
Notary          Public

_3/11/13_
My Commission Expires

4

| U.S. DEPARTMENT OF HOMELAND SECURITY U.S. COAST GUARD | **NOTICE OF CLAIM** | THIS SECTION FOR RECORDERS USE ONLY |
|---|---|---|
| **46 CFR** 67.250 | **OF MARITIME LIEN** RE 183 750 395 US | |

| 1. NAME OF VESSEL U. S. M/V RUTH A. WILSON | 2. UNIQUE IDENTIFIER ROCKDALE COUNTY COURT HOUSE, GEORGIA EIN NUMBER 58-6000882, STATE ID 58-800068K 922 COURT ST. CONYERS, GA 30012 | **RECORDED** |
|---|---|---|

3. INSTRUMENT TYPE:

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM ADMINISTRATIVE REMEDY, AFFIDAVIT OF NEGATIVE AVERMENT, STATEMENT OF FACTS, STATEMENT AND INQUIRIES, OPPORTUNITY TO CURE, COUNTER CLAIM, ACCOUNTING AND TRUE BILL & NOTICE TO RESPOND file #70080500000018034048, Registered Mail #RE 183 750 395 US.

**PORT**

**BOOK**

**PAGE**

**BY**

4. NAME AND ADDRESS OF OWNER OF VESSEL

**RAY LAHOOD**
**US TRANSPORTATION**
**1200 NEW JERSEY AVE., SE**
**WASHINGTON, DC 20590**

INTEREST OWNED IN VESSEL AFFECTED BY ATTACHED INSTRUMENTS          100%.          (100% UNLESS OTHERWISE STATED)

5. NAME AND ADDRESS OF CLAIMANT

**Ivan-Willis: Taylor**
**c/o 3122 Avondale Drive SE**
**Conyers, Georgia; near [30013]**
**Non-Domestic without the US**

PERCENTAGE OF VESSEL MORTGAGED OR MORTGAGE ASSIGNED          100   %.          (100% UNLESS OTHERWISE STATED)

| 6. AMOUNT | 7. ALL PROPERTY INCLUDING BUT NOT LIMITED TO: ALL BANK ACCOUNTS, SAFETY DEPOSIT BOXES, RETIREMENT FUNDS, 801K'S, 401K'S, REAL ESTATE, STOCKS, BONDS, SECURITIES, CASH ON HAND, JEWELRY, HOUSES, LAND, MOTOR VEHICLES, AUTOMOBILES, MOTORHOMES, AIRCRAFT, HOUSEHOLD FURNITURE, GUNS, AMMUNITION, COIN COLLECTIONS, ALL COLLECTIBLE ITEMS, INSURANCE POLICIES, CREDIT CARDS, LINES OF CREDIT, YACHTS AND WATERCRAFT, FARM EQUIPMENT, MACHINERY, TOOLS, EQUIPMENT, HEAVY EQUIPMENT, IMPLEMENTS, BULK GRAINS AND FEEDS, TACKLE, HARNESSES, LIQUOR, CROPS, FARM ANIMALS, FARM SUPPLIES, BUILDING MATERIALS, BUISNESSES, OFFICE EQUIPMENT, COMPUTERS, OFFICE SUPPLIES, CORPORATE ASSETS, WATER RIGHTS, MINERAL RIGHTS, OIL AND GAS RIGHTS, INTELLECTUAL PROPERTY, OR ANYTHING OF VALUE AS NEEDED TO SATISFY THIS CLAIM. |
|---|---|
| $2,147,033,096,160,000.00, + PENALTIES $140,000,000.00 = $2,147,033,236,160,000.00 | |

8. CERTIFICATION AND ATTESTATION:

I (WE) HEREBY CERTIFY THAT THE FACTS RECITED HEREIN ARE TRUE AND CORRECT. I (WE) UNDERSTAND THAT THE U.S. COAST GUARD WILL RELY ON THOSE RECITATIONS IN INDEXING THE ATTACHED INSTRUMENTS. THE OWNER AND ALL RECORDED MARITIME LIENHOLDERS HAVE BEEN NOTIFIED BY U.S. MAIL.

SIGNATURE OF CLAIMANT:

_____                                             , Claimant

*chus w. Turn*

STATE: Georgia
COUNTY: ~~DeKalb~~ Fulton
SUBSCRIBED AND SWORN ON THE _7th_ day of ~~December~~ September 2009.

NOTARY PUBLIC
MY COMMISSION EXPIRES: Notary Public, Fulton County, Georgia
My Commission Expires April 10, 2012

| U.S. DEPARTMENT OF HOMELAND SECURITY U.S. COAST GUARD  46 CFR 67.250 | NOTICE OF CLAIM OF MARITIME LIEN  RE 183 750 395 US | THIS SECTION FOR RECORDERS USE ONLY |

**NOTICE OF CLAIM OF MARITIME LIEN**

RE 183 750 395 US

THIS SECTION FOR RECORDERS USE ONLY

CTY.# 0442009090144 YEAR UCC#

**1. NAME OF VESSEL**
U. S. M/V JOY WRIGHT

**2. UNIQUE IDENTIFIER**
ROCKDALE COUNTY, GEORGIA
EIN NUMBER 58-6000882, STATE ID 58-800068K
945 COURT ST.
CONYERS, GA 30012

RECORDED

**3. INSTRUMENT TYPE:**
NOTICE OF INTERNATIONAL COMMERCIAL CLAIM ADMINISTRATIVE REMEDY, AFFIDAVIT OF NEGATIVE AVERMENT, STATEMENT OF FACTS, STATEMENT AND INQUIRIES, OPPORTUNITY TO CURE, COUNTER CLAIM, ACCOUNTING AND TRUE BILL & NOTICE TO RESPOND file #70080500000018034048, Registered Mail #RE 183 750 395 US.

PORT
BOOK
PAGE
BY

**4. NAME AND ADDRESS OF OWNER OF VESSEL**

RAY LAHOOD
US TRANSPORTATION
1200 NEW JERSEY AVE., SE
WASHINGTON, DC 20590

INTEREST OWNED IN VESSEL AFFECTED BY ATTACHED INSTRUMENTS    100% (100% UNLESS OTHERWISE STATED)

CLERK OF SUPERIOR COURT
DEKALB COUNTY, GA
2009 DEC 22 PM 2: 32
FILED

**5. NAME AND ADDRESS OF CLAIMANT**

Ivan-Willis: Taylor
c/o 3122 Avondale Drive SE
Conyers, Georgia; near [30013]
Non-Domestic without the US

PERCENTAGE OF VESSEL MORTGAGED OR MORTGAGE ASSIGNED    100 %.    (100% UNLESS OTHERWISE STATED)

**6. AMOUNT**

$2,147,033,096,160,000.00, +
PENALTIES $140,000,000.00
= $2,147,033,236,160,000.00

**7.** ALL PROPERTY INCLUDING BUT NOT LIMITED TO: ALL BANK ACCOUNTS, SAFETY DEPOSIT BOXES, RETIREMENT FUNDS, 801K'S, 401K'S, REAL ESTATE, STOCKS, BONDS, SECURITIES, CASH ON HAND, JEWELRY, HOUSES, LAND, MOTOR VEHICLES, AUTOMOBILES, MOTORHOMES, AIRCRAFT, HOUSEHOLD FURNITURE, GUNS, AMMUNITION, COIN COLLECTIONS, ALL COLLECTIBLE ITEMS, INSURANCE POLICIES, CREDIT CARDS, LINES OF CREDIT, YACHTS AND WATERCRAFT, FARM EQUIPMENT, MACHINERY, TOOLS, EQUIPMENT, HEAVY EQUIPMENT, IMPLEMENTS, BULK GRAINS AND FEEDS, TACKLE, HARNESSES, LIQUOR, CROPS, FARM ANIMALS, FARM SUPPLIES, BUILDING MATERIALS, BUISNESSES, OFFICE EQUIPMENT, COMPUTERS, OFFICE SUPPLIES, CORPORATE ASSETS, WATER RIGHTS, MINERAL RIGHTS, OIL AND GAS RIGHTS, INTELLECTUAL PROPERTY, OR ANYTHING OF VALUE AS NEEDED TO SATISFY THIS CLAIM.

**8. CERTIFICATION AND ATTESTATION:**

I (WE) HEREBY CERTIFY THAT THE FACTS RECITED HEREIN ARE TRUE AND CORRECT. I (WE) UNDERSTAND THAT THE U.S. COAST GUARD WILL RELY ON THOSE RECITATIONS IN INDEXING THE ATTACHED INSTRUMENTS. THE OWNER AND ALL RECORDED MARITIME LIENHOLDERS HAVE BEEN NOTIFIED BY U.S. MAIL.

SIGNATURE OF CLAIMANT:

*Ivan W. Taylor*    Claimant

STATE: Georgia
COUNTY: ~~Dekalb~~ Fulton
SUBSCRIBED AND SWORN ON THE _7th_ day of ~~January~~ september, AD 2009:    *Kimberly C Lewis*

NOTARY PUBLIC
MY COMMISSION EXPIRES: Notary Public, Fulton County, Georgia
My Commission Expires April 16, 2012
(DATE)

| U.S. DEPARTMENT OF HOMELAND SECURITY U.S. COAST GUARD  **46 CFR 67.250** | # NOTICE OF CLAIM # OF MARITIME LIEN  RE 183 750 395 US | THIS SECTION FOR RECORDERS USE ONLY |
|---|---|---|

**1. NAME OF VESSEL**
**U. S. M/V CLARENCE RUDY HORNE, JR.**

**2. UNIQUE IDENTIFIER**
ROCKDALE COUNTY, GEORGIA
EIN NUMBER 58-6000882, STATE ID 58-800068K
946 COURT ST.
CONYERS, GA 30012

RECORDED

**3. INSTRUMENT TYPE:**
NOTICE OF INTERNATIONAL COMMERCIAL CLAIM ADMINISTRATIVE REMEDY, AFFIDAVIT OF NEGATIVE AVERMENT, STATEMENT OF FACTS, STATEMENT AND INQUIRIES, OPPORTUNITY TO CURE, COUNTER CLAIM, ACCOUNTING AND TRUE BILL & NOTICE TO RESPOND file #7008050000018034048, Registered Mail #RE 183 750 395 US.

PORT

BOOK

PAGE

BY

**4. NAME AND ADDRESS OF OWNER OF VESSEL**

**RAY LAHOOD**
**US TRANSPORTATION**
**1200 NEW JERSEY AVE., SE**
**WASHINGTON, DC 20590**

INTEREST OWNED IN VESSEL AFFECTED BY ATTACHED INSTRUMENTS          100% (100% UNLESS OTHERWISE STATED)

**5. NAME AND ADDRESS OF CLAIMANT**

**Ivan-Willis: Taylor**
**c/o 3122 Avondale Drive SE**
**Conyers, Georgia; near [30013]**
**Non-Domestic without the US**

PERCENTAGE OF VESSEL MORTGAGED OR MORTGAGE ASSIGNED          100   %.          (100% UNLESS OTHERWISE STATED)

| **6. AMOUNT**  $2,147,033,096,160,000.00, + PENALTIES $140,000,000.00 = $2,147,033,236,160,000.00 | **7. ALL PROPERTY INCLUDING BUT NOT LIMITED TO: ALL BANK ACCOUNTS, SAFETY DEPOSIT BOXES, RETIREMENT FUNDS, 801K'S, 401K'S, REAL ESTATE, STOCKS, BONDS, SECURITIES, CASH ON HAND, JEWELRY, HOUSES, LAND, MOTOR VEHICLES, AUTOMOBILES, MOTORHOMES, AIRCRAFT, HOUSEHOLD FURNITURE, GUNS, AMMUNITION, COIN COLLECTIONS, ALL COLLECTIBLE ITEMS, INSURANCE POLICIES, CREDIT CARDS, LINES OF CREDIT, YACHTS AND WATERCRAFT, FARM EQUIPMENT, MACHINERY, TOOLS, EQUIPMENT, HEAVY EQUIPMENT, IMPLEMENTS, BULK GRAINS AND FEEDS, TACKLE, HARNESSES, LIQUOR, CROPS, FARM ANIMALS, FARM SUPPLIES, BUILDING MATERIALS, BUISNESSES, OFFICE EQUIPMENT, COMPUTERS, OFFICE SUPPLIES, CORPORATE ASSETS, WATER RIGHTS, MINERAL RIGHTS, OIL AND GAS RIGHTS, INTELLECTUAL PROPERTY, OR ANYTHING OF VALUE AS NEEDED TO SATISFY THIS CLAIM.** |
|---|---|

**8. CERTIFICATION AND ATTESTATION:**

   I (WE) HEREBY CERTIFY THAT THE FACTS RECITED HEREIN ARE TRUE AND CORRECT. I (WE) UNDERSTAND THAT THE U.S. COAST GUARD WILL RELY ON THOSE RECITATIONS IN INDEXING THE ATTACHED INSTRUMENTS. THE OWNER AND ALL RECORDED MARITIME LIENHOLDERS HAVE BEEN NOTIFIED BY U.S. MAIL.

SIGNATURE OF CLAIMANT:

, Claimant

**STATE: Georgia**
**COUNTY:** ~~Dekalb~~
SUBSCRIBED AND SWORN ON THE ___ day of ~~August~~ Septembet AD 2009.

**NOTARY PUBLIC** Notary Public, Fulton County, Georgia
**MY COMMISSION EXPIRES** My Commission Expires April 16, 2012
(DATE)

THIS SECTION FOR RECORDERS USE ONLY

| U.S. DEPARTMENT OF HOMELAND SECURITY U.S. COAST GUARD | NOTICE OF CLAIM OF MARITIME LIEN | | |
|---|---|---|---|
| 46 CFR 67.250 | | | |

RE 183 750 395 US

**1. NAME OF VESSEL**
U. S. M/V ROCKDALE WATER RESOURCES

**2. UNIQUE IDENTIFIER**
EIN NUMBER 58-6000882, STATE ID 58-800068K
ROCKDALE COUNTY, GEORGIA
968 MILSTEAD AVE.
CONYERS, GA 30012

RECORDED

CTY # 0420090903144

YEAR 2009

DOC # 0903144

**3. INSTRUMENT TYPE:**

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM ADMINISTRATIVE REMEDY, AFFIDAVIT OF NEGATIVE AVERMENT, STATEMENT OF FACTS, STATEMENT AND INQUIRIES, OPPORTUNITY TO CURE, COUNTER CLAIM, ACCOUNTING AND TRUE BILL & NOTICE TO RESPOND file #70080500000018034048, Registered Mail #RE 183 750 395 US.

PORT
BOOK
PAGE
BY

**4. NAME AND ADDRESS OF OWNER OF VESSEL**

RAY LAHOOD
US TRANSPORTATION
1200 NEW JERSEY AVE., SE
WASHINGTON, DC 20590

CLERK OF SUPERIOR COURT
DEKALB COUNTY GA
2009 DEC

**FILED**

INTEREST OWNED IN VESSEL AFFECTED BY ATTACHED INSTRUMENTS    100% (100% UNLESS OTHERWISE STATED)

**5. NAME AND ADDRESS OF CLAIMANT**

Ivan-Willis: Taylor
c/o 3122 Avondale Drive SE
Conyers, Georgia; near [30013]
Non-Domestic without the US

P 2: 32

PERCENTAGE OF VESSEL MORTGAGED OR MORTGAGE ASSIGNED    100  %.    (100% UNLESS OTHERWISE STATED)

**6. AMOUNT**

$2,147,033,096,160,000.00, +
PENALTIES $140,000,000.00
= $2,147,033,236,160,000.00

**7.** ALL PROPERTY INCLUDING BUT NOT LIMITED TO: ALL BANK ACCOUNTS, SAFETY DEPOSIT BOXES, RETIREMENT FUNDS, 801K'S, 401K'S, REAL ESTATE, STOCKS, BONDS, SECURITIES, CASH ON HAND, JEWELRY, HOUSES, LAND, MOTOR VEHICLES, AUTOMOBILES, MOTORHOMES, AIRCRAFT, HOUSEHOLD FURNITURE, GUNS, AMMUNITION, COIN COLLECTIONS, ALL COLLECTIBLE ITEMS, INSURANCE POLICIES, CREDIT CARDS, LINES OF CREDIT, YACHTS AND WATERCRAFT, FARM EQUIPMENT, MACHINERY, TOOLS, EQUIPMENT, HEAVY EQUIPMENT, IMPLEMENTS, BULK GRAINS AND FEEDS, TACKLE, HARNESSES, LIQUOR, CROPS, FARM ANIMALS, FARM SUPPLIES, BUILDING MATERIALS, BUISNESSES, OFFICE EQUIPMENT, COMPUTERS, OFFICE SUPPLIES, CORPORATE ASSETS, WATER RIGHTS, MINERAL RIGHTS, OIL AND GAS RIGHTS, INTELLECTUAL PROPERTY, OR ANYTHING OF VALUE AS NEEDED TO SATISFY THIS CLAIM.

**8. CERTIFICATION AND ATTESTATION:**

I (WE) HEREBY CERTIFY THAT THE FACTS RECITED HEREIN ARE TRUE AND CORRECT. I (WE) UNDERSTAND THAT THE U.S. COAST GUARD WILL RELY ON THOSE RECITATIONS IN INDEXING THE ATTACHED INSTRUMENTS. THE OWNER AND ALL RECORDED MARITIME LIENHOLDERS HAVE BEEN NOTIFIED BY U.S. MAIL.

SIGNATURE OF CLAIMANT:

Ivan W. Taylr    Claimant

STATE: Georgia
COUNTY: Dekalb Fulton
SUBSCRIBED AND SWORN ON THE ___7th___ day of __september__, AD 2009:

NOTARY PUBLIC
MY COMMISSION EXPIRES: Notary Public, Fulton County, Georgia
My Commission Expires April 16, 2012

| U.S. DEPARTMENT OF HOMELAND SECURITY U.S. COAST GUARD 46 CFR 67.250 | # NOTICE OF CLAIM OF MARITIME LIEN RE 183 750 395 US | THIS SECTION FOR RECORDERS USE ONLY |
|---|---|---|

**1. NAME OF VESSEL**
U. S. M/V MAGISTRATE COURT OF ROCKDALE COUNTY

**2. UNIQUE IDENTIFIER**
ROCKDALE COUNTY, GEORGIA
EIN NUMBER 58-6000882, STATE ID 58-800068K
945 COURT ST.
CONYERS, GA 30012

RECORDED

PORT

BOOK

PAGE

BY

**3. INSTRUMENT TYPE:**

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM ADMINISTRATIVE REMEDY, AFFIDAVIT OF NEGATIVE AVERMENT, STATEMENT OF FACTS, STATEMENT AND INQUIRIES, OPPORTUNITY TO CURE, COUNTER CLAIM, ACCOUNTING AND TRUE BILL & NOTICE TO RESPOND file #70080500000018034048, Registered Mail #RE 183 750 395 US.

**4. NAME AND ADDRESS OF OWNER OF VESSEL**

RAY LAHOOD
US TRANSPORTATION
1200 NEW JERSEY AVE., SE
WASHINGTON, DC 20590

INTEREST OWNED IN VESSEL AFFECTED BY ATTACHED INSTRUMENTS          100 (100% UNLESS OTHERWISE STATED)

**5. NAME AND ADDRESS OF CLAIMANT**

Ivan-Willis: Taylor
c/o 3122 Avondale Drive SE
Conyers, Georgia; near [30013]
Non-Domestic without the US

PERCENTAGE OF VESSEL MORTGAGED OR MORTGAGE ASSIGNED          100  %.          (100% UNLESS OTHERWISE STATED)

**6. AMOUNT**

$2,147,033,096,160,000.00, +
PENALTIES $140,000,000.00
= $2,147,033,236,160,000.00

**7.** ALL PROPERTY INCLUDING BUT NOT LIMITED TO: ALL BANK ACCOUNTS, SAFETY DEPOSIT BOXES, RETIREMENT FUNDS, 801K'S, 401K'S, REAL ESTATE, STOCKS, BONDS, SECURITIES, CASH ON HAND, JEWELRY, HOUSES, LAND, MOTOR VEHICLES, AUTOMOBILES, MOTORHOMES, AIRCRAFT, HOUSEHOLD FURNITURE, GUNS, AMMUNITION, COIN COLLECTIONS, ALL COLLECTIBLE ITEMS, INSURANCE POLICIES, CREDIT CARDS, LINES OF CREDIT, YACHTS AND WATERCRAFT, FARM EQUIPMENT, MACHINERY, TOOLS, EQUIPMENT, HEAVY EQUIPMENT, IMPLEMENTS, BULK GRAINS AND FEEDS, TACKLE, HARNESSES, LIQUOR, CROPS, FARM ANIMALS, FARM SUPPLIES, BUILDING MATERIALS, BUSINESSES, OFFICE EQUIPMENT, COMPUTERS, OFFICE SUPPLIES, CORPORATE ASSETS, WATER RIGHTS, MINERAL RIGHTS, OIL AND GAS RIGHTS, INTELLECTUAL PROPERTY, OR ANYTHING OF VALUE AS NEEDED TO SATISFY THIS CLAIM.

**8. CERTIFICATION AND ATTESTATION:**

I (WE) HEREBY CERTIFY THAT THE FACTS RECITED HEREIN ARE TRUE AND CORRECT. I (WE) UNDERSTAND THAT THE U.S. COAST GUARD WILL RELY ON THOSE RECITATIONS IN INDEXING THE ATTACHED INSTRUMENTS. THE OWNER AND ALL RECORDED MARITIME LIENHOLDERS HAVE BEEN NOTIFIED BY U.S. MAIL.

SIGNATURE OF CLAIMANT:

_____ , Claimant

STATE: Georgia
COUNTY: DeKalb Fulton
SUBSCRIBED AND SWORN ON THE _1st_ day of September AD 2009.

NOTARY PUBLIC
MY COMMISSION EXPIRES: Notary Public, Fulton County, Georgia
My Commission Expires April 10, 2012
(DATE)

| | |
|---|---|
| U.S. DEPARTMENT OF HOMELAND SECURITY U.S. COAST GUARD<br><br>**46 CFR 67.250** | **NOTICE OF CLAIM OF MARITIME LIEN**<br><br>RE 183 750 395 US |

THIS SECTION FOR RECORDERS USE ONLY

| 1. NAME OF VESSEL<br>**U. S. M/V ROSLYN MILLER** | 2. UNIQUE IDENTIFIER<br>**EIN NUMBER 58-6000882, STATE ID 58-800068K<br>ROCKDALE WATER RESOURCES<br>958 MILSTEAD AVE.<br>CONYERS, GA 30012** | **RECORDED** |

CTY# 0442 YEAR 2009 UCC# 0314

3. INSTRUMENT TYPE:

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM ADMINISTRATIVE REMEDY, AFFIDAVIT OF NEGATIVE AVERMENT, STATEMENT OF FACTS, STATEMENT AND INQUIRIES, OPPORTUNITY TO CURE, COUNTER CLAIM, ACCOUNTING AND TRUE BILL & NOTICE TO RESPOND file #70080500000018034048, Registered Mail #RE 183 750 395 US.

PORT

BOOK

PAGE

BY

4. NAME AND ADDRESS OF OWNER OF VESSEL

**RAY LAHOOD
US TRANSPORTATION
1200 NEW JERSEY AVE., SE
WASHINGTON, DC 20590**

INTEREST OWNED IN VESSEL AFFECTED BY ATTACHED INSTRUMENTS          **100%**   (100% UNLESS OTHERWISE STATED)

5. NAME AND ADDRESS OF CLAIMANT

**Ivan-Willis: Taylor
c/o 3122 Avondale Drive SE
Conyers, Georgia; near [30013]
Non-Domestic without the US**

PERCENTAGE OF VESSEL MORTGAGED OR MORTGAGE ASSIGNED          100   %.          (100% UNLESS OTHERWISE STATED)

CLERK OF SUPERIOR COURT DEKALB COUNTY GA

DEC 22 'P 2:

FILED

| 6. AMOUNT<br><br>**$2,147,033,096,160,000.00, +<br>PENALTIES $140,000,000.00<br>= $2,147,033,236,160,000.00** | 7. ALL PROPERTY INCLUDING BUT NOT LIMITED TO: ALL BANK ACCOUNTS, SAFETY DEPOSIT BOXES, RETIREMENT FUNDS, 801K'S, 401K'S, REAL ESTATE, STOCKS, BONDS, SECURITIES, CASH ON HAND, JEWELRY, HOUSES, LAND, MOTOR VEHICLES, AUTOMOBILES, MOTORHOMES, AIRCRAFT, HOUSEHOLD FURNITURE, GUNS, AMMUNITION, COIN COLLECTIONS, ALL COLLECTIBLE ITEMS, INSURANCE POLICIES, CREDIT CARDS, LINES OF CREDIT, YACHTS AND WATERCRAFT, FARM EQUIPMENT, MACHINERY, TOOLS, EQUIPMENT, HEAVY EQUIPMENT, IMPLEMENTS, BULK GRAINS AND FEEDS, TACKLE, HARNESSES, LIQUOR, CROPS, FARM ANIMALS, FARM SUPPLIES, BUILDING MATERIALS, BUSINESSES, OFFICE EQUIPMENT, COMPUTERS, OFFICE SUPPLIES, CORPORATE ASSETS, WATER RIGHTS, MINERAL RIGHTS, OIL AND GAS RIGHTS, INTELLECTUAL PROPERTY, OR ANYTHING OF VALUE AS NEEDED TO SATISFY THIS CLAIM. |

8. CERTIFICATION AND ATTESTATION:

I (WE) HEREBY CERTIFY THAT THE FACTS RECITED HEREIN ARE TRUE AND CORRECT. I (WE) UNDERSTAND THAT THE U.S. COAST GUARD WILL RELY ON THOSE RECITATIONS IN INDEXING THE ATTACHED INSTRUMENTS. THE OWNER AND ALL RECORDED MARITIME LIENHOLDERS HAVE BEEN NOTIFIED BY U.S. MAIL.

SIGNATURE OF CLAIMANT:

, Claimant

STATE: Georgia
COUNTY: Dekalb FUlton
SUBSCRIBED AND SWORN ON THE 7th day of September, AD 2009

NOTARY PUBLIC
MY COMMISSION EXPIRES: Notary Public, Fulton County, Georgia
My Commission Expires April 19, 2012

| U.S. DEPARTMENT OF HOMELAND SECURITY U.S. COAST GUARD | **NOTICE OF CLAIM** | THIS SECTION FOR RECORDERS USE ONLY |
|---|---|---|
| **46 CFR 67.250** | **OF MARITIME LIEN** RE 183 750 395 US | |

**1. NAME OF VESSEL**
**U. S. M/V WANDA LESTER**

**2. UNIQUE IDENTIFIER**
EIN NUMBER 58-6000882, STATE ID 58-800068K
ROCKDALE WATER RESOURCES
958 MILSTEAD AVE.
CONYERS, GA 30012

RECORDED

**3. INSTRUMENT TYPE:**

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM ADMINISTRATIVE REMEDY, AFFIDAVIT OF NEGATIVE AVERMENT, STATEMENT OF FACTS, STATEMENT AND INQUIRIES, OPPORTUNITY TO CURE, COUNTER CLAIM, ACCOUNTING AND TRUE BILL & NOTICE TO RESPOND file #70080500000018034048, Registered Mail #RE 183 750 395 US.

PORT

BOOK

PAGE

BY

**4. NAME AND ADDRESS OF OWNER OF VESSEL**

**RAY LAHOOD**
**US TRANSPORTATION**
**1200 NEW JERSEY AVE., SE**
**WASHINGTON, DC 20590**

INTEREST OWNED IN VESSEL AFFECTED BY ATTACHED INSTRUMENTS     **100** % (100% UNLESS OTHERWISE STATED)

**5. NAME AND ADDRESS OF CLAIMANT**

**Ivan-Willis: Taylor**
**c/o 3122 Avondale Drive SE**
**Conyers, Georgia; near [30013]**
**Non-Domestic without the US**

PERCENTAGE OF VESSEL MORTGAGED OR MORTGAGE ASSIGNED     **100**     %.     (100% UNLESS OTHERWISE STATED)

**6. AMOUNT**

**$2,147,033,096,160,000.00, +**
**PENALTIES $140,000,000.00**
**= $2,147,033,236,160,000.00**

**7.** ALL PROPERTY INCLUDING BUT NOT LIMITED TO: ALL BANK ACCOUNTS, SAFETY DEPOSIT BOXES, RETIREMENT FUNDS, 601K'S, 401K'S, REAL ESTATE, STOCKS, BONDS, SECURITIES, CASH ON HAND, JEWELRY, HOUSES, LAND, MOTOR VEHICLES, AUTOMOBILES, MOTORHOMES, AIRCRAFT, HOUSEHOLD FURNITURE, GUNS, AMMUNITION, COIN COLLECTIONS, ALL COLLECTIBLE ITEMS, INSURANCE POLICIES, CREDIT CARDS, LINES OF CREDIT, YACHTS AND WATERCRAFT, FARM EQUIPMENT, MACHINERY, TOOLS, EQUIPMENT, HEAVY EQUIPMENT, IMPLEMENTS, BULK GRAINS AND FEEDS, TACKLE, HARNESSES, LIQUOR, CROPS, FARM ANIMALS, FARM SUPPLIES, BUILDING MATERIALS, BUSINESSES, OFFICE EQUIPMENT, COMPUTERS, OFFICE SUPPLIES, CORPORATE ASSETS, WATER RIGHTS, MINERAL RIGHTS, OIL AND GAS RIGHTS, INTELLECTUAL PROPERTY, OR ANYTHING OF VALUE AS NEEDED TO SATISFY THIS CLAIM.

**8. CERTIFICATION AND ATTESTATION:**

I (WE) HEREBY CERTIFY THAT THE FACTS RECITED HEREIN ARE TRUE AND CORRECT. I (WE) UNDERSTAND THAT THE U.S. COAST GUARD WILL RELY ON THOSE RECITATIONS IN INDEXING THE ATTACHED INSTRUMENTS. THE OWNER AND ALL RECORDED MARITIME LIENHOLDERS HAVE BEEN NOTIFIED BY U.S. MAIL.

SIGNATURE OF CLAIMANT:

, Claimant

STATE: Georgia
COUNTY: Dekalb Fulton
SUBSCRIBED AND SWORN ON THE _7th_ day of September, AD 2009:

NOTARY PUBLIC     Notary Public, Fulton County, Georgia
MY COMMISSION EXPIRES: My Commission Expires April 10, 2012

(DATE)

| U.S. DEPARTMENT OF HOMELAND SECURITY U.S. COAST GUARD<br><br>46 CFR 67.250 | **NOTICE OF CLAIM**<br>**OF MARITIME LIEN**<br><br>RE 183 750 395 US | THIS SECTION FOR RECORDERS USE ONLY |
|---|---|---|

**1. NAME OF VESSEL**
**U. S. M/V QADER A. BAIG**

**2. UNIQUE IDENTIFIER**
M. QADER A. BAIG & ASSOCATES., LLC
QADER A. BAIG
913 COMMERCIAL STREET
CONYERS, GA 30012

RECORDED

**3. INSTRUMENT TYPE:**

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM ADMINISTRATIVE REMEDY, AFFIDAVIT OF NEGATIVE AVERMENT, STATEMENT OF FACTS, STATEMENT AND INQUIRIES, OPPORTUNITY TO CURE, COUNTER CLAIM, ACCOUNTING AND TRUE BILL & NOTICE TO RESPOND file #70080500000018034048, Registered Mail #RE 183 750 395 US.

PORT
BOOK
PAGE
BY

**4. NAME AND ADDRESS OF OWNER OF VESSEL**

**RAY LAHOOD**
**US TRANSPORTATION**
**1200 NEW JERSEY AVE., SE**
**WASHINGTON, DC 20590**

INTEREST OWNED IN VESSEL AFFECTED BY ATTACHED INSTRUMENTS            **100** (100% UNLESS OTHERWISE STATED)

**5. NAME AND ADDRESS OF CLAIMANT**

**Ivan-Willis: Taylor**
**c/o 3122 Avondale Drive SE**
**Conyers, Georgia; near [30013]**
**Non-Domestic without the US**

PERCENTAGE OF VESSEL MORTGAGED OR MORTGAGE ASSIGNED            **100**    %.        (100% UNLESS OTHERWISE STATED)

| **6. AMOUNT**<br><br>$2,147,033,096,160,000.00, +<br>PENALTIES $140,000,000.00<br>= $2,147,033,236,160,000.00 | **7. ALL PROPERTY INCLUDING BUT NOT LIMITED TO: ALL BANK ACCOUNTS, SAFETY DEPOSIT BOXES, RETIREMENT FUNDS, 801K'S, 401K'S, REAL ESTATE, STOCKS, BONDS, SECURITIES, CASH ON HAND, JEWELRY, HOUSES, LAND, MOTOR VEHICLES, AUTOMOBILES, MOTORHOMES, AIRCRAFT, HOUSEHOLD FURNITURE, GUNS, AMMUNITION, COIN COLLECTIONS, ALL COLLECTIBLE ITEMS, INSURANCE POLICIES, CREDIT CARDS, LINES OF CREDIT, YACHTS AND WATERCRAFT, FARM EQUIPMENT, MACHINERY, TOOLS, EQUIPMENT, HEAVY EQUIPMENT, IMPLEMENTS, BULK GRAINS AND FEEDS, TACKLE, HARNESSES, LIQUOR, CROPS, FARM ANIMALS, FARM SUPPLIES, BUILDING MATERIALS, BUSINESSES, OFFICE EQUIPMENT, COMPUTERS, OFFICE SUPPLIES, CORPORATE ASSETS, WATER RIGHTS, MINERAL RIGHTS, OIL AND GAS RIGHTS, INTELLECTUAL PROPERTY, OR ANYTHING OF VALUE AS NEEDED TO SATISFY THIS CLAIM.** |
|---|---|

**8. CERTIFICATION AND ATTESTATION:**

I (WE) HEREBY CERTIFY THAT THE FACTS RECITED HEREIN ARE TRUE AND CORRECT. I (WE) UNDERSTAND THAT THE U.S. COAST GUARD WILL RELY ON THOSE RECITATIONS IN INDEXING THE ATTACHED INSTRUMENTS. THE OWNER AND ALL RECORDED MARITIME LIENHOLDERS HAVE BEEN NOTIFIED BY U.S. MAIL.

SIGNATURE OF CLAIMANT:

_Ivan W. Taylr_ , Claimant

STATE: Georgia
COUNTY: DeKalb Fulton
SUBSCRIBED AND SWORN ON THE _1st_ day of _September_, AD _2009_

_Kimberly C Davis_

NOTARY PUBLIC
MY COMMISSION EXPIRES: ____ Notary Public, Fulton County, Georgia
My Commission Expires April 10, 2012

THIS SECTION FOR RECORDERS USE ONLY

U.S. DEPARTMENT OF
HOMELAND SECURITY
U.S. COAST GUARD

46 CFR
67.250

# NOTICE OF CLAIM
# OF MARITIME LIEN

RE 183 750 395 US

**1. NAME OF VESSEL**
U. S. M/V ROBERT A. YOUNG

**2. UNIQUE IDENTIFIER**
EIN NUMBER 58-6000882, STATE ID 58-800068K
ROCKDALE WATER RESOURCES
958 MILSTEAD AVE.
CONYERS, GA 30012

RECORDED

04420090903144 YEAR UCC #

**3. INSTRUMENT TYPE:**

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM ADMINISTRATIVE REMEDY, AFFIDAVIT OF NEGATIVE AVERMENT, STATEMENT OF FACTS, STATEMENT AND INQUIRIES, OPPORTUNITY TO CURE, COUNTER CLAIM, ACCOUNTING AND TRUE BILL & NOTICE TO RESPOND file #70080500000018034048, Registered Mail #RE 183 750 395 US.

PORT

BOOK

PAGE

BY

**4. NAME AND ADDRESS OF OWNER OF VESSEL**

RAY LAHOOD
US TRANSPORTATION
1200 NEW JERSEY AVE., SE
WASHINGTON, DC 20590

INTEREST OWNED IN VESSEL AFFECTED BY ATTACHED INSTRUMENTS   100% (100% UNLESS OTHERWISE STATED)

CLERK OF SUPERIOR COURT
DEKALB COUNTY GA
2009 DEC 22 P 2: 32
FILED

**5. NAME AND ADDRESS OF CLAIMANT**

Ivan-Willis: Taylor
c/o 3122 Avondale Drive SE
Conyers, Georgia; near [30013]
Non-Domestic without the US

PERCENTAGE OF VESSEL MORTGAGED OR MORTGAGE ASSIGNED   100   %.   (100% UNLESS OTHERWISE STATED)

**6. AMOUNT**

$2,147,033,096,160,000.00, +
PENALTIES $140,000,000.00
= $2,147,033,236,160,000.00

**7.** ALL PROPERTY INCLUDING BUT NOT LIMITED TO: ALL BANK ACCOUNTS, SAFETY DEPOSIT BOXES, RETIREMENT FUNDS, 801K'S, 401K'S, REAL ESTATE, STOCKS, BONDS, SECURITIES, CASH ON HAND, JEWELRY, HOUSES, LAND, MOTOR VEHICLES, AUTOMOBILES, MOTORHOMES, AIRCRAFT, HOUSEHOLD FURNITURE, GUNS, AMMUNITION, COIN COLLECTIONS, ALL COLLECTIBLE ITEMS, INSURANCE POLICIES, CREDIT CARDS, LINES OF CREDIT, YACHTS AND WATERCRAFT, FARM EQUIPMENT, MACHINERY, TOOLS, EQUIPMENT, HEAVY EQUIPMENT, IMPLEMENTS, BULK GRAINS AND FEEDS, TACKLE, HARNESSES, LIQUOR, CROPS, FARM ANIMALS, FARM SUPPLIES, BUILDING MATERIALS, BUSINESSES, OFFICE EQUIPMENT, COMPUTERS, OFFICE SUPPLIES, CORPORATE ASSETS, WATER RIGHTS, MINERAL RIGHTS, OIL AND GAS RIGHTS, INTELLECTUAL PROPERTY, OR ANYTHING OF VALUE AS NEEDED TO SATISFY THIS CLAIM.

**8. CERTIFICATION AND ATTESTATION:**

I (WE) HEREBY CERTIFY THAT THE FACTS RECITED HEREIN ARE TRUE AND CORRECT. I (WE) UNDERSTAND THAT THE U.S. COAST GUARD WILL RELY ON THOSE RECITATIONS IN INDEXING THE ATTACHED INSTRUMENTS. THE OWNER AND ALL RECORDED MARITIME LIENHOLDERS HAVE BEEN NOTIFIED BY U.S. MAIL.

SIGNATURE OF CLAIMANT:

, Claimant

Ivan w. Taylor

STATE: Georgia
COUNTY: ~~Dekalb~~ Fulton
SUBSCRIBED AND SWORN ON THE   1ʰ   day of September, AD 2009

Kimberly L. Davis

NOTARY PUBLIC
MY COMMISSION EXPIRES:   Notary Public, Fulton County, Georgia
My Commission Expires April 10, 2012
(DATE)

| U.S. DEPARTMENT OF HOMELAND SECURITY U.S. COAST GUARD | **NOTICE OF CLAIM OF MARITIME LIEN** | THIS SECTION FOR RECORDERS USE ONLY |
|---|---|---|
| 46 CFR 67.250 | RE 183 750 395 US | |

| 1. NAME OF VESSEL **U. S. M/V ROCKDALE COUNTY** | 2. UNIQUE IDENTIFIER ROCKDALE COUNTY, GEORGIA 962 MILSTEAD AVENUE CONYERS, GEORGIA 30012 | RECORDED |
|---|---|---|

044200903144

CTY# YEAR UCC#

**3. INSTRUMENT TYPE:**

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM ADMINISTRATIVE REMEDY, AFFIDAVIT OF NEGATIVE AVERMENT, STATEMENT OF FACTS, STATEMENT AND INQUIRIES, OPPORTUNITY TO CURE, COUNTER CLAIM, ACCOUNTING AND TRUE BILL & NOTICE TO RESPOND file #70080500000018034048, Registered Mail #RE 183 750 395 US.

PORT
BOOK
PAGE
BY

**4. NAME AND ADDRESS OF OWNER OF VESSEL**

RAY LAHOOD
US TRANSPORTATION
1200 NEW JERSEY AVE., SE
WASHINGTON, DC 20590

INTEREST OWNED IN VESSEL AFFECTED BY ATTACHED INSTRUMENTS **100**%. (100% UNLESS OTHERWISE STATED)

**5. NAME AND ADDRESS OF CLAIMANT**

Ivan-Willis: Taylor
c/o 3122 Avondale Drive SE
Conyers, Georgia; near [30013]
Non-Domestic without the US

CLERK OF SUPERIOR COURT DEKALB COUNTY GA

DEC 22 P 2:

FILED

PERCENTAGE OF VESSEL MORTGAGED OR MORTGAGE ASSIGNED      100      %.      (100% UNLESS OTHERWISE STATED)

| 6. AMOUNT | 7. ALL PROPERTY INCLUDING BUT NOT LIMITED TO: ALL BANK ACCOUNTS, SAFETY DEPOSIT BOXES, RETIREMENT FUNDS, 801K'S, 401K'S, REAL ESTATE, STOCKS, BONDS, SECURITIES, CASH ON HAND, JEWELRY, HOUSES, LAND, MOTOR VEHICLES, AUTOMOBILES, MOTORHOMES, AIRCRAFT, HOUSEHOLD FURNITURE, GUNS, AMMUNITION, COIN COLLECTIONS, ALL COLLECTIBLE ITEMS, INSURANCE POLICIES, CREDIT CARDS, LINES OF CREDIT, YACHTS AND WATERCRAFT, FARM EQUIPMENT, MACHINERY, TOOLS, EQUIPMENT, HEAVY EQUIPMENT, IMPLEMENTS, BULK GRAINS AND FEEDS, TACKLE, HARNESSES, LIQUOR, CROPS, FARM ANIMALS, FARM SUPPLIES, BUILDING MATERIALS, BUSINESSES, OFFICE EQUIPMENT, COMPUTERS, OFFICE SUPPLIES, CORPORATE ASSETS, WATER RIGHTS, MINERAL RIGHTS, OIL AND GAS RIGHTS, INTELLECTUAL PROPERTY, OR ANYTHING OF VALUE AS NEEDED TO SATISFY THIS CLAIM. |
|---|---|
| $2,147,033,096,160,000,00, + PENALTIES $140,000,000.00 = $2,147,033,236,160,000.00 | |

**8. CERTIFICATION AND ATTESTATION:**

I (WE) HEREBY CERTIFY THAT THE FACTS RECITED HEREIN ARE TRUE AND CORRECT. I (WE) UNDERSTAND THAT THE U.S. COAST GUARD WILL RELY ON THOSE RECITATIONS IN INDEXING THE ATTACHED INSTRUMENTS. THE OWNER AND ALL RECORDED MARITIME LIENHOLDERS HAVE BEEN NOTIFIED BY U.S. MAIL.

SIGNATURE OF CLAIMANT:

, Claimant

STATE: Georgia
COUNTY: DeKalb Fulton
SUBSCRIBED AND SWORN ON THE 7th day of september, AD 2009:

NOTARY PUBLIC
MY COMMISSION EXPIRES: Notary Public, Fulton County, Georgia
My Commission Expires April 15, 2012
(DATE)

| U.S. DEPARTMENT OF HOMELAND SECURITY U.S. COAST GUARD<br><br>46 CFR 67.250 | **NOTICE OF CLAIM OF MARITIME LIEN**<br><br>RE 183 750 395 US | THIS SECTION FOR RECORDERS USE ONLY |

**1. NAME OF VESSEL**
U. S. M/V M. QADER A. BAIG & ASSOCATES, LLC

**2. UNIQUE IDENTIFIER**
M. QADER A. BAIG & ASSOCATES, LLC
QADER A. BAIG
913 COMMERCIAL STREET
CONYERS, GA 30012

RECORDED

**3. INSTRUMENT TYPE:**
NOTICE OF INTERNATIONAL COMMERCIAL CLAIM ADMINISTRATIVE REMEDY, AFFIDAVIT OF NEGATIVE AVERMENT, STATEMENT OF FACTS, STATEMENT AND INQUIRIES, OPPORTUNITY TO CURE, COUNTER CLAIM, ACCOUNTING AND TRUE BILL & NOTICE TO RESPOND file #7008050000018034048, Registered Mail #RE 183 750 395 US.

PORT
BOOK
PAGE
BY

**4. NAME AND ADDRESS OF OWNER OF VESSEL**

RAY LAHOOD
US TRANSPORTATION
1200 NEW JERSEY AVE., SE
WASHINGTON, DC 20590

INTEREST OWNED IN VESSEL AFFECTED BY ATTACHED INSTRUMENTS                          100% (100% UNLESS OTHERWISE STATED)

**5. NAME AND ADDRESS OF CLAIMANT**

Ivan-Willis: Taylor
c/o 3122 Avondale Drive SE
Conyers, Georgia; near [30013]
Non-Domestic without the US

PERCENTAGE OF VESSEL MORTGAGED OR MORTGAGE ASSIGNED           100    %.           (100% UNLESS OTHERWISE STATED)

| **6. AMOUNT**<br><br>$2,147,033,096,160,000.00, + PENALTIES $140,000,000.00 = $2,147,033,236,160,000.00 | **7. ALL PROPERTY INCLUDING BUT NOT LIMITED TO: ALL BANK ACCOUNTS, SAFETY DEPOSIT BOXES, RETIREMENT FUNDS, 801K'S, 401K'S, REAL ESTATE, STOCKS, BONDS, SECURITIES, CASH ON HAND, JEWELRY, HOUSES, LAND, MOTOR VEHICLES, AUTOMOBILES, MOTORHOMES, AIRCRAFT, HOUSEHOLD FURNITURE, GUNS, AMMUNITION, COIN COLLECTIONS, ALL COLLECTIBLE ITEMS, INSURANCE POLICIES, CREDIT CARDS, LINES OF CREDIT, YACHTS AND WATERCRAFT, FARM EQUIPMENT, MACHINERY, TOOLS, EQUIPMENT, HEAVY EQUIPMENT, IMPLEMENTS, BULK GRAINS AND FEEDS, TACKLE, HARNESSES, LIQUOR, CROPS, FARM ANIMALS, FARM SUPPLIES, BUILDING MATERIALS, BUSINESSES, OFFICE EQUIPMENT, COMPUTERS, OFFICE SUPPLIES, CORPORATE ASSETS, WATER RIGHTS, MINERAL RIGHTS, OIL AND GAS RIGHTS, INTELLECTUAL PROPERTY, OR ANYTHING OF VALUE AS NEEDED TO SATISFY THIS CLAIM.** |

**8. CERTIFICATION AND ATTESTATION:**

I (WE) HEREBY CERTIFY THAT THE FACTS RECITED HEREIN ARE TRUE AND CORRECT. I (WE) UNDERSTAND THAT THE U.S. COAST GUARD WILL RELY ON THOSE RECITATIONS IN INDEXING THE ATTACHED INSTRUMENTS. THE OWNER AND ALL RECORDED MARITIME LIENHOLDERS HAVE BEEN NOTIFIED BY U.S. MAIL.

SIGNATURE OF CLAIMANT:

_____ , Claimant

STATE: Georgia
COUNTY: ~~Dekalb~~ Fulton
SUBSCRIBED AND SWORN ON THE _____ day of ~~September~~ AD 2009

NOTARY PUBLIC
MY COMMISSION EXPIRES:   Notary Public, Fulton County, Georgia
                          My Commission Expires April 19, 2012

THIS SECTION FOR RECORDERS USE ONLY

| U.S. DEPARTMENT OF HOMELAND SECURITY U.S. COAST GUARD | **NOTICE OF CLAIM** | |
|---|---|---|
| **46 CFR** 67.250 | **OF MARITIME LIEN** RE 183 750 395 US | |

| 1. NAME OF VESSEL U. S. M/V RICHARD A. ODEN | 2. UNIQUE IDENTIFIER EIN NUMBER 58-6000882, STATE ID 58-800068K ROCKDALE COUNTY, GEORGIA 962 MILSTEAD AVENUE CONYERS, GEORGIA 30012 | **RECORDED** |
|---|---|---|

3. INSTRUMENT TYPE:

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM ADMINISTRATIVE REMEDY, AFFIDAVIT OF NEGATIVE AVERMENT, STATEMENT OF FACTS, STATEMENT AND INQUIRIES, OPPORTUNITY TO CURE, COUNTER CLAIM, ACCOUNTING AND TRUE BILL & NOTICE TO RESPOND file #70080500000018034048, Registered Mail #RE 183 750 395 US.

PORT

BOOK

PAGE

BY

4. NAME AND ADDRESS OF OWNER OF VESSEL

**RAY LAHOOD**
**US TRANSPORTATION**
**1200 NEW JERSEY AVE., SE**
**WASHINGTON, DC 20590**

INTEREST OWNED IN VESSEL AFFECTED BY ATTACHED INSTRUMENTS          100% (100% UNLESS OTHERWISE STATED)

5. NAME AND ADDRESS OF CLAIMANT

**Ivan-Willis: Taylor**
**c/o 3122 Avondale Drive SE**
**Conyers, Georgia; near [30013]**
**Non-Domestic without the US**

PERCENTAGE OF VESSEL MORTGAGED OR MORTGAGE ASSIGNED          100   %.          (100% UNLESS OTHERWISE STATED)

| 6. AMOUNT $2,147,033,096,160,000.00, + PENALTIES $140,000,000.00 = $2,147,033,236,160,000.00 | 7. ALL PROPERTY INCLUDING BUT NOT LIMITED TO: ALL BANK ACCOUNTS, SAFETY DEPOSIT BOXES, RETIREMENT FUNDS, 801K'S, 401K'S, REAL ESTATE, STOCKS, BONDS, SECURITIES, CASH ON HAND, JEWELRY, HOUSES, LAND, MOTOR VEHICLES, AUTOMOBILES, MOTORHOMES, AIRCRAFT, HOUSEHOLD FURNITURE, GUNS, AMMUNITION, COIN COLLECTIONS, ALL COLLECTIBLE ITEMS, INSURANCE POLICIES, CREDIT CARDS, LINES OF CREDIT, YACHTS AND WATERCRAFT, FARM EQUIPMENT, MACHINERY, TOOLS, EQUIPMENT, HEAVY EQUIPMENT, IMPLEMENTS, BULK GRAINS AND FEEDS, TACKLE, HARNESSES, LIQUOR, CROPS, FARM ANIMALS, FARM SUPPLIES, BUILDING MATERIALS, BUSINESSES, OFFICE EQUIPMENT, COMPUTERS, OFFICE SUPPLIES, CORPORATE ASSETS, WATER RIGHTS, MINERAL RIGHTS, OIL AND GAS RIGHTS, INTELLECTUAL PROPERTY, OR ANYTHING OF VALUE AS NEEDED TO SATISFY THIS CLAIM. |
|---|---|

8. CERTIFICATION AND ATTESTATION:

I (WE) HEREBY CERTIFY THAT THE FACTS RECITED HEREIN ARE TRUE AND CORRECT. I (WE) UNDERSTAND THAT THE U.S. COAST GUARD WILL RELY ON THOSE RECITATIONS IN INDEXING THE ATTACHED INSTRUMENTS. THE OWNER AND ALL RECORDED MARITIME LIENHOLDERS HAVE BEEN NOTIFIED BY U.S. MAIL.

SIGNATURE OF CLAIMANT:

, Claimant

STATE: Georgia
COUNTY: ~~Dekalb~~ Fulton
SUBSCRIBED AND SWORN ON THE ___ day of _____, AD 2009.

NOTARY PUBLIC
MY COMMISSION EXPIRES: ~~Notary Public, Fulton County, Georgia My Commission Expires April 16, 2012~~
(DATE)

| U.S. DEPARTMENT OF HOMELAND SECURITY U.S. COAST GUARD | NOTICE OF CLAIM OF MARITIME LIEN | THIS SECTION FOR RECORDERS USE ONLY |
|---|---|---|
| 46 CFR 67.250 | RE 183 750 395 US | |

**1. NAME OF VESSEL**
**U. S. M/V ROCKDALE COUNTY COURT HOUSE**

**2. UNIQUE IDENTIFIER**
ROCKDALE COUNTY COURT HOUSE, GEORGIA
EIN NUMBER 58-6000882, STATE ID 58-800068K
922 COURT ST.
CONYERS, GA 30012

RECORDED

CTY # YEAR UCC #
0442009903144

**3. INSTRUMENT TYPE:**

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM ADMINISTRATIVE REMEDY, AFFIDAVIT OF NEGATIVE AVERMENT, STATEMENT OF FACTS, STATEMENT AND INQUIRIES, OPPORTUNITY TO CURE, COUNTER CLAIM, ACCOUNTING AND TRUE BILL & NOTICE TO RESPOND file #700805000000018034048, Registered Mail #RE 183 750 395 US.

PORT
BOOK
PAGE
BY

**4. NAME AND ADDRESS OF OWNER OF VESSEL**

**RAY LAHOOD**
**US TRANSPORTATION**
**1200 NEW JERSEY AVE., SE**
**WASHINGTON, DC 20590**

INTEREST OWNED IN VESSEL AFFECTED BY ATTACHED INSTRUMENTS          100       (100% UNLESS OTHERWISE STATED)

CLERK OF SUPERIOR COURT
DEKALB COUNTY GA
2009 DEC 22 P 2: 33
FILED

**5. NAME AND ADDRESS OF CLAIMANT**

**Ivan-Willis: Taylor**
**c/o 3122 Avondale Drive SE**
**Conyers, Georgia; near [30013]**
**Non-Domestic without the US**

PERCENTAGE OF VESSEL MORTGAGED OR MORTGAGE ASSIGNED          100      %.          (100% UNLESS OTHERWISE STATED)

**6. AMOUNT**

**$2,147,033,096,160,000.00, +**
**PENALTIES $140,000,000.00**
**= $2,147,033,236,160,000.00**

**7. ALL PROPERTY INCLUDING BUT NOT LIMITED TO: ALL BANK ACCOUNTS, SAFETY DEPOSIT BOXES, RETIREMENT FUNDS, 801K'S, 401K'S, REAL ESTATE, STOCKS, BONDS, SECURITIES, CASH ON HAND, JEWELRY, HOUSES, LAND, MOTOR VEHICLES, AUTOMOBILES, MOTORHOMES, AIRCRAFT, HOUSEHOLD FURNITURE, GUNS, AMMUNITION, COIN COLLECTIONS, ALL COLLECTIBLE ITEMS, INSURANCE POLICIES, CREDIT CARDS, LINES OF CREDIT, YACHTS AND WATERCRAFT, FARM EQUIPMENT, MACHINERY, TOOLS, EQUIPMENT, HEAVY EQUIPMENT, IMPLEMENTS, BULK GRAINS AND FEEDS, TACKLE, HARNESSES, LIQUOR, CROPS, FARM ANIMALS, FARM SUPPLIES, BUILDING MATERIALS, BUSINESSES, OFFICE EQUIPMENT, COMPUTERS, OFFICE SUPPLIES, CORPORATE ASSETS, WATER RIGHTS, MINERAL RIGHTS, OIL AND GAS RIGHTS, INTELLECTUAL PROPERTY, OR ANYTHING OF VALUE AS NEEDED TO SATISFY THIS CLAIM.**

**8. CERTIFICATION AND ATTESTATION:**

I (WE) HEREBY CERTIFY THAT THE FACTS RECITED HEREIN ARE TRUE AND CORRECT. I (WE) UNDERSTAND THAT THE U.S. COAST GUARD WILL RELY ON THOSE RECITATIONS IN INDEXING THE ATTACHED INSTRUMENTS. THE OWNER AND ALL RECORDED MARITIME LIENHOLDERS HAVE BEEN NOTIFIED BY U.S. MAIL.

SIGNATURE OF CLAIMANT:

*Ivan W. Taylor*, Claimant

STATE: Georgia
COUNTY: DeKalb Fulton
SUBSCRIBED AND SWORN ON THE 7th day of September, AD 2009.

*Kimberly C Davis*

NOTARY PUBLIC
MY COMMISSION EXPIRES: Notary Public, Fulton County, Georgia
My Commission Expires April 10, 2012



**GEORGIA SUPERIOR COURT**
**CLERKS' COOPERATIVE AUTHORITY**

*Notary Division*
*1875 Century Boulevard, Suite 100*
*Atlanta, Georgia 30345*

---

**APOSTILLE**
**(Convention de La Haye du 5 Octobre 1961)**

1.  Country: **UNITED STATES OF AMERICA**

2.  This public document
    has been signed by **LATANYA D ALEXANDER**

3.  acting in the capacity of **NOTARY PUBLIC, STATE OF GEORGIA**

4.  bears the seal/stamp of **LATANYA D ALEXANDER**
    **NOTARY PUBLIC**
    **WALTON COUNTY, GEORGIA**

**CERTIFIED**

5.  at **ATLANTA, GEORGIA**        6.   the **30TH DAY OF DECEMBER, 2009**

7.  by **GEORGIA SUPERIOR COURT CLERKS' COOPERATIVE AUTHORITY**

8.  No. **I-261521**

9.  Seal/Stamp                     10.  Signature:



DAVID R. WILLIAMS
EXECUTIVE DIRECTOR

---

This Apostille only certifies the signature, the capacity of the signer and the seal or stamp it bears. It does not certify the content of the document for which it was issued.
**THIS APOSTILLE IS NOT VALID WITHIN THE UNITED STATES OF AMERICA**

**NOTARY PUBLIC**
**(404) 327-6023**

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM ADMINISTRATIVE REMEDY OF Ivan W. Taylor CREDITOR SECURED PARTY
File #70080500000018034048                    **Registered Mail #**RE 183 750 395 US
NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT




Ivan Willis Taylor, Creditor Secured Party
Rockdale county
The State of Georgia
United States of America 1776 AD

Petition for Agreement and Harmony Within the Admiralty ab initio in the Nature of a
NOTICE OF INTERNATIONAL COMMERICAL CLAIM ADMINISTRATIVE REMEDY
28 U.S.C. §1333, §1337, §2461 and §2463
File #70080500000018034048
Certified Mail # 7008 0500 0000 1803 9838

Date: June 8th, 2009

DECLARANT/ LIBELLANT:
　　　　Ivan Willis: Taylor, Creditor Secured Party
　　　　c/o LATANYA ALEXANDER, Notary Acceptor
　　　　4426 Hugh Howell RD. Ste B-156
　　　　Tucker [30084] Georgia

RESPONDENTS/ LIBELLEE:
　　　　MAGISTRATE COURT OF ROCKDALE COUNTY, ET AL
　　　　CLARENCE RUDY HORNE, JR, ET AL
　　　　945 COURT ST.
　　　　CONYERS, GA 30012

　　　　M. QADER A. BAIG & ASSOC., LLC, ET AL
　　　　QADER A. BAIG ET AL
　　　　913 COMMERCIAL STREET
　　　　CONYERS, GA 30012

　　　　ROCKDALE COUNTY, ET AL
　　　　RICHARD A. ODEN, CHAIRMAN & CEO, ET AL
　　　　962 MILSTEAD AVENUE
　　　　CONYERS, GEORGIA 30012

　　　　ROCKDALE WATER RESOURCES, ET AL
　　　　ROBERT A. YOUNG, ET AL
　　　　WANDER LESTER, ET AL
　　　　ROSLYN MILLER
　　　　958 MILSTEAD AVE.
　　　　CONYERS, GA 30012

**NOTICE OF DEFAULT**

INTERNATIONAL COMMERCIAL CLAIM ADMINISTRATIVE REMEDY OF Ivan W. Taylor CREDITOR SECURED PARTY
File #70080500000018034048          Registered Mail #RE 183 750 395 US
THE AGENT IS NOTICE TO THE PRINCIPAL NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT

## NOTICE OF DEFAULT

## COMMERCIAL OATH AND VERIFICATION

Rockdale county          )
                         )          Commercial Oath Verified Declaration
The State of Georgia     )

Declarant, Ivan-Willis: Taylor, under his Commercial Oath with unlimited liability proceeding in good faith being of sound mind states that the facts contained herein are true, correct, complete and not misleading to the best of Declarant's private first hand knowledge and belief under penalty of International Commercial Law. Ivan Taylor will also sign by accommodation on behalf of IVAN WILLIS TAYLOR

IVAN WILLIS TAYLOR                    chvan-willis: Taylr
**IVAN WILLIS TAYLOR**                Ivan Willis Taylor

The State of Georgia     }
                         }          Affirmed
Walton          county   }

Affirmed before me, LATANYA D ALEXANDER a Notary Public, this $8th$ day of June , 2009.

Notary
My Commission Expires    01 25 2013

Seal

## STATEMENT OF FACTS

1. On May 11th, 2009, AD the Respondents received service of petition for Agreement and Harmony in the Nature of a NOTICE OF INTERNATIONAL COMMERCIAL CLAIM ADMINISTRATIVE REMEDY, AFFIDAVIT OF NEGATIVE AVERMENT, STATEMENT OF FACTS, STATEMENT AND INQUIRIES, OPPORTUNITY TO CURE, COUNTER CLAIM, ACCOUNTING AND TRUE BILL & NOTICE TO RESPOND regarding file #70080500000018034048, Registered Mail #RE 183 750 395 US, Declarant granted the Respondent twenty days to respond, or in the alternative, admit all claims and answers to inquires verified therein.

2. The witness Notary/acceptor acknowledges testifies a non response to Notice of International Commercial Claim Administrative Remedy dated May 6th, 2009.

3. Declarant has received no response from the Respondents.

4. **The Respondents are at Default.**

5. As an operation of law, the Respondents have admitted to the statements, claims and answers to inquiries verified therein.

6. The Respondents had a duty to make the appropriate changes agreed to and enforce the changes in the referenced documents in the Notice of International Commercial Claim Administrative Remedy #70080500000018034048.

7. Respondents went silent and therein stipulated and agreed to the commission of the various injuries and frauds expressed and stated and secured by affidavit of default.

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM ADMINISTRATIVE REMEDY OF Ivan W. Taylor CREDITOR SECURED PARTY
File #7008050000018034048                          **Registered Mail #**RE 183 750 395 US
NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT

8.  THAT, Respondents had 20 days (or more) to respond to NOTICE OF INTERNATIONAL COMMERCIAL CLAIM ADMINISTRATIVE REMEDY, AFFIDAVIT OF NEGATIVE AVERMENT, STATEMENT OF FACTS, STATEMENT AND INQUIRIES, OPPORTUNITY TO CURE, COUNTER CLAIM, ACCOUNTING AND TRUE BILL & NOTICE TO RESPOND and rebut the affidavits, point for point, however elected to remain silent or otherwise refused to respond and rebut and therefore has fully agreed, stipulated and confessed to the total dollar amount SUM CERTAIN of the Notice Of International Commercial Claim Administrative Remedy, Counter Claim damages at $391,688,160,000.00 (Three Hundred Ninty One Billion Six Hundred Eighty Eight Million One Hundred Sixty Thousand) in favor of the Declarant/ Libellant/Affiant/undersigned.

9.  THAT; RESPONDENTS/LIBELLEES agreed to become the debtor and the claimed 'funds/money of account' and the property (property right) attaching to the Declarant/Libellant/Secured Party Creditor/Affiant and that the Respondents/Libellees have agreed to subject the liability of either himself/Herself, his/her debtors (future labor) or that of THE MAGISTRATE COURT OF ROCKDALE COUNTY, STATE OF GEORGIA BOARD MEMBERS AND ROCKDALE COUNTY, ROCKDALE WATER RESOURCES and M. QADER A. BAIG & ASSOC., LLC, state of Georgia, or other wise be filed on all property of the Respondents/ Libellees and/or named corporate entities, it's accounts, property, and otherwise to establish and attach the collateral to the lien to the 'sum certain' for any and all monetization of the UCC-1 Financing Statement/Accounts Receivable for 'Full Satisfaction and Accord' in behalf of the Declarant/Libellant/Secured Party Creditor/Affiant.

10. THAT, Respondents/Libellees are in default and dishonor, stipulates and agreed that Affiant by accommodation, can sign the Respondent's/Libellee's name on any document or instrument as necessary. This dishonor in now deemed a charge against the Respondents/Libellees becomes obligated (or his principle) to Notice Of International Commercial Claim Administrative Remedy File #7008050000018034048 and this Affidavit becomes a True Bill in Commerce supported by attached ledgering sheet and other documents.

## ADMITTED ANSWERS TO INQUIRIES

**Statement:** The Administrative Record for Declarant's International Commercial Claim Administrative Remedy, File #7008050000018034048, as identified in Statement 1 above, shows that all of the Inquiries in said file have been agreed to (Admitted/Acknowledged) by tacit procuration by Respondent's failure/refusal or choice not to respond.

**Response:** Respondents admit the answer is: YES

Further Declarant/Affiant sayeth not.

## DEFAULT

Based upon The Magistrate Court Of Rockdale County, State Of Georgia Board Members and Rockdale County, Rockdale Water Resources and M. Qader A. Baig & Assoc., LLC and its Co-Party and Officers Default to Declarant's administrative process, The Magistrate Court Of Rockdale County, State Of Georgia Board Members and Rockdale County, Rockdale Water Resources and M. Qader A. Baig & Assoc., LLC and its Co-Party and Officers may not argue, controvert, or otherwise protest the administrative findings entered thereby in any subsequent administrative or judicial proceeding.

Given under my hand and seal this the _9th_ day of the _6_ month of 2009 anno Domini.
Prepared and submitted by:

_Ivan W. Taylor_
Ivan W. Taylor
Declarant



**GEORGIA SUPERIOR COURT**
**CLERKS' COOPERATIVE AUTHORITY**
*Notary Division*
*1875 Century Boulevard, Suite 100*
*Atlanta, Georgia 30345*

---

### APOSTILLE
### (Convention de La Haye du 5 Octobre 1961)

1. Country: **UNITED STATES OF AMERICA**

2. This public document
   has been signed by **LATANYA D ALEXANDER**

3. acting in the capacity of **NOTARY PUBLIC, STATE OF GEORGIA**

4. bears the seal/stamp of **LATANYA D ALEXANDER**
   **NOTARY PUBLIC**
   **WALTON COUNTY, GEORGIA**

### CERTIFIED

5. at **ATLANTA, GEORGIA**      6. the **30TH DAY OF DECEMBER, 2009**

7. by **GEORGIA SUPERIOR COURT CLERKS' COOPERATIVE AUTHORITY**

8. No. **I-261514**

9. Seal/Stamp                    10. Signature:



DAVID R. WILLIAMS
EXECUTIVE DIRECTOR

---

This Apostille only certifies the signature, the capacity of the signer and the seal or stamp it bears. It does not certify the content of the document for which it was issued.
**THIS APOSTILLE IS NOT VALID WITHIN THE UNITED STATES OF AMERICA**

**NOTARY PUBLIC**
**(404) 327-6023**

# ASSESSMENT OF ADMITTED DAMAGES

### By Agreement of the Parties – Supported by Affidavit of Default enclosed
### herein wherein Claim, injuries and damages are Res Judicata

File #70080500000018034048 **Registered Mail #**RE 183 750 395 US  **Posted RRR 7008 0500 0000 1803 9838**

Respondents having failed to properly or timely respond to the Private Administrative Process (NOTICE OF INTERNATIONAL COMMERICAL CLAIM ADMINISTRATIVE REMEDY) enclosed herein and establishing 'agreement of the parties' in this record, Respondents, upon fault, default and dishonor have stipulated, agreed and admitted the injuries and herein the monetary damages are assessed as follows, per count per Respondent and Entity:

1. Failure to state a claim upon which relief can be granted......................................$2,000,000.00
2. Failure to respond as outlined herein..............................................................$2,000,000.00
3. Default by non--response or incomplete response.................................................$2,000,000.00
4. Dishonor In Commerce...............................................................................$2,000,000.00
5. Fraud...................................................................................................$2,000,000.00
6. Racketeering..........................................................................................$2,000,000.00
7. Theft of Public Funds................................................................................$2,000,000.00
8. Unlawful Arrest without a lawful, correct, and complete 4th amendment warrant.........$2,000,000.00
9. Illegal Arrest without a lawful, correct, and complete 4th amendment warrant.............$2,000,000.00
10. Unlawful Detention...................................................................................$2,000,000.00
11. Interstate Detainer...................................................................................$2,000,000.00
12. Violation Of Freedom Of Speech...................................................................$2,000,000.00
13. Obstruction Of Justice ..............................................................................$2,000,000.00
14. Unlawful Restraint....................................................................................$2,000,000.00
15. Conspiracy............................................................................................$2,000,000.00
16. Victimization..........................................................................................$2,000,000.00
17. Victimless Law.......................................................................................$2,000,000.00
18. Aiding And Abetting.................................................................................$2,000,000.00
19. False Imprisonment..................................................................................$2,000,000.00
20. Abuse Of Authority..................................................................................$2,000,000.00
21. Unfounded Accusations..............................................................................$2,000,000.00
22. Kidnapping............................................................................................$2,000,000.00
23. Mail fraud.............................................................................................$2,000,000.00
24. Extortion..............................................................................................$2,000,000.00
X4 Entities and X6 Respondents = $48,000.000. X 10 = $480,000,000.00

LEGAL FEES.............................................................................................$10,000.00

SUB-TOTAL.............................................................................................$480,010,000.00
Compensatory DAMAGES (X4)........................................................................$1,920,040,000.00
Punitive Damages (X204)..............................................................................$391,688,160,000.00

This Assessment is based upon the fault, default, dishonor and the stipulation, admission and agreement constituting 'Agreement of the Parties,' and the facts herein; the matter is Res Judicata.

This assessment is true, correct, and complete to the best of my knowledge and belief as to the injuries committed upon Ivan Willis Taylor as admitted by the Respondents.

Dated this 8th day of June , 2009.

Declarant/Libellant/Affiant

Ivan-Willis: Taylor - Secured Party Creditor

### ACKNOWLEDGEMENT

SUBCRIBED TO AND SWORN before me this 8th day of June , A.D. 2009, a Notary, that Ivan Willis Taylor, personally appeared and known to me to be the man whose name subscribed to the within instrument and acknowledged to be the same.

_____ Seal;
Notary Public in and for said State
My Commission expires; 01/25/2013



# NOTICE
September 4, 2009

## Benedict on Admiralty Section 17, p. 28:

"As no court other than a court of admiralty can enforce maritime liens, no

other court can displace, discharge or subordinate them. Neither the State courts

nor the United States courts on their common law, equity, and bankruptcy sides

can divest, transfer to proceeds or adjudicate the maritime liens unless the maritime

lienor voluntarily submits themselves to the jurisdiction."

The 2.15 Zillion Dollar Liens are permitted by <u>no one</u> to be

terminated, altered or dismissed.

All parties were noticed in the nature of Federal Rules of Civil Procedure (FRCP) 9 (h) which leads to the Supplemental Rules of Admiralty, which provides that where a default exists and is found that a hostile presentment, written or oral, is a criminal act. I, Ivan Taylor acknowledge the provisions within the Supplemental Rules of Admiralty, that the Remedy to a hostile presentment criminal, scienter act is to file a Certificate of Exigency with the Clerk of the Court/Warrant officer who is compelled by law to issue warrants for the arrest of any and all offenders (Respondents/Libellee). Scienter denotes a level of intent on the part of a Defendant/Respondents/Libellee. In Ernst and Ernst v. Hochfelder, 425 U. S. 185, 96 S. Ct. 1375, 47 L. Ed.2d 668 (19760, The u.s. Supreme Court described scienter as " a mental state embracing intent to deceive, manipulate, or defraud."

Ivan Taylor has exhausted his Administrative Remedies and the Respondents/Libellees are "ESTOPPED" from ever controverting and arguing "within the Admiralty" in any subsequent Administrative or Judicial process. Collateral Estoppel, Estoppel by Acquiescence and Res Judicatta in this matter is taken Administratively. All violations of the Estoppel are deemed a Trespass on the Agreement/Contract.

Respondents/Libellees violations are deemed a trespass and enlarge the value of the claim by 4 times for compensatory and 204 times for punitive based on the SUM CERTAIN, PROGRESSIVE for the acts of rescue and conversion per party for each violation.